# EXHIBIT B

realtor.com    Buy    Sell    Rent    Mortgage    Find Realtors®    My Home    News & Insights

Hazlehurst, GA    ×    Q    🔍    Georgia  ›  Jeff Davis County  ›  Hazlehurst  ›  Hazlehurst  ›  84 Beecher Rd

Presented by: Stephanie Capalbo with GA Dreamworks Realty LLC

< Back

📷 2 / 27

For Sale - Active

## More about this property

👤 Your Name

✉ Email

📞 Phone

I'm interested in 84 Beecher Rd

⚪ Get pre-approved by a lender.

**Email Agent**

By proceeding, you consent to receive calls and texts at the number you provided, including marketing by autodialer and prerecorded and artificial voice, and email, from realtor.com and others about your inquiry and other home-related matters, but not as a condition of any purchase. More.

💾 Save this Home

✏ Add Note    ↪ Share    ⊘ Hide

📍 Map

**↘ $599,000**
🏦 Estimate Payment

| 4 beds | 2.5 baths | 2,500 sq ft | 103.0 acre lot |

Commute Time   84 Beecher Rd, Hazlehurst, GA 31539

## 🏠 Open House

None at this time

**Request a Private Showing**

## 🏛 Property Details





realtor.com      Buy  Sell  Rent  Mortgage  Find Realtors®  My Home  News & Insights

Hazlehurst, GA          Georgia › Jeff Davis County › Hazlehurst › 84 Beecher Rd

‹ Back

☆  ⊡  ○  ⚏ BREAKING NEWS...

⧉ Log In  Sign Up    Advertise

Imagining USA 20...

@ Imported From Sa...  📁 Clients - Liebowit...  📁 Legal Case Manag...  ⊘ Search Builder  ⊘ Division of Corpor...

Presented by: Stephanie Capalbo with GA Dreamworks Realty LLC

**More about this property**

👤 Your Name

✉ Email

📞 Phone

I'm interested in 84 Beecher Rd

**Email Agent**

☐ Get pre-approved by a lender.

By proceeding, you consent to receive calls and texts at the number you provided, including marketing by autodialer and prerecorded and artificial voice, and email, from realtor.com and others about your inquiry and other home-related matters, but not as a condition of any purchase. More.

ⓘ 11 / 27

**$599,000**
⊞ Estimate Payment

💙 Save this Home

☑ Add Note    ↪ Share    ⊘ Hide

📍 Map    **4** beds   **2.5** baths   **2,500** sq ft   **103.0** acres lot

For Sale · Active

Commute Time   84 Beecher Rd, Hazlehurst, GA 31539

🏠 **Open House**

None at this time    **Request a Private Showing**

⌂ **Property Details**







**realtor.com®** Buy Sell Rent Mortgage Find Realtors® My Home News & Insights

Hazlehurst, GA

Georgia › Jeff Davis County › Hazlehurst › 84 Beecher Rd

Presented by: Stephanie Capaldo with GA Dreamworks Realty LLC

**More about this property**

Your Name

Email

Phone

I'm interested in 84 Beecher Rd

☐ Get pre-approved by a lender.

**Email Agent**

By proceeding, you consent to receive calls and texts at the number you provided, including marketing by autodialer and prerecorded and artificial voice, and email, from realtor.com and others about your inquiry and other home-related matters, but not as a condition of any purchase. More.

**$599,000**

Estimate Payment

☐ Save this Home

✏ Add Note    ↪ Share    ⊘ Hide

For Sale   Active

📍 Map   4 beds   2.5 baths   2,500 sq ft   103.0 acres lot

84 Beecher Rd, Hazlehurst, GA 31539

Commute Time

**Open House**

None at this time

**Request a Private Showing**

**Property Details for 84 Beecher Rd**















## Property Details for 84 Beecher Rd







84 Beecher Rd
Hazlehurst, GA 31539

$599,000

PHOTOS    MAP

Contact

LISTING AGENT
Stephanie Carella
GA Dreamworks Realty LLC
Direct: 912-256-7200
Broker: 912-705-7080

John Doe

john.doe@example.com

Enter your phone number

Hello, I found your listing on RealEstateBook.com. Can you please provide more information about 84 Beecher Rd, Hazlehurst, GA 31539 listing? Thank you.

Submit

Mortgage Calculator

Loan Amount:
$  599000

Term:
30 years

Rate (APR):
4.5

Active
Residential
Other
1999
17634





84 Beecher Rd
Hazlehurst, GA 31539

PHOTOS  MAP

$599,000

Save Listing    Share

Contact

LISTING AGENT
Stephanie Capulet
GA Dreamacres Realty LLC
Direct: 912-336-5500
Mobile: 912-750-3366

John Doe

john.doe@example.com

Enter your phone number

Hello, I found your listing on
RealEstateBook.com. Can you please
provide more information about 84
Beecher Rd, Hazlehurst, GA 31539
listing? Thank you.

Submit

By clicking "Submit" you agree to receive express
communications in response to your request from
RealEstate Media Group or the information
provider.

Mortgage Calculator

Loan Amount:
$  599000

Term:
30 years

Rate (APR)
4.5

Status          Active
Listing         Residential
Type            Other
Year Built      1995
MLS#            17574

Open Link



















































































HomeFinder

84 Beecher Rd,
Waterfront, GA 31539
4 Beds • 3 Baths • 2,500 sqft

$599,000

Questions about this property?

Samantha Wilson

(844) 240-0967

Hi, I found this property at 84 Beecher Rd on HomeFinder.com and I have some questions.

Listing Provided By:
GA Dreamworks Realty LLC





















































































