**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| John E. Triplett<br>Acting Clerk | OFFICE OF THE CLERK<br>P.O. Box 1636<br>BRUNSWICK, GEORGIA  31521 | (912)280-1330 |

RE:  HANSON v. GA DREAMWORKS REALTY LLC

NOTICE TO ALL COUNSEL OF RECORD

The above-styled case was transferred to the Southern District of Georgia, Brunswick Division   from:

Middle District of Georgia

The Civil Action Number assigned to this case is:  2:20-cv-61

The case was filed and docketed on  6/9/2020

and has been assigned to   Judge Lisa Godbey Wood

DATE:   6/9/2020

cc:                                                                                 JOHN E. TRIPLETT, ACTING CLERK

Richard Liebowitz
JAY HOLDER SMITH , JR

BY:  s/Candy Asbell
         Deputy Clerk