IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

EDWARD HANSON,         *

       *

     Plaintiff,      *

       *

v.               *     Civil Action No.:

       *     2:20-CV-00061-LGW-BWC

GEORGIA DREAMWORKS REALTY, LLC, *

       *

     Defendant.     *

## RULE 26(f) REPORT

The attorney(s) and/or unrepresented parties listed below certify that:

1) they have read the Court's Rule 26 Instruction Order entered in this case;
2) they have held a conference, in person or telephonically, pursuant to Federal Rule of Civil Procedure 26(f); and
3) they have discussed the case and jointly prepared the following Rule 26(f) Report.

Identify, for each party, the attorney(s) and/or unrepresented parties who attended the Rule 26(f) Conference, the counsel or unrepresented parties who participated in preparing the Rule 26(f) Report, and the date of the Rule 26(f) Conference:

The Rule 26(f) Conference took place on June 30, 2020 and was attended by Richard P. Liebowitz, for the Plaintiff, and Jared M. Koebble, for the Defendant. Mr. Liebowitz and Mr. Koebble participated in preparing the subsequent Rule 26(f) Report.

## I.   INITIAL MATTERS:

### A.   Jurisdiction and Venue

The defendant(s)

☐ does      **☒ does not**

contest jurisdiction and/or venue (for multiple defendants, identify which defendants contest jurisdiction and/or venue). If contested, such position is because:

    1)   Jurisdiction:

**None.**

    2)   Venue:

**None.**

**B.   Immunity**

The defendant(s)

☐ has raised   ☐ will raise   ☒ **will not raise**

an immunity defense based on:

**None.**

**C.   Stay of Discovery Due to Motion to Dismiss, Transfer, or Remand**

    If a motion to dismiss, transfer, or remand has been or will be filed, or if any party will otherwise raise an initial defense including lack of jurisdiction, improper venue, or immunity, state whether the parties wish to delay proceeding with discovery until those issues have been decided. If so, state (i) the earliest a motion to dismiss or transfer will be filed; and (ii) what, if any, initial discovery, limited to that issue, will be necessary to resolve the motion.

    Should any party seek a stay of discovery due to the filing of a motion to dismiss, the party must file a motion to stay and state within the motion whether the other parties join in, consent to, or oppose the motion.

**None.**

## II.  SETTLEMENT:

**A.   Settlement Efforts to Date**

The parties state:

☐ They have not yet taken any efforts to resolve this dispute.

☒ **They have taken efforts to resolve this dispute, and those efforts generally consisted of:**

Plaintiff has made a demand for $45,000.00 and defendant has made an offer of $5,000.00.

**B.    Early Settlement Discussion**

Counsel certify that, as required by the Rule 26 Instruction Order, they have discussed the potential for settlement between themselves and explored early involvement in alternative dispute resolution with their clients, and:

☒    **The parties are prepared to discuss settlement with the Court at this time.**

☐    The parties will not be prepared to discuss settlement until:

If the parties will not be prepared to discuss settlement until a later date, explain why, including what, if any, discovery the parties need in order to discuss settlement:

## III. INITIAL DISCLOSURES AND SCHEDULING CONFERENCE:

**A.    Initial Disclosures**

Rule 26(a)(1) disclosures:

☐ have been completed      ☒ **will be completed by July 14, 2020.**

Unless otherwise ordered, mandatory disclosures required by Federal Rule of Civil Procedure 26(a)(1) must be made within fourteen (14) days of the parties' Rule 26(f) Conference. If any party is requesting additional time to provide disclosures, please explain why:

**None. Parties will complete Rule 26(a)(1) disclosures by July 14, 2020.**

**B.    Scheduling Conference**

As explained in the Rule 26 Instruction Order, the Court may hold a Scheduling Conference (to be attended only by counsel and any unrepresented parties) before entering a Scheduling Order. Ordinarily, the Court will allow appearance via telephone. If any party is requesting that the Court hold a Scheduling Conference prior to the

issuance of a Scheduling Order, please state so below:

**None.**

If a Scheduling Conference is necessary, it should be held no more than twenty (20) days after the submission of this Report. Should the Court deem a scheduling conference necessary, the parties are available for a Scheduling Conference on the following dates (if any party is not available until after the 20-day time period, please explain why):

**The Parties will be available if and when the Court deems a Scheduling Conference necessary.**

## IV. DISCOVERY

Discovery will proceed more effectively and efficiently if the parties address discovery in the following sequential order:

First:    Accomplishing all fact-based written discovery, inspections, and examinations under Rules 33 through 36 of the Federal Rules of Civil Procedure, as well as the subpoena of documents, electronically stored information, and other tangible things from third parties under Federal Rule of Civil Procedure 45(d)(2);

Second:   Conducting discovery depositions of fact witnesses who have not been designated as experts;

Third:    Making all expert disclosures; and

Fourth:   Conducting all expert depositions.

Unless the parties show good cause to proceed otherwise, the parties must propose discovery deadlines that follow this sequential course. In other words, absent a specific showing of good cause, the parties should not propose one deadline to accomplish all discovery measures. Rather, the parties must propose sequential deadlines by which they shall successively accomplish each of the above four areas of discovery.

If any party proposes discovery deadlines that do not follow the sequential schedule laid out above, please state the reason(s) why.

**None.**
Additionally, pursuant to Local Rule 26.1(d), the parties must complete all discovery within 140 days of the last answer of the defendants named in the original complaint. However, the Court

will provide additional time upon a showing of good cause.

If any party proposes discovery deadlines that extend beyond the 140-day period, please state the reason(s) why.

**None.**

A.  **Fact-Based Written Discovery, Inspections, and Examinations**

    i.  Written discovery, inspections, and examinations under Rules 33 through 36 of the Federal Rules of Civil Procedure will be completed by:

        **November 6, 2020.**

    ii.  The maximum number of interrogatories, including sub-parts, which may be served by any party on any other party, is:

        **25.**

        If any party seeks to exceed the limit of twenty-five (25) interrogatories set by Federal Rule of Civil Procedure 33(a)(1), please state why:

        **None.**

    iii.  Will any party seek to conduct any inspections of any land, premises, or other property under Federal Rule of Civil Procedure 34(a)(2) or 45(d)(2)?

        **No.**

        If yes, please describe the anticipated inspection(s) and state whether the inspection(s) should occur during the expert discovery period rather than during fact-based discovery.

        **None.**

    iv.  Will any party seek to conduct any physical or mental examinations under Federal Rule of Civil Procedure 35?

        **No.**
        If yes, please describe the anticipated examination(s) and state whether the examination(s) should occur during the expert discovery period

rather than during fact-based discovery.

**None.**

B.   **Depositions of Non-Expert Witnesses**

    i.   Discovery depositions of witnesses who have not been designated as experts will be completed by:

    **September 17, 2020.**

    ii.  The maximum number of depositions (including all expert and non-expert) that may be taken by a party is:

    **10.**

    If any party seeks to exceed the limit of ten (10) depositions set by Federal Rule of Civil Procedure 30(a)(2)(A)(i), please state why:

    **None.**

    iii. Depositions will be limited in duration by Federal Rule of Civil Procedure 30(d)(1), except the depositions of:

    **None.**

    which, by agreement, shall be limited as follows:

    **Not Applicable.**

C.   **Expert Discovery**

    i.   Does the plaintiff(s) anticipate designating, calling, or otherwise relying upon any expert witnesses?

    **No.**

    ii.  Does the defendant(s) anticipate designating, calling, or otherwise relying upon any expert witnesses?

    **No.**

    iii. Plaintiff(s) shall serve any and all expert reports required by Federal Rule of Civil Procedure

26(a)(2)(B) and any and all disclosures required by Federal Rule of Civil Procedure 26(a)(2)(C) by:

**Not Applicable.**

iv.   Defendant(s) shall serve any and all expert reports required by Federal Rule of Civil Procedure 26(a)(2)(B) and any and all disclosures required by Federal Rule of Civil Procedure 26(a)(2)(C) by:

**October 6, 2020.**

v.   The parties shall conduct any and all discovery depositions of witnesses who have been designated as experts by:

**November 6, 2020.**

If any party anticipates any problems regarding expert discovery or any unique circumstances that the Court should be aware of regarding expert discovery, please explain:

**None at this time.**

D.   **Agreed Discovery Procedures**

i.   Unique Circumstances

Are there any facts or circumstances unique to this case that will make fact or expert discovery more difficult or more time consuming?  If so, please explain such facts and circumstances and the actions the parties have agreed upon to address them:

**None at this time.**

ii.   Phased Discovery

Does any party propose that discovery be limited or proceed in phases?  If so, please list each party making such a proposal and briefly explain the party's proposal:

(Phased discovery denotes discovery into one issue or set of facts first and then discovery into other issues or set of facts at a later time.  Phased discovery does not include addressing fact-based

discovery first and expert discovery thereafter. As explained above, sequentially addressing fact-based discovery measures first and expert discovery thereafter should be the normal course.)

**None at this time.**

E. **Third-Party Discovery**

Does any party anticipate that it will request a substantial amount of discovery, including the production of documents and other tangible things, from any individual or entity that is not a party to this action?

**No.**

If so, please describe (i) any such third party and the discovery to be sought, (ii) any difficulties the parties anticipate in obtaining discovery from the third party, and (iii) whether the third party should participate in the scheduling conference.

**None at this time.**

F. **Electronically Stored Information**

By signing below, the parties certify that they have conferred together regarding the preservation and production of electronically stored information that may be relevant to the disposition of this suit as specifically required by the Rule 26 Instruction Order. The parties are prepared to discuss discovery of electronically stored information with the Court at the Rule 26 Instruction Conference.

i. Do the parties anticipate any disagreements about electronic discovery? If so, please explain:

**No issues are anticipated. The parties have agreed to address any issues involving electronically stored information ("ESI") if and when an issue arises.**

ii. Do the parties anticipate that any special provisions are needed in the Scheduling Order with respect to electronic discovery? If so, please explain:

**No issues are anticipated. The parties have agreed to address any issues involving electronically**

stored information ("ESI") if and when an issue arises.

iii. Do the parties otherwise seek to bring any issue regarding electronic discovery to the Court's attention? If so, please explain:

**No issues are anticipated. The parties have agreed to address any issues involving electronically stored information ("ESI") if and when an issue arises.**

G. **Privileged, Protected, and/or Confidential Communications and Information**

The parties certify that they have conferred together regarding any documents or information withheld due to claims of privilege, confidentiality, or other protections as required by the Rule 26 Instruction Order.

i. Have the parties reached an agreement regarding the procedures for asserting claims of privilege, confidentiality, or protection?

**Yes.**

If so, please briefly describe such agreement:

**The parties do not anticipate any issues related to claims of privilege or protection of trial preparation material.**

ii. Are there terms of any agreement regarding privileged, protected, or confidential information that the parties wish to have memorialized in the Scheduling Order?

**The parties do not anticipate any issues related to claims of privilege or protection of trial preparation material.**

If so, please explain or attach any separate proposed order which the parties are requesting the Court to enter addressing such matters. Please include below, or in the attachment, a statement of good cause explaining the need for entry of such an order:

**The parties do not anticipate any issues related to claims of privilege or protection of trial**

**preparation material.**

iii. Are there any issues regarding claims of privilege, confidentiality, or protection as to which the parties have been unable to reach an agreement?

**None.**

If so, please explain:

**Not Applicable.**

H.   Protected Health Information

i.   Do the parties anticipate that this case will involve an individual's medical records and/or protected health information, including any information that may be protected by the Health Insurance Portability and Accountability Act (HIPAA) and/or any state or federal privilege or protection for health information?

**No.**

ii.  Has any individual whose protected health information could be relevant to this case executed a release allowing for counsel of the opposing party to obtain protected health information directly from health care providers?

**No.**

iii. Have the parties reached any agreements regarding the protection of such information including any agreements regarding the further disclosure of such information?

**Not Applicable.**

iv.  Are there terms of any agreement regarding protected health information that the parties wish to have memorialized in the scheduling order?

**No.**

If so, please explain or attach any separate proposed order which the parties are requesting the Court to enter addressing such matters.  Please include below, or in the attachment, a statement of good cause explaining the need for entry of such an

order:

**Not Applicable.**

v.    Are there any issues regarding protected health information as to which the parties have been unable to reach an agreement?

**No.**

If so, please explain:

**Not Applicable.**

# V.    MOTIONS

## A.    Motions to Amend the Pleadings or to Add Parties

i.    The plaintiff(s)

☐ does        ☒ **does not**

anticipate the need to amend pleadings or add parties. Any motions to amend pleadings shall be filed by:

**August 18, 2020.**

ii.    The defendant(s)

☐ does        ☒ **does not**

anticipate the need to amend pleadings or add parties. Any motions to amend pleadings shall be filed by:

**August 18, 2020.**

If there are multiple defendants and less than all defendants anticipate needing to amend pleadings or add parties, please indicate which defendants so anticipate:

**None.**

iii. By Local Rule 16.3, all motions to amend pleadings or add parties are to be filed within sixty (60) days after the first filing of an answer. If any party is requesting more than this time, please

state the reason(s) why such time is necessary.

**None.**

**B.    Civil Motions (Except Motions in Limine)**

All other motions, including motions for summary judgment and motions to exclude expert testimony on Daubert and other grounds (but excluding motions in limine), shall be filed by:

**December 7, 2020.**

If any party is requesting a deadline to file motions (other than motions in limine) more than thirty (30) days after the deadline to complete discovery, please state the reason why such time is necessary:

**None.**

**VI.    PRETRIAL**

**A.    Pretrial Order**

The parties shall prepare and file the joint consolidated pretrial order by:

**February 4, 2021**

The Court generally provides sixty (60) days following the civil motions deadline to file the pretrial order. However, if a motion for summary judgment or other dispositive motion is pending at the time of the deadline, the deadline for filing the pretrial order is automatically extended to twenty-one (21) days after the Court's ruling on the motion for summary judgment or other dispositive motion.  If any party is requesting additional time (a deadline more than sixty (60) days following the civil motions deadline), please state the reason(s) why such time is necessary:

**None.**

**B.    De Ben Esse Depositions**

The parties shall complete all depositions of all witnesses (whether fact or expert) that are de ben esse depositions (taken not for discovery but for testimony to be used at trial) by:

**January 5, 2021.**

The Court generally provides thirty (30) days before the pretrial order deadline to complete de ben esse depositions. If any party is requesting additional time, please state the reason(s) why such time is necessary. The parties are cautioned that they will be required to specifically designate all testimony that they seek to offer by deposition as well as all objections to such testimony in the consolidated pretrial order.

**None.**

VII. Additional Matters

Please state any other matters to which the parties stipulate and/or which the court should know or consider before entering the Scheduling Order:

**None at this time.**


Dated: July 14, 2020

Address of Counsel:


**LIEBOWITZ LAW FIRM, PLLC**          BY:  /s/ Richard Liebowitz
11 Sunrise Plaza, Suite 305                Richard Liebowitz
Valley Stream, NY 11580                    Attorney for the Plaintiff
(516)-233-1660 Telephone
RL@LiebowitzLawFirm.com


**YOUNG, THAGARD, HOFFMAN, LLP**      BY:  /s/ J. Holder Smith, Jr.
P. O. Box 3007                             J. Holder Smith, Jr.
Valdosta, GA  31604                        State Bar No. 661105
(229) 242-2520 Telephone                   Attorney for the Defendant
(229) 242-5040 Facsimile
jaysmith@youngthagard.com


**YOUNG, THAGARD, HOFFMAN, LLP**      BY:  /s/ Jared Koebble
P. O. Box 3007                             Jared Koebble
Valdosta, GA 31604                         State Bar No.: 856488
229-242-2520 Telephone                     Attorney for the Defendant
229-242-5040 Facsimile
jaredkoebble@youngthagard.com

# *Businessowners Insurance Policy*

*Owners Insurance Company*

In witness whereof, we, the Owners Insurance Company, have caused this policy to be issued and to be duly signed by our President and Secretary.

Secretary

President

54521 (8-09)

Agency Code    18-0448-00                                    Policy Number        52-361-236-00

---

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**          54621 (7-88)

## SUNTANNING DEVICE EXCLUSION

**THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE BUSINESSOWNERS LIABILITY COVERAGE FORM.**

It is agreed:

No coverage is provided by this policy for any claim, suit, action or proceeding against the insured arising out of the ownership, operation, maintenance or use of a suntanning device.

54060 (2-06)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OFF-PREMISES UTILITY SERVICE FAILURE

This endorsement modifies insurance under the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

1. Under **A. COVERAGE, 5. Additional Coverages**, the following Additional Coverage is added:

   **Off-Premises Utility Service Failure**

   In the event of the interruption of utility service to the premises described in the Declarations, we shall pay for loss of or damage to Covered Property, actual loss of "Business Income" and necessary "Extra Expense". The interruption must result from direct physical damage by a Covered Cause of Loss to property of your "local utility service".

2. The most we shall pay for all loss or damage to Covered Property, actual loss of "Business Income" and necessary "Extra Expense" in any one loss is the Limit of Insurance shown in the Declarations for OFF-PREMISES UTILITY SERVICE FAILURE. Payment for your actual loss of "Business Income" and necessary "Extra Expense", if any, will be subject to the necessary suspension of your "operation" during the "period of restoration" and the following terms and conditions:

   a. Under **A. COVERAGE, 5. Additional Coverages, f. Business Income** and **g. Extra Expense** do not apply to this endorsement.

   b. "Operation", means your business activities occurring at the described premises.

   c. "Period of Restoration", means the period of time that:

      (1) Begins with the interruption of utility service to the premises described in the Declarations caused by direct physical loss or damage by a Covered Cause of Loss to the property of your "local utility service"; and

      (2) Ends on the date when the interruption of utility service to the premises described in the Declarations is restored.

      "Period of Restoration" does not include any increased period required due to the enforcement of any law that:

      (1) Regulates the construction, use or repair, or requires the tearing down of any property; or

      (2) Regulates the prevention, control, repair, clean-up or restoration of environmental damage.

      The expiration date of this policy will not cut short the "period of restoration".

   d. "Business Income", means the:

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Office, Inc., 1984, 1985, 1986.

**(1)** Net income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**(2)** Continuing normal operating expenses incurred, including payroll.

**e.** **"Extra Expense"**, means expense incurred:

**(1)** To avoid or minimize the suspension of business and to continue "operations":

    **(a)** At the described premises; or

    **(b)** At replacement premises or at temporary locations, including:

        **1)** Relocation expenses; and

        **2)** Costs to equip and operate the replacement or temporary locations.

**(2)** To minimize the suspension of business if you cannot continue "operations".

**(3) (a)** To repair or replace any property; or

    **(b)** To research, replace or restore the loss information on damaged valuable papers and records

to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage.

**3. Exclusions**

The following exclusions apply only to this endorsement:

**a.** **Perishable Stock**

We will not pay for loss or damage to "perishable stock".

**b.** **Power or Other Utility Grid Failure**

Under **B. EXCLUSIONS, 1.e. Power Failure**, is deleted and replaced by the following exclusion for this endorsement only:

We shall not pay for loss or damage caused by or resulting from the failure to supply "communication supply services", "power supply services" or "water supply services" from any regional or national grid.

**4. Definitions**

The following definitions apply only to this Additional Coverage:

**a.** **"Communication Supply Services"**, meaning property supplying communication services, including telephone, radio, microwave or television services, to the described premises, that are not located on a described premises and not rented, leased or owned by any insured, such as:

**(1)** Communication transmission lines, including optic fiber transmission lines;

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Office, Inc., 1984, 1985, 1986.

**(2)** Coaxial cables; and

    **(3)** Microwave radio relays except satellites.

**b.** **"Local Utility Service"**, means your billing entity, repair entity or service entity directly supplying your "communication supply services", "power supply services" or "water supply services" to the premises described in the Declarations.

**c.** **"Perishable Stock"**, means merchandise held in storage or for sale that is refrigerated for preservation and is susceptible to loss or damage if the refrigeration fails.

**d.** **"Power Supply Services"**, means the following types of property supplying electricity, steam or gas to the described premises, that are located on a described premises and not rented, leased or owned by any insured:

    **(1)** Utility generating plants;

    **(2)** Switching stations;

    **(3)** Substations;

    **(4)** Transformers; and

    **(5)** Transmission lines.

**e.** **"Water Supply Services"**, means the following types of property supplying water to the described premises, that are not located on a described premises and not rented, leased or owned by any insured:

    **(1)** Pumping stations; and

    **(2)** Water mains.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Office, Inc., 1984, 1985, 1986.

54062 (8-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## FORGERY AND ALTERATION

This endorsement modifies insurance under the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

1.  Under **A. COVERAGE, 5. Additional Coverages,** the following Additional Coverage is added:

    **Forgery And Alteration**

    a.  We will pay for loss resulting directly from forgery or alteration of, any check, draft, promissory note, bill of exchange or similar written promise of payment in "money", that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

    b.  If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

    c.  The most we will pay for any loss, including legal expenses, under this Additional Coverage is the Limit of Insurance shown in the Declarations for FORGERY AND ALTERATION.

2.  Under **H. PROPERTY DEFINITIONS,** the following definition is added and applies only to the coverage afforded by the Additional Coverage, Forgery And Alteration.

    "Money" means:

    a.  Currency, coins and bank notes in current use and having a face value; and

    b.  Travelers checks, register checks and money orders held for sale to the public.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987, 1999

54063 (3-13)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SALESPERSON'S SAMPLES

This endorsement modifies insurance under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

1.  Under the **A. COVERAGE 5. Additional Coverages**, the following Additional Coverage is added:

    **Salesperson's Samples**
    We will pay for direct physical loss of or damage to samples of merchandise which are:
    **1.**  Owned by you while in your care, custody or control;
    **2.**  Owned by you and in the care, custody or control of your salesperson and/or agents; or
    **3.**  While in transit, except by parcel post, between your premises and the salesperson and/or agent
    caused by or resulting from any Covered Cause of Loss.

    This coverage does not apply to:
    **1.**  Jewelry, furs or articles consisting principally of fur;
    **2.**  Property located in or on the building described in the Declarations or in the open (or in a vehicle) within the distance shown in the Declarations, under BUSINESS PERSONAL PROPERTY – EXPANDED COVERAGE, from the described premises;
    **3.**  Property at or on the premises of your salespersons and/or agents; or
    **4.**  Merchandise intended for sale, which may be sold and shipped by you to others, or which has been purchased by you from others.

    Our payment for any one loss shall not exceed the Limit of Insurance shown in the Declarations for SALESPERSON'S SAMPLES.

2.  Under SECTION B. EXCLUSIONS the following exclusions are added to apply only to this Additional Coverage.

    **a.**  Breakage, marring, scratching, tearing or denting, unless caused by: fire or lightning; aircraft; theft and/or attempted theft; earthquake; flood; explosion; malicious damage or collision; derailment or overturn of a transporting conveyance.
    **b.**  Mysterious or unexplained disappearance or from shortage disclosed by taking inventory.
    **c.**  Theft from any vehicle, unless at the time of the theft there is actually in or upon such vehicle your salesperson, representative or a permanent employee, or a person whose sole duty it is to attend the vehicle.  This exclusion shall not apply to property in the custody of a common carrier.

3.  In addition to the conditions of this coverage form, the following conditions apply only to this Additional Coverage.

    **1.  PAIR OR SET**
    In case of loss of or damage to any part of a pair or set, we may:
    **(a)**  repair or replace any part of the pair or set to restore it to its value before the loss; or
    **(b)**  pay the difference between the actual cash value of the property before and after the loss.
    **2.  PARTS**
    In case of loss or damage to any part of property covered, consisting of several parts when complete, we shall pay only for the value of the part lost or damaged.

All other policy terms and conditions apply.

54063 (3-13)        Includes copyrighted material of ISO Commercial Services, Inc., with its permission.        Page 1 of 1

54064 (8-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DEBRIS REMOVAL

This endorsement modifies insurance under the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

Under **A. COVERAGE, 5. Additional Coverages, a. Debris Removal,** paragraph **(4)** is deleted and replaced by the following:

**(4)** If:

    **(a)** The sum of loss or damage and debris removal expense exceeds the Limit of Insurance; or

    **(b)** The debris removal expense exceeds the amount payable under the 25% Debris Removal coverage limitation in paragraph (2) above;

    we will pay up to the Limit of Insurance shown in the Declarations for DEBRIS REMOVAL.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1984, 1985

54065 (8-00)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## POLLUTANT CLEAN UP AND REMOVAL

This endorsement modifies insurance under the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

Under **A. COVERAGE, 5. Additional Coverages, h. Pollutant Clean Up and Removal** is deleted and replaced by the following:

**h. Pollutant Clean Up and Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the release, discharge or dispersal of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

**(1)** The date of direct physical loss or damage; or

**(2)** The end of the policy period.

The most we will pay under this Additional Coverage at each described premises for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy is the Limit of Insurance shown in the Declarations for POLLUTANT CLEAN UP AND REMOVAL.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1984, 1985, 1986

54066 (8-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## PERSONAL EFFECTS AND PROPERTY OF OTHERS

This endorsement modifies insurance under the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

1.  Under **A. COVERAGE, 5. Additional Coverages,** the following Additional Coverage is added:

    **Personal Effects and Property of Others**

    We shall pay for direct physical loss or damage to:

    **(1)** Personal effects owned by you, your officers, your partners or your employees caused by or resulting from any Covered Cause of Loss except loss or damage by theft.

    **(2)** Personal property of others in your care, custody or control caused by or resulting from any Covered Cause of Loss.

    Our payment for any one loss at any described premises shall not exceed the Limit of Insurance shown in the Declarations for PERSONAL EFFECTS AND PROPERTY OF OTHERS.  Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.  This coverage is excess over any other coverage provided by this policy.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1984, 1985, 1986

54067 (8-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## FIRE DEPARTMENT SERVICE CHARGE

This endorsement modifies insurance under the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

Under **A. COVERAGE, 5. Additional Coverages, c. Fire Department Service Charge** is deleted and replaced by the following:

**c.  Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to the Limit of Insurance shown in the Declarations for FIRE DEPARTMENT SERVICE CHARGE for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1984, 1985, 1986

54068 (8-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# REKEYING OF LOCKS

This endorsement modifies insurance under the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

Under **A. COVERAGE, 5. Additional Coverages,** the following Additional Coverage is added:

**Rekeying of Locks**

We will pay reasonable necessary expenses you incur to rekey locks on doors of the building described in the Declarations, provided the keys to such locks are a part of a theft loss covered by this policy.  The most we will pay is the Limit of Insurance shown in the Declarations for REKEYING OF LOCKS.  This an additional amount of insurance.  No Deductible applies to this Additional Coverage.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1984, 1985, 1986

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**                54069 (8-00)

# ARSON REWARD

This endorsement modifies insurance under the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

Under **A. COVERAGE, 5. Additional Coverages**, the following Additional Coverage is added:

**Arson Reward**

We will pay for information which leads to a conviction for arson in connection with a fire loss to Covered Property insured by this policy.  The most we will pay is the Limit of Insurance shown in the Declarations for ARSON REWARD regardless of the number of persons who provide information.  This payment shall be in addition to the amount of insurance applying to the Covered Property.  No Deductible applies to this Additional Coverage.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright, Insurance Services Office, Inc., 1984, 1985, 1986

54070 (2-05)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ORDINANCE OR LAW

This endorsement modifies insurance under the following:

> BUSINESSOWNERS STANDARD PROPERTY COVERAGE FORM
> BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

Under **A. COVERAGE, 5. Additional Coverages**, the following Additional Coverage is added:

**Ordinance or Law**

**A. Coverage**

1. **Coverage A - Coverage For Loss to the Undamaged Portion of the Building.**

   If a Covered Cause of Loss occurs to Covered Building Property and a Limit of Insurance is shown in the Declarations under:

   a. ORDINANCE OR LAW - COVERAGE A, B AND C COMBINED; or

   b. ORDINANCE OR LAW - COVERAGE A

   we will pay for loss to the undamaged portion of the building caused by enforcement of any ordinance or law that:

   a. Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss;

   b. Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

   c. Is in force at the time of loss.

   When ORDINANCE OR LAW - COVERAGE A is shown in the Declarations, Coverage A is included within the Limit of Insurance applicable to the Covered Building Property shown in the Declarations.

   This is not an additional amount of insurance.

2. **Coverage B - Demolition Cost Coverage.**

   If a Covered Cause of Loss occurs to Covered Building Property and a Limit of Insurance is shown in the Declarations under:

   a. ORDINANCE OR LAW - COVERAGE A, B AND C COMBINED; or

   b. ORDINANCE OR LAW - COVERAGE B

   we will pay the cost to demolish and clear the site of undamaged parts of the property caused by enforcement of building, zoning or land use ordinance or law in force at the time of the loss.

3. **Coverage C - Increased Cost of Construction Coverage.**

   If a Covered Cause of Loss occurs to Covered Building Property and a Limit of Insurance is shown in the Declarations under:

   a. ORDINANCE OR LAW - COVERAGE A, B AND C COMBINED; or

   b. ORDINANCE OR LAW - COVERAGE C

   we will pay for the increased cost to repair, rebuild or construct the property caused by enforcement of building, zoning or land use ordinance or law in force at the time of the loss. If the property is repaired or rebuilt, it must be intended for similar occupancy as the current property, unless otherwise required by zoning or land use ordinance or law in force at the time of the loss.

   However, we will not pay for the increased cost of construction if the building is not repaired or replaced.

**B. Exclusion**

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1984, 1985, 1986, 1989
Copyright, ISO Properties, Inc., 2002

The following exclusion applies only to the coverage provided by this endorsement.

We will not pay, under this endorsement for:

a. Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread of any activity of "fungi", wet rot, dry rot or bacteria; or

b. The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungi", wet rot, dry rot or bacteria.

C. Limit of Insurance

When a Limit of Insurance is shown in the Declarations for:

1. ORDINANCE OR LAW - COVERAGE A, B AND C COMBINED, the most we shall pay for the total of all covered loss caused by the enforcement of any ordinance or law under Coverage A, Coverage B and Coverage C combined, is such limit.

2. a. ORDINANCE OR LAW - COVERAGE A;

   b. ORDINANCE OR LAW - COVERAGE B; or

   c. ORDINANCE OR LAW - COVERAGE C

   the most we shall pay for covered loss caused by the enforcement of any ordinance or law under each coverage is the applicable limit shown.

Subject to **C.1** and **C.2** above the following loss payment provisions apply.

1. **Under Coverage A - Coverage for Loss to the Undamaged Portion of the Building:**

   a. If the Replacement Cost option applies and the property is repaired or replaced, on the same or another premises, we will not pay more for loss or damage to Covered Building Property caused by enforcement of an ordinance or law, than the lesser of:

   (1) The amount you actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

   (2) The Limit of Insurance applicable to the Covered Building Property.

   b. If the Replacement Cost option applies and the property is not repaired or replaced or if the Replacement Cost option does not apply, we will not pay more for loss or damage to Covered Building Property caused by enforcement of an ordinance or law, than the lesser of:

   (1) The actual cash value of the building at the time of loss;

   (2) The Limit of Insurance shown in the Declarations under:

      (a) ORDINANCE OR LAW - COVERAGE A;

      (b) ORDINANCE OR LAW - COVERAGE A, B AND C COMBINED; or

      (c) ORDINANCE OR LAW - COVERAGE A and ORDINANCE OR LAW - COVERAGE A, B AND C COMBINED;

   (3) The Limit of Insurance applicable to the Covered Building Property.

2. **Coverage B - Demolition Cost Coverage**

   We will not pay more under Coverage B - Demolition Cost Coverage than the lesser of the following:

   a. The amount you actually spend to demolish and clear the site of the described premises; or

   b. The Limit of Insurance shown in the Declarations under:

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1984, 1985, 1986, 1989
Copyright, ISO Properties, Inc., 2002

**(a)** ORDINANCE OR LAW - COVERAGE B;

**(b)** ORDINANCE OR LAW - COVERAGE A, B AND C COMBINED; or

**(c)** ORDINANCE OR LAW - COVERAGE B and ORDINANCE OR LAW - COVERAGE A, B AND C COMBINED.

**3. Coverage C - Increased Cost of Construction Coverage**

**a.** We will not pay under Coverage C - Increased Cost of Construction Coverage:

**(1)** Until the property is actually repaired or replaced, at the same or another premises; and

**(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may, at our option, extend this period in writing during the two years.

**b.** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage C is the lesser of:

**(1)** The increased cost of construction at the same premises; or

**(2)** The Limit of Insurance shown in the Declarations under:

**(a)** ORDINANCE OR LAW - COVERAGE C;

**(b)** ORDINANCE OR LAW - COVERAGE A, B AND C COMBINED; or

**(c)** ORDINANCE OR LAW - COVERAGE C and ORDINANCE OR LAW - COVERAGE A, B AND C COMBINED.

**c.** If the ordinance or law requires relocation to another premises, the most we will pay under Coverage C is the lesser of:

**(1)** The increased cost of construction at the new premises; or

**(2)** The Limit of Insurance shown in the Declarations under:

**(a)** ORDINANCE OR LAW - COVERAGE C;

**(b)** ORDINANCE OR LAW - COVERAGE A, B AND C COMBINED; or

**(c)** ORDINANCE OR LAW - COVERAGE C and ORDINANCE OR LAW - COVERAGE A, B AND C COMBINED.

**4.** When a Limit of Insurance is shown in the Declarations for ORDINANCE OR LAW - COVERAGE A, B AND C COMBINED and in the event the total amount paid under Coverage A, Coverage B and Coverage C combined does not exceed such Limit of Insurance, you may at your option, apply the remainder of such Limit of Insurance to your actual loss of Business Income or necessary Extra Expense, if any, subject to the terms and conditions of the BUSINESS INCOME AND EXTRA EXPENSE endorsement.

**D.** Under SECTION B., EXCLUSIONS, 1. a. does not apply to the coverage provided by this endorsement only.

**E.** When a covered Cause of Loss occurs to Covered Building Property shown in the Declarations and coverage is subsequently provided by this endorsement, the definition of "Period of Restoration" contained in SECTION H. PROPERTY DEFINITIONS is deleted and replaced by the following:

"Period of Restoration" means the period of time that:

**1.** Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

**2.** Ends on the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1984, 1985, 1986, 1989
Copyright, ISO Properties, Inc., 2002

"Period of restoration" does not include any increased period required due to the enforcement of any law that regulates the prevention, control, repair, clean-up or restoration of environmental damage.

The expiration date of this policy will not cut short the "period of restoration".

F.  The terms of this endorsement apply separately to each building to which this endorsement applies.

G.  Under **H. PROPERTY DEFINITIONS**, the following definition is added:

"Fungi" means any type or form of fungus, including but not limited to mold, mildew, mycotoxins, spores, scents or byproducts produced or released by any type or form of fungus.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1984, 1985, 1986, 1989
Copyright, ISO Properties, Inc., 2002

54072 (4-14)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROPERTY PLUS COVERAGE PACKAGE AMENDATORY ENDORSEMENT

This endorsement modifies insurance under the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

Under **C. LIMITS OF INSURANCE**, the following provision is added:

The corresponding Limit of Insurance for any one coverage, which is part of the PROPERTY PLUS COVERAGE PACKAGE, applies only to loss of or damage to covered property at each building and at each location designated in the Declarations regardless of the number of buildings or locations shown in the Declarations.

All other policy terms and conditions apply.

54072 (4-14)        Includes copyrighted material of ISO Commercial Services, Inc., with its permission.        Page 1 of 1

54073 (8-00)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## BUSINESS PERSONAL PROPERTY - EXPANDED COVERAGE

This endorsement modifies insurance under the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

Under **A. COVERAGE, 1. Covered Property, b. Business Personal Property**, the phrase ". . .within 100 feet of the described premises. . ." is deleted and replaced by ". . .within the distance, shown in the Declarations for BUSINESS PERSONAL PROPERTY - EXPANDED COVERAGE, from the described premises. . .".

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1984, 1985, 1986

54088 (9-09)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM

The following exclusion is added to **B. EXCLUSIONS, 1. Applicable to Business Liability Coverage:**

**Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury", "property damage", "personal injury" or "advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

1.  The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

2.  The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

3.  The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

4.  Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2008

54094 (3-07)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CHANGES - WATER DAMAGE EXCLUSION

This endorsement modifies insured provided under the following:

BUSINESSOWNERS STANDARD PROPERTY COVERAGE FORM
BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

Under **B. EXCLUSIONS**, **g. Water** is deleted and replaced by the following:

**g.  Water**

**(1)**  Regardless of the cause, flood, surface water, waves, tides, tidal waves, storm surge, overflow of any body of water, or their spray, all whether driven by wind or not;

**(2)**  Mudslide or mudflow;

**(3)**  Water that backs up from a sewer or drain; or

**(4)**  Water under the ground surface pressing on, or flowing or seeping through:

**(a)**  Foundations, walls, floors or paved surfaces;

**(b)**  Basements, whether paved or not; or

**(c)**  Doors, windows or other openings.

But if loss or damage by fire, explosion or sprinkler leakage results, we will pay for that resulting loss or damage.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1984, 1985, 1986.

Page 1 of 1

54098 (5-07)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADJUSTED VALUE FACTOR INFLATION GUARD COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS STANDARD PROPERTY COVERAGE FORM
BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

Under **C. LIMITS OF INSURANCE, 4. Building Limit-Automatic Increase,** is deleted and replaced by the following:

**4. Building and Business Personal Property - Adjusted Value Inflation Guard Coverage**

  **a. Building Limit**

    **(1)** The Limit of Insurance for Buildings will automatically increase by the adjusted value factor shown in the Declarations for Building.

    **(2)** The amount of the increase will be:

      **(a)** The Building limit that applied on the most recent of the following:

        **1)** The policy inception date;

        **2)** The policy anniversary date; or

        **3)** The date of any other policy change amending the Building limit, times

      **(b)** The adjusted value factor shown in the Declarations, times

      **(c)** The number of days since the applicable date in **(2)(a)** immediately above divided by 365 days.

    **(3)** The Limit of Insurance for Buildings will be rounded to the nearest $100 at each renewal.

  **b. Business Personal Property Limit**

    **(1)** The Limit of Insurance for Business Personal Property will automatically increase by the adjusted value factor shown in the Declarations for Business Personal Property.

    **(2)** The amount of the increase will be:

      **(a)** The Business Personal Property limit that applied on the most recent of the following:

        **1)** The policy inception date;

        **2)** The policy anniversary date; or

        **3)** Any other policy change amending the Business Personal Property limit, times

      **(b)** The adjusted value factor shown in the Declarations, times

      **(c)** The number of days since the applicable date in **(2)(a)** immediately above divided by 365 days.

    **(3)** The Limit of Insurance for Business Personal Property will be rounded to the nearest $10 at each renewal.

Includes copyrighted materials of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1986, 1987.

Page 1 of 1

54226 (8-00)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## BUSINESS PERSONAL PROPERTY IN TRANSIT

This endorsement modifies insurance under the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

1. Under **A. COVERAGE, 6. Coverage Extensions, b. Personal Property Off Premises** is deleted.

2. Under **A. COVERAGE, 5. Additional Coverages**, the following Additional Coverage is added:

   **Business Personal Property In Transit**

   a. We will pay for direct physical loss of or damage to your Business Personal Property (other than property in the care, custody or control of your salespersons) in transit beyond the distance shown in the Declarations, under BUSINESS PERSONAL PROPERTY - EXPANDED COVERAGE, from the described premises caused by or resulting from any Covered Cause of Loss.

   b. Property must be in or upon a motor vehicle you own, lease or operate.

   c. Our payment for any one loss shall not exceed the Limit of Insurance shown in the Declarations for BUSINESS PERSONAL PROPERTY IN TRANSIT.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Service Office, Inc., with its permission
Copyright, Insurance Services Office, Inc., 1984, 1986

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**   54227 (8-00)

## BUSINESS INCOME AND EXTRA EXPENSE

This endorsement modifies insurance provided under the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

1. Under **A. COVERAGE, 5. Additional Coverages, f. Business Income** and **g. Extra Expense** are deleted and replaced by the following:

   **f. Business Income**

   Subject to the Limit of Insurance provisions of this endorsement, we will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises, including personal property in the open (or in a vehicle) within the distance shown in the Declarations under BUSINESS PERSONAL PROPERTY - · EXPANDED COVERAGE, caused by or resulting from any Covered Cause of Loss.

   Business Income means the:

   (1) Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

   (2) Continuing normal operating expenses incurred, including payroll.

   **g. Extra Expense**

   Subject to the Limit of Insurance provisions of this endorsement, we will pay necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at the described premises, including personal property in the open (or in a vehicle) within the distance shown in the Declarations under BUSINESS PERSONAL PROPERTY - EXPANDED COVERAGE, caused by or resulting from a Covered Cause of Loss.

   Extra Expense means expense incurred:

   (1) To avoid or minimize the suspension of business and to continue "operations":

   (a) At the described premises; or

   (b) At replacement premises or at temporary locations, including:

   1) Relocation expenses; and

   2) Costs to equip and operate the replacement or temporary locations.

   (2) To minimize the suspension of business if you cannot continue "operations".

   (3) (a) To repair or replace any property; or

   (b) To research, replace or restore the lost information on damaged valuable papers and records:

   to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage or the Additional Coverage, f. Business Income.

2. **Limit of Insurance**

   Under **C. LIMITS OF INSURANCE**, the following provisions are added and apply only to the Additional Coverages, Business Income and Extra Expense.

   a. In the event of loss or damage to Covered Property which is covered by the following Additional Coverages:

   (1) WATER BACK-UP FROM SEWERS OR DRAINS;
   (2) REFRIGERATED PRODUCTS;
   (3) OFF-PREMISES UTILITY SERVICE FAILURE; or
   (4) ORDINANCE OR LAW;

   and you sustain actual loss of Business Income due to the necessary suspension of you "operations" during the "period of restoration" or incur necessary Extra Expense during the "period of restoration", we shall not pay more

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright, Insurance Services Office, Inc., 1984, 1986

that the applicable Limit of Insurance shown in the Declarations for:

**(1)** WATER BACK-UP FROM SEWERS OR DRAINS;
**(2)** REFRIGERATED PRODUCTS;
**(3)** OFF-PREMISES UTILITY SERVICE FAILURE; or
**(4)** ORDINANCE OR LAW;

for all loss or damage including Business Income and Extra Expense.

This provision does not apply to the Additional Coverage, ORDINANCE OR LAW, only when a Limit of Insurance is shown in the Declarations for one or more of the following:

**(1)** ORDINANCE OR LAW - COVERAGE A;
**(2)** ORDINANCE OR LAW - COVERAGE B; or

**(3)** ORDINANCE OR LAW - COVERAGE C.

**b.** In the event loss of or damage to Covered Property is not covered by the following Additional Coverages:

**(1)** WATER BACK-UP FROM SEWERS OR DRAINS;
**(2)** REFRIGERATED PRODUCTS;
**(3)** OFF-PREMISES UTILITY SERVICE FAILURE; or
**(4)** ORDINANCE OR LAW;

we will only pay for loss of Business Income and Extra Expense that occurs within 12 consecutive months after the date of direct physical loss of or damage. This Additional Coverage is not subject to the Limits of Insurance.

All other policy terms and conditions apply.

54228 (4-13)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY**

# ELECTRONIC EQUIPMENT

This endorsement modifies insurance under the following:

BUSINESSOWNERS STANDARD PROPERTY COVERAGE FORM
BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

It is agreed:

Under **A. COVERAGE, 5. Additional Coverages**, the following Additional Coverage is added:

**Electronic Equipment**

1. **COVERAGE**
   **Covered Property**
   **(1) Scheduled Equipment**
      When scheduled in the Declarations, we will pay for direct physical loss of or damage to:
      **(a)** Electronic equipment, component parts of such equipment and air conditioning equipment necessary for the operation of the electronic equipment which you own, which is leased or rented to you, or which is in your care, custody or control while located at the premises described in the Declarations.
      **(b)** "Laptop computers", component parts of such equipment and "media" designated for use with a covered "laptop computer" which you own, which is leased or rented to you or which is in your care, custody or control.
      Direct physical loss of or damage to Covered Property must be caused by a Covered Cause of Loss.
   **(2) Unscheduled Equipment**
      **(a)** When a limit of insurance is shown in the Declarations under ELECTRONIC EQUIPMENT, EQUIPMENT-UNSCHEDULED, for unscheduled equipment, we will pay for direct physical loss of or damage to electronic equipment, component parts of such equipment and air conditioning equipment necessary for the operation of the electronic equipment which you own, which is leased or rented to you or which is in your care, custody or control while located at the premises described in the Declarations.

      We do not cover unscheduled laptop computers.

      **(b)** When a limit of insurance is shown in the Declarations under ELECTRONIC EQUIPMENT, MEDIA, we will pay for direct physical loss of or damage to "media" which you own, which is leased or rented to you or which is in your care, custody or control while located at the premises described in the Declarations.  We will pay for your costs to research, replace or restore information on "media" which has incurred direct physical loss or damage by a Covered Cause of Loss.

      Direct physical loss of or damage to Covered Property must be caused by a Covered Cause of Loss.
2. **EXCLUSIONS**
   Under B. EXCLUSIONS, of the COVERAGE FORM, the following exclusions are added to apply to this Additional Coverage.
   **a.** Wear and tear, inherent vice, hidden or latent defect, gradual deterioration, insects, vermin, rodents, depreciation, or by processing or any work on the property.  We will cover accidental direct physical loss from fire or explosion which is caused by any of these.
   **b.** Loss or damage caused by:
      **(1)** Corrosion or rusting;

54228 (4-13)        Includes copyrighted material of Insurance Services Office, Inc., with its permission.        Page 1 of 6

    **(2)** Dryness or dampness of atmosphere; or

    **(3)** Extremes of temperature

    unless directly resulting from accidental direct physical damage to the electronic equipment system's air conditioning equipment caused by a peril not excluded by this endorsement.

**c.** Any dishonest, fraudulent or criminal act by:

    **(1)** You;

    **(2)** Your partners; or

    **(3)** Any of your officers, directors or trustees

    whether acting alone or in collusion with others.

**d.** "Electrical disturbance" unless caused by lightning.

**e.** Loss or damage caused by:

    **(1)** Data processing "media" failure; or

    **(2)** Breakdown or malfunction of the data processing equipment and component parts

    while the "media" is being run through the system.  We will cover loss, damage or expense caused directly by ensuing fire or explosion.

**f.** Actual work upon, installation or testing of Covered Property.  We will cover loss caused by ensuing fire or explosion.

**g.** Faulty construction or error in the design of the Covered Property.  We will cover loss, damage or expense caused directly by ensuing fire or explosion.

**h.** Delay or loss of market.

**i.** Loss or damage caused by or resulting from improper operation of Covered Property.

**j.** Breakage, marring, scratching, tearing or denting of any "laptop computer" unless caused by: fire or lightning; aircraft; theft and/or attempted theft; earthquake; flood; explosion; malicious damage or collision, derailment or overturn of a transporting conveyance.

**k.** Loss or damage to any "laptop computer" not scheduled in the Declarations.

**3. LIMIT OF INSURANCE**

Accidental direct physical loss of or damage to Covered Property shall be adjusted on the basis of:

**a.** Actual cash value; or

**b.** Replacement cost

whichever is indicated in the Declarations as applying to the damaged Covered Property.  Actual cash value includes deduction for depreciation.

**a.** When loss to Covered Property is settled at the actual cash value of the property at the time of loss, we shall pay no more than the lesser of the following:

    **(1)** The cost to repair or replace the damaged Covered Property with property of like kind and quality; or

    **(2)** The Limit of Insurance shown in the Declarations for the Covered Property.

**b.** When loss to Covered Property is settled at replacement cost of the Covered Property at the time of loss, we shall pay no more than the lesser of the following:

    **(1)** The full cost to repair the Covered Property;

    **(2)** The full cost to replace the Covered Property with property of like kind and quality even if the property has technological advantages, provided such Covered Property is capable of performing the same function as the equipment being replaced; or

    **(3)** The Limit of Insurance shown in the Declarations for the Covered Property.

**c.** We shall pay no more for "media" than the lesser of the following:

    **(1)** The actual cost to repair, replace or reproduce the "media";

    **(2)** If the "media" is not repaired, replaced or reproduced, the value of blank "media" of the same type; or

    **(3)** The Limit of Insurance shown in the Declarations for "media".

The Limit of Insurance shown in the Declarations for Covered Property is the total limit of our liability for loss or damage to all Covered Property in any one occurrence at one location.  With respect to Covered Property you do not own, we will pay no more than the amount for which you are legally liable.

**4. COVERAGE EXTENSIONS**

**a. Property At Newly Acquired Or Temporary Locations**

    We will pay for accidental direct physical loss or damage to Covered Property caused by a Covered Cause of Loss at:

    **(1)** Any location you acquire for similar occupancy or warehousing purposes; or

**(2)** Any temporary location, other than fairs or exhibitions, you acquire for similar occupancy or warehousing purposes
other than at the premises shown in the Declarations, but within territorial limits.

The most we will pay for loss or damage under this extension is the Limit of Insurance shown in the Declarations under ELECTRONIC EQUIPMENT, EQUIPMENT - UNSCHEDULED.

This coverage extension will stop:
**(1)** 60 days from your acquisition of such property; or
**(2)** On the date values of Covered Property at such locations are reported to us; or
**(3)** On the expiration date of the policy
whichever comes first.

Additional premium for the values reported shall be due and payable from the date the property arrives at such locations.
**b. Newly Acquired Property**
We will pay for accidental direct physical loss or damage, caused by a Covered Cause of Loss, to additional property you acquire of the same type as the Covered Property described in a. COVERED PROPERTY above while at any one location.

The most we will pay for loss or damage under this extension is the Limit of Insurance shown in the Declarations under ELECTRONIC EQUIPMENT, EQUIPMENT - UNSCHEDULED.

This coverage extension will stop:
**(1)** 60 days from your acquisition of such property; or
**(2)** On the date values of such property are reported to us; or
**(3)** On the expiration date of the policy
whichever comes first.

Additional premium for the values reported shall be due and payable from the date the property is acquired.
**5. ADDITIONAL COVERAGES**
**a. Transportation**
We will pay for accidental direct physical loss of or damage to Covered Property caused by:
**(1)** Fire, lightning, explosion, smoke, riot and civil commotion, and vandalism and malicious mischief;
**(2)** The overturning, upset or collision of the vehicle, transporting the covered property, with another vehicle or object other than the road bed; or
**(3)** Theft of an entire case or package from a vehicle:
  **(a)** While such property is in a fully enclosed and securely locked body or compartment; and
  **(b)** Theft results from forcible entry, evidenced by visible marks
that occurs during transportation by motor vehicles you own, lease or operate.

We do not cover property held as samples, held for rental or sale, or that you rent to others while in the care, custody or control of salespersons.

Our liability in any one occurrence shall not exceed the Limit of Insurance shown in the Declarations under ELECTRONIC EQUIPMENT, TRANSPORTATION.
**b. Business Income and Extra Expense**
**(1) Business Income**
  **(a)** We will pay for the actual loss of Business Income you sustain due to the necessary, suspension of your "operations" during the "period of restoration". The suspension must be the direct result of interruption of your business caused by accidental direct physical loss of or damage to:
    **1)** The electronic equipment or "media" covered by this Additional Coverage; or
    **2)** The building housing the electronic equipment or "media" that prevents access to and use of the electronic equipment or "media"; or

3) The air conditioning or electrical systems that are required to operate the electronic equipment, provided such damage or destruction is inside the building or outside within 100 feet of the building caused by the perils insured against and subject to (4) EXCLUSIONS below.

**(b)** We will also pay expenses you incur to reduce the covered loss.  We will not pay for expenses:

1) You incur to extinguish a fire; or
2) Expenses that exceed the amount by which the covered loss is reduced.

Business Income means the:

**(a)** Net Income (Net Profit or Loss  before income taxes) that would have been earned or incurred; and
**(b)** Continuing normal operating expenses incurred, including payroll.

**(2) Extra Expense**

**(a)** We will pay necessary Extra Expense, other than loss of Business Income, you incur during the "period of restoration" that you would not have incurred following accidental direct physical loss of or damage to:

1) The electronic equipment or "media" covered by this Additional Coverage;
2) The building housing the electronic equipment or "media" that prevents access to and use of the equipment or "media"; or
3) The air conditioning or electrical systems that are required to operate the electronic equipment, provided such damage or destruction is inside the building or outside within 100 feet of the building caused by the perils insured against and subject to (4) EXCLUSIONS below.

**(b)** We will also cover the cost to repair, replace or restore:

1) Books of accounts, abstracts, drawings;
2) Card index systems; or
3) Other records or data such as film, tape, disks, drum, cell or other magnetic storage or recording "media" for electronic data processing

that have been damaged or destroyed by perils we insure against, if such cost:

1) Exceeds the normal cost for such repair, replacement or restoration; and
2) Was incurred to reduce loss under this Additional Coverage.

However, we will cover no more of such excess cost than the amount by which the total extra expense payable under this coverage was reduced.

Extra Expense means expense incurred to avoid or minimize the suspension of business and continue "operations":

**(a)** At the described premises; or
**(b)** At replacement premises or at temporary locations, including:

1) Relocation expenses.
2) Costs to equip and operate the replacement or temporary locations.
3) Costs to minimize the suspension of business if you cannot continue "operations".
4) **(a)** Costs to expedite repair or replace any Covered Property; or
   **(b)** Costs to expedite research, replace or restore the lost information on damaged valuable papers and records:
   to the extent it reduces the amount of loss that otherwise would have been payable under the Additional Coverage, Business Income, of this endorsement.

**(3) Coverage Extension**

We extend Business Income and Extra Expense to include the actual loss or damage sustained by you which is a direct result of an interruption of the business covered by this policy because access to the described business premises is prohibited by order of civil authority because of damage or destruction of property adjacent to the described premises by the perils insured against.  Coverage applies while access is denied, but no longer than two consecutive weeks.

**(4) Exclusions**

The following exclusions apply only to the Business Income and Extra Expense provisions of this Additional Coverage above, in addition to those contained in B. EXCLUSIONS:

**(a)** We will not pay for any Extra Expense or increase of Business Income loss, caused by any of the following, whether or not any other cause or happening contributes concurrently or in any sequence to the loss or damage:

1) Enforcement of any local or state ordinance or law regulating construction, repair or demolition of buildings or structures;

      **2)** Interference at the described premises by strikers or other persons with:
        **a)** Rebuilding, repairing or replacing the property; or
        **b)** Resumption or continuation of business; or
    **3)** The suspension, lapse, or cancellation of any lease, license, contract or order beyond the "period of restoration".

**(b)** We will not cover loss or damage caused directly or indirectly by any of the following, whether or not any other cause or happening contributes concurrently or in any sequence to the loss or damage:
    **1)** Theft of any property, which is not an integral part of a building or structure at the time of loss. We will cover direct loss that ensues from a peril not excluded in this policy. We will cover direct loss by pillage and looting which occurs during and at the immediate place of riot or civil commotion.
    **2)** Any other consequential or remote loss.

**(5) Limit of Insurance**
  **(a)** Business Income
    Subject to (c) below, we will pay only for loss of your business income that occurs during the "period of restoration", but not exceeding 12 consecutive months after the date of accidental direct physical loss of or damage to Covered Property, resulting from a Covered Cause of Loss.
  **(b)** Extra Expense
    Subject to (c) below, we will pay only for necessary extra expense during the "period of restoration" starting with the date of damage or destruction. Payments under this coverage shall not be limited by the expiration of the policy.
  **(c)** Our total payment for both Business Income and Extra Expense for any one occurrence shall not exceed the Limit of Insurance shown in the Declarations under ELECTRONIC EQUIPMENT, BUSINESS INCOME and EXTRA EXPENSE.

**(6) Loss Determination**
  **(a)** The amount of Business Income loss will be determined based on:
    **1)** The Net Income of the business if no loss or damage occurred;
    **2)** The continuing normal operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and
    **3)** Other relevant sources of information, including:
      **a)** Your financial records and accounting procedures;
      **b)** Bills, invoices and other vouchers; and
      **c)** Deeds, liens or contracts.
  **(b)** The amount of Extra Expense will be determined based on:
    **1)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:
      **a)** The salvage value that remains of any property bought for temporary use during the "period of restoration" once "operations" are resumed; and
      **b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and
    **2)** All necessary expenses that reduce the Business Income loss that otherwise would have been incurred.
  **(c)** Resumption Of Operations
    We will reduce the amount of your:
    **1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations," in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.
    **2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.
  **(d)** If you do not resume "operations" , or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**(7) Loss Payment – Business Income and Extra Expense**
  We will pay for covered loss within 30 days after we receive the sworn proof of loss, if:
  **(1)** You have complied with all of the terms of this policy; and
  **(2) (a)** We have reached agreement with you on the amount of loss; or

**(b)** An appraisal award has been made.

6. **DEDUCTIBLE**

We will not pay for loss or damage to Covered Property in any one occurrence until the loss or damage exceeds the deductible shown in the Declarations. We will then pay the amount of loss that exceeds the deductible. This deductible applies only once per occurrence regardless of the number of buildings in which covered property is located.

7. **OTHER INSURANCE**

The insurance provided by this endorsement is primary. If there is other insurance provided on a primary basis, we will pay only our share. Our share will be the ratio of the amount of this insurance to the total amount of insurance.

8. **OPTIONAL COVERAGES**

a. Mechanical Breakdown Coverage

(1) When a Limit of Insurance for MECHANICAL BREAKDOWN is shown in the Declarations under Electronic Equipment, we will pay loss or damage to covered property caused by "mechanical breakdown". This provision supersedes any other policy provision that may exclude loss or damage caused by or resulting from "mechanical breakdown".

(2) Under 2. EXCLUSIONS above exclusion e. is deleted and replaced by the following:

e. Loss or damage caused by data processing "media" failure while the "media" is being run through the system. We will cover loss, damage or expense caused directly by ensuing fire or explosion.

(3) We will not pay for loss or damage to Covered Property in any one occurrence until the loss or damage exceeds the deductible shown in the Declarations. We will then pay the amount of loss that exceeds the deductible. This deductible applies only once per occurrence.

b. Electrical Disturbance Coverage

(1) When a limit of insurance for ELECTRICAL DISTURBANCE is shown in the Declarations under Electronic Equipment, we will pay for loss or damage to Covered Property caused by:

(a) "Electrical disturbance"; or

(b "Power supply disturbance".

(2) Under 2. EXCLUSIONS above, exclusion d. does not apply.

(3) The deductible for this coverage shall be:

(a) $1,000; or

(b) 5% of the combined unscheduled equipment and scheduled equipment limits shown in the Declarations whichever is greater.

9. **DEFINITIONS**

a. "Electrical disturbance" means electrical or magnetic damage, disturbance or erasure of electronic recordings.

b. "Laptop computer" means portable data collectors, notebook (laptop) computers, subnote book computers, palmtop computers, handheld computers and portable or any similar computer. "Laptop computer" does not mean cellular phone, wireless phone or pager.

c. "Mechanical breakdown" means component failure or mechanical malfunction, breakdown or failure.

d. "Media" means materials on which information is recorded such as film, magnetic tape, paper tape, disks, drums, and cards. "Media" includes computer software and reproduction of data contained on covered media.

e. "Power Supply Disturbance" means blackout, brownout, power surge or interruption of power supply.

All other policy terms and conditions apply.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY** 54238 (12-01)

# AMENDMENT OF POLLUTION EXCLUSION -
# EXCEPTION FOR BUILDING HEATING EQUIPMENT

This endorsement modifies insurance provided under the BUSINESSOWNERS LIABILITY COVERAGE FORM.

It is agreed:

Under **B. EXCLUSIONS, 1. f.,** subparagraph **(1) (a)** is deleted and replaced by the following:

This insurance does not apply to:

**f. (1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph, **(a)**, does not apply to "bodily injury" if sustained within a building at such premises, site or location and caused by smoke, fumes, vapor or soot from equipment used to heat a building at such premises, site or location.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985, 2001

BUSINESSOWNERS
54244 (5-07)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF LIABILITY INSURING AGREEMENT - KNOWN INJURY OR DAMAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM

It is agreed:

Under **A. COVERAGES, 1. Business Liability,** is deleted and replaced by the following:

**1.  Business Liability.**

    **a.**  We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

        **(1)** The amount we will pay for damages is limited as described in D. LIABILITY AND MEDICAL EXPENSES LIMITS OF INSURANCE; and

        **(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements or medical expenses.

        No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under COVERAGE EXTENSION - SUPPLEMENTARY PAYMENTS.

    **b.**  This insurance applies:

        **(1)** To "bodily injury" and "property damage" only if:

            **(a)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

            **(b)** The "bodily injury" or "property damage" occurs during the policy period; and

            **(c)** Prior to the policy period, no insured listed under Paragraph 1. of C. WHO IS AN INSURED and no employee authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized employee knew prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985, 2001.

**(2)** To "personal injury" and "advertising injury" caused by an offense arising out of your business, but only if the offense was committed in the "coverage territory" during the policy period.

**c.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of C. WHO IS AN INSURED or any employee authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**d.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**e.** **Coverage Extension - Supplementary Payments**

In addition to the Limit of Insurance, we will pay, with respect to any claim or "suit" we defend:

**(1)** All expenses we incur.

**(2)** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which Business Liability Coverage for "bodily injury" applies.   We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds.

**(4)** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $100 a day because of time off from work.

**(5)** All costs taxed against the insured in the "suit".

**(6)** Prejudgment interest awarded against the insured on that part of the judgment we pay.  If we make an offer to pay the Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**(7)** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985, 2001.

54309 (7-08)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDITIONAL EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY

**A. Applicability Of This Endorsement**

1. The provisions of this endorsement will apply if and when one of the following situations occurs:

   a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act), terminates; or

   b. The Program is renewed, extended or otherwise continued in effect:

      (1) With revisions that increase insurers' statutory percentage deductible or decrease the federal government's statutory percentage share in potential terrorism losses above such deductible, or that results in a change in the level or terms or conditions of coverage; and

      (2) We are not required by the Program to make terrorism coverage available to you and elect not to do so.

2. When this endorsement becomes applicable in accordance with the terms of A.1.a. or A.1.b., above, it supersedes any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism".

3. If this endorsement does NOT become applicable, then any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism", will remain in effect. However, if the Program is renewed, extended or otherwise continued in effect with revisions that change the level or terms or conditions of coverage, and we are required to offer you the revised coverage or to provide revised coverage to those who previously accepted coverage under the Program, then we will take the appropriate steps in response to the federal requirements.

**B.** The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright ISO Properties, Inc., 2004

Page 1 of 3

1. That involve the following or preparation for the following:

   a. Use or threat of force or violence; or

   b. Commission or threat of a dangerous act; or

   c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

2. When one or both of the following applies:

   a. The effect is to intimidate or coerce a government or the civilian population or any segments thereof, or to disrupt any segment of the economy; or

   b. It appears that the intent is to intimidate or coerce a government or the civilian population, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

C. If the BUSINESSOWNERS STANDARD PROPERTY COVERAGE FORM or the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM is included in this policy, then under **B. EXCLUSIONS**, the following exclusion is added:

**Exclusion Of "Terrorism"**

We will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination;

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material;

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

D. **Exception To Exclusion Of "Terrorism" For Certain Fire Losses**

If "terrorism" results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage caused by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under the Additional Coverages Business Income and/or Extra Expense or endorsements that apply to those Additional Coverages.

E. Under the BUSINESSOWNERS LIABILITY COVERAGE FORM, the following exclusion is added:

We will not pay for "bodily injury", "property damage", "personal injury" or "advertising injury" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". All "bodily injury", "property damage", "personal injury" or "advertising injury" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination;

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material;

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

F. Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, regardless of whether this endorsement was in effect during the entirety of that time period or not.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.      Page 3 of 3
Copyright ISO Properties, Inc., 2004

BUSINESSOWNERS
54319 (7-06)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITED FUNGI OR BACTERIA COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

**A.** Under **A. COVERAGE, 4. Additional Coverages**, the following coverage is added:

**Limited Coverage For "Fungi" And Bacteria**

**(1)** The coverage described in paragraphs (2) and (6) immediately below, only applies when the "fungi", wet rot, dry rot or bacteria are the result of a "specified cause of loss" other than fire or lightning that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

**(2)** We will pay for loss or damage by "fungi", wet rot, dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

**(a)** Direct physical loss or damage to Covered Property caused by "fungi", wet rot, dry rot or bacteria including the cost of removal of the "fungi", wet rot, dry rot or bacteria;

**(b)** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet rot, dry rot or bacteria; and

**(c)** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi", wet rot, dry rot or bacteria are present.

**(3)** The coverage described under this Limited Coverage is limited to 10% of the building or business personal property limit of insurance, whichever is greater, subject to a maximum of $100,000 and a minimum of $15,000. This is the most we shall pay for the total of all loss or damage arising out of all occurrences of a "specified cause of loss" (other than fire or lightning) which take place in a 12-month period (starting with the beginning of the present annual policy period) regardless of the number of locations covered by this policy or claims made. With respect to a particular occurrence of loss which results in "fungi", wet rot, dry rot or bacteria, we will not pay more than this limit even if "fungi", wet rot, dry rot or bacteria continue to be present or active, or recurs, in a later policy period.

**(4)** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungi", wet rot, dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungi", wet rot, dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungi", wet rot, dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985, 1987, 2002.

Page 1 of 2

**(5)** The terms of this Limited Coverage do not increase or reduce the coverage provided under the Water Damage Additional Coverage.

**(6)** The following applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the suspension of "operations" satisfies all the terms and conditions of the applicable Business Income and/or Extra Expense Additional Coverage.

**(a)** If the loss which resulted in "fungi", wet rot, dry rot or bacteria does not in itself necessitate a suspension of "operations", but such suspension is necessary due to loss or damage to property caused by "fungi", wet rot, dry rot or bacteria, then our payment under the Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 45 days. The days need not be consecutive.

**(b)** If a covered suspension of "operations" was caused by loss or damage other than "fungi", wet rot, dry rot or bacteria, but remediation of "fungi", wet rot, dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 45 days. The days need not be consecutive.

**B.** Under **B. EXCLUSIONS, 2.d.(2)**, is deleted and replaced by the following:

**(2)** Rust, corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage itself;

**C.** Under **B. EXCLUSIONS**, the following exclusion is added:

**"Fungi" Or Bacteria**

Presence, growth, proliferation, spread or any activity of "fungi", wet rot, dry rot or bacteria. This exclusion does not apply to loss or damage to covered property:

**(1)** If "fungi", wet rot or dry rot results from fire or lightning;

**(2)** If the ensuing loss not otherwise excluded results directly or indirectly from "fungi", wet rot or dry rot; or

**(3)** As provided under the Additional Coverage, **Limited Coverage For "Fungi" And Bacteria**.

**D.** Under **H. PROPERTY DEFINITIONS**, the following definition is added:

**"Fungi"** means any type or form of fungus, including but not limited to, any mold, mildew mycotoxins, spores, scents or byproducts produced or released by any type or form of fungus.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985, 1987, 2002.

54340 (4-13)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BAILEES COVERAGE

This endorsement modifies insurance under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

1. Under **A. COVERAGE, 5. Additional Coverages**, the following Additional Coverage is added:
   **Bailees Coverage**
   a. We will pay for direct physical loss or damage to the property of others that:
      (1) Is in your possession or in the possession of any of your employees; or
      (2) Is being transported by you, any of your employees, a public carrier or mail service.
   b. We will also cover your actual incurred cost for labor and materials.
   c. We do not cover the following properties:
      (1) Property held for storage or for which a storage charge is made. If you do not have instructions from the owner of the goods to store goods held by you, such goods are not considered stored.
      (2) Property while in the possession of any person, company or corporation other than you, your employees, a public carrier or mail service.
      (3) Any land motor vehicle.
      (4) Watercraft.
      (5) Aircraft including objects falling from aircraft.
      (6) Accounts, bills, currency, deeds, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities.
      (7) Contraband or property in the course of illegal transportation or trade.
   d. In addition to other policy exclusions, we will not pay for loss or damage caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.
      (1) Misappropriation, secretion, conversion, infidelity or any dishonest act by you or others or the employees or agents of either to whom the covered property may be entrusted. This exclusion does not apply to carriers for hire.
      (2) Delay.
      (3) Vandalism or malicious mischief.
      (4) Burglary of property left in your delivery vehicles overnight unless locked and in your building which you occupy.
   e. We will pay no more than the smallest of either:
      (1) The cost to replace damaged property with new property of similar quality and features reduced by the amount of decrease in value because of age, wear, obsolescence or market value applicable to the damaged property immediately prior to the loss; or
      (2) The Limit of Insurance shown in the Declarations for BAILEES COVERAGE.
      This is an additional amount of insurance.
      Our payment for loss of or damage to property of others will only be for the account of the owner of the property.
   f. No deductible applies to this Additional Coverage.

2. Under **E. PROPERTY LOSS CONDITIONS, 6. Loss Payment, d. (3)** the following is added:
   All property covered under Bailees Coverage.

All other policy terms and conditions apply.

54341 (3-13)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FINE ARTS, COLLECTIBLES AND MEMORABILIA - BLANKET COVERAGE

This endorsement modifies insurance under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

1.  Under **A. COVERAGE, 5. Additional Coverages,** the following Additional Coverage is added:

    **Fine Arts, Collectibles and Memorabilia - Blanket Coverage**

    **a.  Coverage**

    We will pay for direct physical loss or damage to fine arts, collectibles and memorabilia owned by you while located within the United States of America and Canada.

    **b.  Exclusions**

    Under **B. EXCLUSIONS,** the following exclusions are added to apply only to this Additional Coverage.

    (1)  An action committed by you or at your direction with the intent to cause loss or damage.
    (2)  Damage caused by any repairing, restoration or retouching process.
    (3)  Breakage of art glass windows, statuary, marble, glassware, bric-a-brac, porcelains and similar fragile articles unless caused by:
        (a)  Fire or lightning;
        (b)  Aircraft;
        (c)  Theft or attempted theft;
        (d)  Earthquake;
        (e)  Flood or storm surge;
        (f)  Malicious damage; or
        (g)  Collision, derailment or overturn of conveyance;
        except as we may state otherwise.

    (4)  Loss to fine arts, collectibles or memorabilia on exhibition at any premises other than described in the Declarations.
    (5)  Mysterious disappearance unless the loss is a direct result of a forcible entry of which there is visible evidence.

    **c.  Limit Of Insurance**

    We will pay no more than the smallest of either:
    (1)  The cost to replace damaged property with new property of similar quality and features reduced by the amount of decrease in value because of age, wear, obsolescence or market value applicable to the damaged property immediately prior to the loss; or
    (2)  The Limit of Insurance shown in the Declarations for FINE ARTS, COLLECTIBLES OR MEMORABILIA - BLANKET INSURANCE.

In no event shall our payment for all items in any one loss exceed the Limit of Insurance shown in the Declarations for FINE ARTS, COLLECTIBLES OR MEMORABILIA - BLANKET INSURANCE.

This is an additional amount of insurance.

**d. Deductible**

No deductible applies to this Additional Coverage.

**e. Conditions**

(1) In case of loss of or damage to any part of a pair or set, we may:
(a) repair or replace any part of the pair or set to restore it to its value before the loss; or
(b) pay the difference between the actual cash value of the property before and after the loss.
(2) In case of loss or damage to any part of property covered, consisting of several parts when complete, we shall pay only for the value of the part loss or damaged.

**2.** Under **A. COVERAGE, b. Business Personal Property, 2. Property Not Covered**, the following property is added:

Fine arts, collectibles and memorabilia.

**3.** Under **4. LIMITATIONS**, paragraph **c.** does not apply to this Additional Coverage.

**4.** The following **Definitions** apply to this endorsement only:
**a. Fine arts** mean paintings, etchings, pictures, tapestries, art glass windows and other bona fide works of art of rarity, historical value or artistic merit.
**b. Collectibles** mean objects collected as a hobby, for display or as an investment whose value may appreciate.
**c. Memorabilia** means objects valued for their connection to historical events, culture, entertainment or experiences worthy of remembrance.

All other policy terms and conditions apply.

BUSINESSOWNERS
54360 (10-08)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BUSINESSOWNERS LIABILITY PLUS ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM
BUSINESSOWNERS COMMON POLICY CONDITIONS

**1. EXTENDED WATERCRAFT COVERAGE**

Under **B. EXCLUSIONS, 1. Applicable to Business Liability Coverage, g.** exclusion **(2)** is deleted and is replaced by the following:

**(2)** A watercraft you do not own that is:

**(a)** Less than 50 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**2. BROADENED SUPPLEMENTARY PAYMENTS COVERAGE**

Under **A. COVERAGES, 1. Business Liability, e. Coverage Extension - Supplementary Payments:**

Paragraph **(2.),** the amount we will pay for bail bonds is increased from $250 to $2,000.

Paragraph **(4.),** the amount we will pay for the actual loss of earnings is increased from $100 per day to $400 per day.

**3. PERSONAL INJURY EXTENSION COVERAGE**

**a.** If Personal Injury is shown as "excluded" in the Declarations, then this provision, **3. PERSONAL INJURY EXTENSION COVERAGE** does not apply.

**b.** If a limit is shown in the Declarations for Personal Injury, then under **F. LIABILITY AND MEDICAL EXPENSES DEFINITIONS, 10.** "Personal Injury" is deleted and replaced by the following:

**10.** "Personal Injury" means, other than "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication of material that violates a person's right of privacy; or

**f.** Discrimination, humiliation, sexual harassment and any violation of civil rights caused by such discrimination, humiliation or sexual harassment.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1984, 1985

Page 1 of 5

4. **BROADENED KNOWLEDGE OF OCCURRENCE**

Under **E. LIABILITY AND MEDICAL EXPENSES GENERAL CONDITIONS, 2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**, the following paragraph is added:

Paragraphs **a.** and **b.** of this condition will not serve to deny any claim for failure to provide us with notice as soon as practicable after an "occurrence" or an offense which may result in a claim:

**a.** If the notice of a new claim is given to your "employee"; and

**b.** That "employee" fails to provide us with notice as soon as practicable.

This exception shall not apply:

**a.** To you; or

**b.** To any officer, director, partner, risk manager or insurance manager of yours.

5. **FIRE, LIGHTNING, EXPLOSION, SMOKE AND WATER DAMAGE LEGAL LIABILITY**

**a. Fire, Lightning, Explosion, Smoke and Water Damage Legal Liability Coverage**

Under **SECTION B - EXCLUSIONS**, the last paragraph is deleted and replaced by the following:

Exclusions **c., d., e., f., g., h., i., k., l., m., n.,** and **o.** do not apply to damage by fire, lightning, explosion, smoke or water damage to premises rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in **5. FIRE, LIGHTNING, EXPLOSION, SMOKE AND WATER DAMAGE LEGAL LIABILITY, b. Limits of Insurance.**

The following additional exclusions apply to "property damage" arising out of Water Damage to premises rented to you or temporarily occupied by you with permission of the owner:

**(1)** "Property damage" to:

**(a)** The interior of the premises caused by or resulting from rain or snow, whether driven by wind or not; or

**(b)** Heating, air conditioning, plumbing or fire protection systems, or other equipment or appliances.

**(2)** "Property damage" caused by or resulting from any of the following:

**(a)** Mechanical breakdown, including bursting or rupture caused by centrifugal force;

**(b)** Cracking, settling, expansion or shrinking;

**(c)** Smoke or smog;

**(d)** Birds, insects, rodents or other animals;

**(e)** Wear and tear;

**(f)** Corrosion, rust, decay, fungus, deterioration, hidden or latent defect or any quality in property that causes such property to destroy or damage itself; or

**(g)** Water that flows or leaks from any heating, air conditioning, plumbing or fire protection system caused by or resulting from freezing, unless:

**1)** You make a reasonable effort to maintain heat in the building or structure; or

**2)** You drain the equipment and shut off the water supply if the heat is not maintained.

**(3)** "Property damage" caused directly or indirectly by any of the following:

**(a)** Water that backs up from a drain or sewer;

**(b)** Mud flow or mudslide;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1984, 1985

**(c)** Volcanic eruption, explosion or effusion;

**(d)** Any earth movement, such as earthquake, landslide, mine subsidence, earth sinking, earth rising or earth shifting;

**(e)** Regardless of the cause, flood, surface water, waves, tides, tidal waves, storm surge, overflow of any body of water, or their spray, all whether wind driven or not;

**(f)** Water under the ground surface pressing on, or seeping or flowing through:

**1)** Walls, foundations, floors or paved surfaces;

**2)** Basements, whether paved or not; or

**3)** Doors, windows or other openings.

**(4)** "Property damage" for which the insured is obligated to pay as damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of this contract or agreement.

**b.** **Limits of Insurance**

**D.** **LIABILITY AND MEDICAL EXPENSES LIMITS OF INSURANCE**, is deleted and replaced by the following:

**D.** **LIABILITY AND MEDICAL EXPENSES LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The most we will pay for the sum of all damages because of all:

**a.** "Bodily injury", "property damage" and medical expenses arising out of any one "occurrence"; and

**b.** "Personal injury" and "advertising injury" sustained by any one person or organization

is the Liability and Medical Expenses limit shown in the Declarations. But the most we will pay for all medical expenses because of "bodily injury" sustained by any one person is the Medical Expenses limit shown in the Declarations.

**3.** The most we will pay under Business Liability Coverage for damages because of "property damage" to premises rented to you or temporarily occupied by you with permission of the owner arising out of or caused by fire, lightning, explosion, smoke and water damage is the amount shown in the Declarations under Fire, Lightning, Explosion, Smoke and Water Damage Legal Liability.

**4.** **Aggregate Limits**

The most we will pay for:

**a.** Injury or damage under the "products/completed operations hazard" arising from all "occurrences" during the policy period is the Products-Completed Operations Aggregate limit shown in the Declarations; and

**b.** All other injury or damage, including medical expenses, arising from all "occurrences" during the policy period is the Aggregate Limit (Other than Products-

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1984, 1985

Completed Operations) shown in the Declarations. This limitation does not apply to "property damage" to premises rented to you arising out of fire, lightning, explosion, smoke or water damage.

The limits of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

6. **BLANKET ADDITIONAL INSURED - LESSOR OF LEASED EQUIPMENT**

   a. **C. WHO IS AN INSURED** is amended to include as an additional insured any person or organization with whom you have agreed:

      **(1)** In a written contract or agreement, executed prior to loss, to name as an additional insured; or

      **(2)** In an oral contract or agreement, executed prior to loss, to name as an additional insured only if a Certificate of Insurance was issued prior to loss indicating that the person or organization was an additional insured

   but only with respect to liability for:

      **(1)** "Bodily injury";

      **(2)** "Property damage";

      **(3)** "Personal injury"; or

      **(4)** "Advertising injury"

   caused in whole or in part, by your maintenance, operation or use of equipment leased to you by such person or organization.

   b. With respect to the insurance afforded to an additional insured, this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

   c. The following is added to **D. LIABILITY AND MEDICAL EXPENSES LIMITS OF INSURANCE**:

      The Limits of Insurance for the additional insured are those specified in the written contract or agreement between the insured and the lessor, not to exceed the limits provided in this policy. These limits are inclusive of and not in addition to the Limits of Insurance shown in the Declarations.

7. **BLANKET ADDITIONAL INSURED - MANAGERS OR LESSORS OF PREMISES**

   a. **C. WHO IS AN INSURED** is amended to include as an additional insured any person or organization with whom you have agreed:

      **(1)** In a written contract or agreement, executed prior to loss, to name as an additional insured; or

      **(2)** In an oral contract or agreement, executed prior to loss, to name as an additional insured only if a Certificate of Insurance as issued prior to the loss indicating that the person or organization was an additional insured

   but only with respect to liability arising out of ownership, maintenance or use of that part of the premises leased to you.

   b. This provision is subject to the following additional exclusions, applicable to this provision only:

      **(1)** Any "occurrence" which takes place after you cease to be a tenant in that premises.

      **(2)** Structural alterations, new construction or demolition operations performed by or on behalf of the additional insured.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1984, 1985

c. The Limits of Insurance for the additional insured are those specified in the written contract or agreement between the insured and the manager or lessor of the premises, not to exceed the limits provided in this policy. These limits are inclusive of and not in addition to the Limits of Insurance shown in the Declarations.

## 8. BLANKET WAIVER OF SUBROGATION

The following is added to **BUSINESSOWNERS COMMON POLICY CONDITIONS, J. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US, 2.**.

When you have agreed to waive your right of subrogation in a written contract, executed prior to loss, with any person or organization, we waive any right of recovery we may have against such person or organization because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard".

## 9. NEWLY FORMED OR ACQUIRED ORGANIZATIONS

The following provision is added to **C. WHO IS AN INSURED**.

Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier; and

b. **A. COVERAGES** does not apply to:

   (1) "Bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

   (2) "Personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1984, 1985

54364 (5-07)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# GEORGIA CHANGES

This endorsement modifies insurance provided under the following:

> BUSINESSOWNERS STANDARD PROPERTY COVERAGE FORM
> BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

The following explanation is added with respect to application of the Exclusion of "Fungi", Wet Rot, Dry Rot And Bacteria and the Limited Coverage of the same title:

With respect to the portion of Covered Property that would still have required repair or replacement had there been no "fungi", wet or dry rot or bacteria, this Exclusion and Limited Coverage will not serve to limit the amount of recovery for such repair or replacement.

However, the Exclusions and Limited Coverage shall continue to apply to:

1.  The cost to treat, contain, remove or dispose of "fungi" wet rot, dry rot or bacteria beyond that which is required to repair or replace Covered Property;

2.  The cost of testing as described in the Limited Coverage; and

3.  Any increase in loss under Business Income and/or Extra Expense Forms resulting from **1.** or **2.** above.

Regardless of whether the Exclusion and Limited Coverage apply to a loss, the Limit of Insurance on Covered Property is not increased.  The maximum recoverable, for the total of the cost to repair or replace Covered Property and any additional covered cost to treat, contain, remove, dispose of or test for "fungi", wet or dry rot or bacteria, is the applicable Limit of Insurance on the affected Covered Property.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1984, 1985, 1987, 2002, 2004.

54499 (4-13)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ACCOUNTS RECEIVABLE COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

**SCHEDULE***

| Prem.<br>No. | Bldg.<br>No. | Additional<br>Premium | Limit<br>of<br>Insurance |
|---|---|---|---|
| | | | |

If additional premium for Accounts Receivable is shown in the Declarations or in the Schedule above, the following coverage applies.  This coverage is subject to the provisions applicable to the Businessowners Property Coverage Form of this policy including the deductible, except as provided below.

**A.  COVERAGE**
Under Businessowners Special Property Coverage Form, subparts **1.**; **2.**; **4.**; **5.**; and **6.** are deleted as applied to this endorsement and replaced by the following:
1.  We will pay:
 **a.** All amounts due from your customers that you are unable to collect;
 **b.** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;
 **c.** Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and
 **d.** Other reasonable expenses that you incur to re-establish your records of accounts receivable
 that result from direct physical loss or damage by any Covered Causes of Loss to your records of accounts receivable.

**2.  PROPERTY NOT COVERED**
Covered property does not include contraband, or property in the course of illegal transportation or trade.

**3.  COVERAGE EXTENSION**
Removal

If you give us written notice within 10 days of removal of your records of accounts receivable because of imminent danger of loss or damage, we will pay for loss or damage while they are:
**a.** At a safe place away from the described premises; or
**b.** Being taken to and returned from that place.

This Coverage Extension is included within the Limit of Insurance applicable to the premises from which the Covered Property is removed.

**4.  EXCLUSIONS**
Under Section B. EXCLUSIONS, the following exclusions are added to apply only to this endorsement:
**a.** We will not pay for loss or damage caused by or resulting from any of the following:
 **(1)** Dishonest acts by you, anyone else with an interest in the property, or your or their employees or authorized representatives, or anyone entrusted with the property, whether or not acting alone or in collusion with other persons or occurring during the hours of employment.

 But this exclusion does not apply to a carrier for hire.

(2) Alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of money, securities or other property.

This exclusion applies only to the extent of the wrongful giving, taking, or withholding.

(3) Bookkeeping, accounting or billing errors or omissions.
(4) Electrical or magnetic injury, disturbance or erasure of electronic recordings. But we will pay for direct loss or damage caused by lightning.
(5) Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.
(6) Unauthorized instructions to transfer property to any person or to any place.
b. We will not pay for loss or damage that requires any audit of records or any inventory computation to prove its factual existence.
c. We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.
(1) Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph a.(1), (2) or (3) above to produce the loss or damage.
(2) Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.
(3) Faulty, inadequate or defective:
(a) Planning, zoning, development, surveying, siting;
(b) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
(c) Materials used in repair, construction, renovation or remodeling; or

(d) Maintenance
of part or all of any property on or off the described premises.

**B. LIMIT OF INSURANCE**
This section is replaced by the following:

The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for accounts receivable shown in the Schedule above or in the Declarations.

For accounts receivable not at the described premises, the most we will pay is:
1. $2,500; or
2. 25% of the accounts receivable limit whichever is less.

**C. ADDITIONAL CONDITIONS**
The following is added to paragraph E.6.d. of the Loss Payment Condition:

1. If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage, the following method will be used:
a. Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and
b. Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.
2. The following will be deducted from the total amount of accounts receivable, however that amount is established:
a. The amount of the accounts for which there is no loss or damage;
b. The amount of the accounts that you are able to re-establish or collect;
c. An amount to allow for probable bad debts that you are normally unable to collect; and
d. All unearned interest and service charges.

54500 (4-13)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# VALUABLE PAPERS AND RECORDS COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

## SCHEDULE

| Prem. No. | Bldg. No. | Additional Premium | Limit of Insurance |
|---|---|---|---|
|  |  |  |  |

If additional premium for Valuable Papers and Records is shown in the Declarations or in the Schedule above, the following coverage applies. This coverage is subject to the provisions applicable to the Businessowners Property Coverage Form of this policy including the deductible, except as provided below.

**A. COVERAGE**
Under Businessowners Special Property Coverage Form, subparts 1.; 2.; 4.; 5.; and 6. are deleted as applied to this endorsement and replaced by the following:

1.  **COVERED PROPERTY**, as used in this endorsement, means the following type of property that is your property or property of others in your care, custody or control.

    Valuable papers and records, meaning inscribed, printed or written:
    a.  Documents;
    b.  Manuscripts; and
    c.  Records
    including abstracts, books, deeds, drawings, films, maps, or mortgages.

    But valuable papers and records does not mean:
    i.   "Money" or "Securities";
    ii.  Converted Data;
    iii. Programs or instructions used in your data processing operations, including the materials on which the data is recorded.

2.  **PROPERTY NOT COVERED**
    Covered Property does not include:
    a.  Property held as samples or for delivery after sale;

    b.  Property in storage away from the premises shown in the Declarations or in the Schedule; or
    c.  Contraband, or property in the course of illegal transportation or trade.

3.  **COVERAGE EXTENSION**
    Removal

    If you give us written notice within 10 days of removal of your valuable papers and records because of imminent danger of loss or damage, we will pay for loss or damage while it is:
    a.  At a safe place away from the described premises; or
    b.  Being taken to and returned from that place.

    This Coverage Extension is included within the Limits of Insurance applicable to the premises from which the Covered Property is removed.

4.  The VALUABLE PAPERS AND RECORDS Coverage Extension in the Businessowners Property Coverage Form does not apply at any premises where this endorsement applies.

5.  The PERSONAL PROPERTY OFF PREMISES Coverage Extension in the Businessowners Property Coverage Form does not apply to valuable papers and records.

**B. EXCLUSIONS**

Under Section B. EXCLUSIONS, the following exclusions are added to apply only to this endorsement:

1. We will not pay for loss or damage caused by or resulting from any of the following:

   a. Dishonest acts by you, anyone else with an interest in the property, or your or their employees or authorized representatives, or anyone entrusted with the property, whether or not acting alone or in collusion with other persons or occurring during the hours of employment.

   But this exclusion does not apply to a carrier for hire.

   b. Errors or omissions in processing or copying.

   But we will pay for direct loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this endorsement.

   c. Electrical or magnetic injury, disturbance or erasure of electronic recordings.

   But we will pay for direct loss or damage caused by lightning.

   d. Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

   e. Unauthorized instructions to transfer property to any person or to any place.

2. We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

   a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1.a., 1.b. and 1.c. above to produce the loss or damage.

   b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

   c. Faulty, inadequate or defective:

      (1) Planning, zoning, development, surveying, siting;

      (2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

      (3) Materials used in repair, construction, renovation or remodeling; or

      (4) Maintenance

      of part or all of any property on or off the described premises.

**C. LIMIT OF INSURANCE**

This section is replaced by the following:

The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for valuable papers and records shown in the Schedule above or in the Declarations.

For valuable papers and records not at the described premises, the most we will pay is:

1. $2,500; or

2. 25% of the valuable papers and records limit

whichever is less.

**D. PROPERTY LOSS CONDITIONS**

Paragraph d.(6) of the LOSS PAYMENT Loss Condition does not apply to valuable papers and records that are actually replaced or restored.

**E. ADDITIONAL DEFINITIONS**

1. "Money" means:

   a. Currency, coins and bank notes whether or not in current use; and

   b. Travelers checks, register checks and money orders held for sale to the public.

2. "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or other property and includes:

   a. Tokens, tickets, revenue and other stamps whether or not in current use; and

   b. Evidences of debt issued in connection with credit or charge cards, which are not of your own issue

   but does not include "money".

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**     54604 (7-88)

## CONDITIONAL AMENDATORY ENDORSEMENT

**THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE BUSINESSOWNERS POLICY.**


1.   Unless indicated in the Declarations, the following coverages are deleted:

   a.   Under the STANDARD PROPERTY COVERAGE FORM OR the SPECIAL PROPERTY COVERAGE FORM:
       Additional Coverages - Business Income and Extra Expense.

   b.   Under the BUSINESSOWNERS LIABILITY COVERAGE FORM:
       Personal Injury - Damages because of personal injury as afforded under Business Liability.

       Druggist Liability - Bodily injury or property damage arising out of practice of pharmacy as afforded under
       Business Liability by Exception to Exclusion j(9).

2.   Unless indicated in the Declarations, coverage does not apply to underground tanks and/or their contents.

# REPLACEMENT COST MODIFICATION
## ENDORSEMENT
## (BUILDING ONLY)

54606 (1-90)

**THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE BUSINESSOWNERS POLICY**

It is agreed:

1.  If at the time of loss the whole amount of insurance applicable to a covered building or structure:

    a.  is 80% or more of the full replacement cost of such building or structure; or
    b.  the full cost of repair or replacement is less than $1,000;

    the replacement cost provision of the Loss Payment condition under PROPERTY LOSS CONDITIONS applies.

2.  If at the time of loss the whole amount of insurance applicable to a covered building or structure:

    a.  is less than 80% of the full replacement cost of such building or structure; and
    b.  with respect to buildings and structures the full cost of repair or replacement is more than $1,000;

    our liability for loss under this policy shall not exceed the least of the following:

    a.  the actual cash value of the part of the covered property damaged or destroyed;
    b.  the cost of repairing the covered property or any part of it within a reasonable time;
    c.  the amount actually and necessarily expended in repairing or replacing the covered property or any part thereof; or
    d.  the limit of liability applicable to the covered property shown on the Declarations.

This does not apply to the property described under PROPERTY LOSS CONDITIONS - 6. Loss Payment - d(3).

All other terms and conditions of the policy apply.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.** 54638 (11-89)

## LIMITATION OF REAL ESTATE OPERATIONS ENDORSEMENT

**THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE BUSINESSOWNERS POLICY.**

It is agreed that with respect to any real estate operation, the insurance provided under the Businessowners Liability Coverage Form applies only to "bodily injury", "property damage", "personal injury" and "advertising injury" arising out of:

1.   that part of a premises used by you for general office purposes; and

2.   a premises:

    a.   which you do not own, operate, rent or manage;
    b.   which is not in your care, custody or control; or
    c.   for which you do not act as an agent for rent collection or in a supervisory capacity;

    if such premises is listed with you for sale or rental.

All other terms and conditions of the policy apply.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**    54656 (8-91)

## POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE PART

Exclusion f. under COVERAGE A is replaced by the following:

**f.** **(1)** "Bodily injury", "property damage" or "personal injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

    **(a)** At or from premises you own, rent or occupy;

    **(b)** At or from any site or location used by or for you or others for the handling, storage, disposal, processing or treatment of waste;

    **(c)** That are at any time transported, handled, stored, treated, disposed of, or processed as waste by or for you or any person or organization for whom you may be legally responsible; or

    **(d)** At or from any site or location on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations:

    **(i)** If the pollutants are brought on or to the site or location in connection with such operations; or

    **(ii)** If the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize the pollutants.

**(2)** Any loss, cost or expense arising out of any governmental direction or request that you test for, monitor, clean up, remove, contain, treat, detoxify or neutralize the pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

Subparagraphs (a) and (d)(i) of paragraph (1) of this exclusion do not apply to "bodily injury", "property damage" or "personal injury" caused by heat, smoke or fumes from a hostile fire. As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services
Office, Inc., with its permission
Copyright, Insurance Services Office, Inc., 1984, 1985

54658 (4-07)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BUILDING GLASS COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

1. **BUILDING GLASS COVERAGE**

    a. If the Declarations indicates Building Glass applies, we will pay for direct physical loss or damage to your interior and exterior building glass, including all lettering and ornamentation.

    b. We will also pay for necessary:

        (1) Expenses incurred to put up temporary plates or board up openings;

        (2) Repair or replacement of encasing frames; and

        (3) Expenses incurred to remove or replace obstructions.

    c. **SECTION A.3., Covered Causes of Loss** and **SECTION B., EXCLUSIONS,** do not apply to this coverage, except for:

        (1) Paragraph **B.1.c., Governmental Action;**

        (2) Paragraph **B.1.d., Nuclear Hazard**; and

        (3) Paragraph **B.1.f., War and Military Action.**

    d. We will not pay for loss or damage:

        Caused by or resulting from:

        (1) Wear and tear;
        (2) Hidden or latent defect;
        (3) Corrosion; or
        (4) Rust.

2. **SECTION A.4., LIMITATIONS,** paragraph **b.** does not apply to this coverage.

3. **SECTION C., LIMITS OF INSURANCE,** paragraph **1.** is deleted and replaced by:

    1. The Limit of Insurance shown in the Declarations for:

        a. The building is the most we will pay for all loss or damage to that building including interior and exterior glass, in any one occurrence; or

        b. If no Limit of Insurance is shown for a building, the Limit of Insurance for business personal property is the most we will pay for all loss or damage to the business personal property, including interior and exterior glass, in any one occurrence.

4. **SECTION D. DEDUCTIBLES** is revised as follows:

    a. Paragraph **2.c.** is deleted.

    b. Paragraph **4.** is added:

        4. We will not pay for loss or damage to building glass in any one occurrence until the amount of loss or damage exceeds the glass deductible shown in the Declarations. We will then pay the amount of loss that exceeds the deductible. This deductible applies only once per occurrence regardless of the number of insured buildings or the amount business personal property sustaining covered loss or damage. The glass deductible will be used toward satisfying the requirements of the PROPERTY COVERAGES deductible in the Declarations.

5. **SECTION G. OPTIONAL COVERAGES,** paragraph **2. Exterior Grade Floor Glass** is deleted.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985, 1986

Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**          54661 (8-91)

## ABSOLUTE ASBESTOS EXCLUSION ENDORSEMENT

**THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE BUSINESSOWNERS LIABILITY COVERAGE FORM.**

No coverage is provided by this coverage form for any claim, suit, action or proceeding against the insured arising out of the discharge, dispersal, release, escape or inhalation of any asbestos related particle, dust, irritant, contaminant, pollutant, toxic element or material.

All other policy terms and conditions apply.

# COMMUNICABLE DISEASES EXCLUSION
**Businessowners Policy**

54679 (6-92)

It is agreed:

1.   The following exclusion is added and applies to:

    a.   Business Liability Coverage; and

    b.   Medical Expenses Coverage.

2.   **EXCLUSION**

This policy does not apply to "bodily injury", "personal injury" or medical expenses for "bodily injury" arising out of or resulting from the transmission of any communicable disease by any "insured".

All other policy terms and conditions apply.

54708 (1-07)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FIRE EXTINGUISHER AND FIRE SUPPRESSION SYSTEM RECHARGE

This endorsement modifies insurance under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

Under **A. COVERAGE, 5. Additional Coverages**, the following Additional Coverage is added:

**Fire Extinguisher And Fire Suppression System Recharge**

We shall pay for the recharging of fire extinguishers and fire suppression systems that you own that have been discharged to control a fire at a premises described in the Declarations.

The most we shall pay to recharge your fire extinguishers and fire suppression systems in any one occurrence is the Limit of Insurance shown in the Declarations for FIRE EXTINGUISHER AND FIRE SUPPRESSION SYSTEM RECHARGE.

No Deductible applies to this Additional Coverage.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1984, 1985, 1986

Page 1 of 1

54709 (4-10)

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM

The following exclusions apply in addition to those contained in **B. EXCLUSIONS, 1. Applicable to Business Liability Coverage.**

"Bodily injury", "personal injury" or "advertising injury":
**(1)** Arising out of any:
  **(a)** Refusal to employ;
  **(b)** Termination of employment;
  **(c)** Employment-related practice, policy, act or omission, including but not limited to coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at a person; or
  **(d)** Criminal or civil action brought against a person by or at the direction of the insured directly or indirectly related to any offense described in **(a)**, **(b)** or **(c)** above; or
**(2)** To anyone as a consequence of "bodily injury", "personal injury" or "advertising injury" to a person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, **(c)** or **(d)** above is directed.
This exclusion applies:
**(1)** Whether the insured may be liable as an employer or in any other capacity;
**(2)** Whether the offense is alleged to arise out of the employment during the course or scope of employment, outside the course or scope of employment or after termination of employment;
**(3)** Whether directly or indirectly related to a person's prospective, current or past employment; or
**(4)** To any obligation to share damages with or repay someone else who may pay damages because of the injury.

All other policy terms and conditions apply.

Includes material of Insurance Services Office, Inc., with its permission.
54709 (4-10)                Copyright, Insurance Services Office, Inc., 1988                Page 1 of 1

# LIMITED LIABILITY COMPANY
**Businessowners Policy**

54734 (8-95)

This endorsement modifies insurance provided under the **BUSINESSOWNERS LIABILITY COVERAGE FORM**.

It is agreed:

1. Under **C. WHO IS AN INSURED**, 1.c. is deleted and replaced by the following:

   c. A limited liability company, you are insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

2. Under **C. WHO IS AN INSURED**, 1.d. is added as follows:

   d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your executive officers and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

3. Under **C. WHO IS AN INSURED**, 2.a. is deleted and replaced by the following:

   a. Your employees, other than either your executive officers (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these employees is an insured for:

      (1) "Bodily injury" or "personal injury" to you, to your partners or members (if you are a partnership or joint venture) to your members (if you are a limited liability company), or to a co-employee while that co-employee is either in the course of his or her employment or performing duties related to the conduct of your business;

      (2) "Bodily injury" or "personal injury" arising out of his or her providing or failing to provide professional health care services; or

      (3) "Property damage" to property owned or occupied by or rented or loaned to that employee, any of your other employees, any of your partners or members (if you are a partnership or joint venture) or any member (if you are a limited liability company).

4. Under **C. WHO IS AN INSURED**, the last paragraph is deleted and replaced by the following:

   No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyrighted, Insurance Service Office, Inc. 1984,1985, 1996

54743 (8-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BUSINESS PERSONAL PROPERTY AT FAIRS OR EXHIBITIONS

This endorsement modifies insurance under the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

1.  Under **A. COVERAGE, 6. Coverage Extensions, b. PERSONAL PROPERTY OFF PREMISES** is deleted.

2.  Under **A. COVERAGE, 5. Additional Coverages,** the following Additional Coverage is added:

    **Business Personal Property at Fairs or Exhibitions**

    We will pay for direct physical loss of or damage to Business Personal Property while it is temporarily at any fair or exhibition caused by or resulting from any Covered Cause of Loss.  This Additional Coverage shall apply for a period not to exceed 15 days at any one fair or exhibition.  This coverage does not apply to Covered Property in or on a vehicle.

    Our payment for any one loss at any one fair or exhibition shall not exceed the Limit of Insurance shown in Declarations for BUSINESS PERSONAL PROPERTY AT FAIRS OR EXHIBITIONS.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1984, 1985, 1986

54745 (8-00)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OUTDOOR PROPERTY

This endorsement modifies insurance under the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

1. Under **A. COVERAGE, 6. Coverage Extensions, c. Outdoor Property** is deleted.

2. Under **A. COVERAGE, 5. Additional Coverages**, the following Additional Coverage is added:

**Outdoor Property**

We shall pay for direct physical loss or damage to your outdoor fences, radio and television antennas, trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft.

The most we will pay for loss of or damage to:

(1) all trees, shrubs or plants (other than "stock" of trees, shrubs or plants) and all covered outdoor property is the Limit of Insurance shown in the Declarations for OUTDOOR PROPERTY.

(2) any one tree, shrub or plant (other than "stock" of trees, shrubs or plants) is the Limit of Insurance per item shown in the Declarations under TREES, SHRUBS OR PLANTS.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1984, 1985, 1986

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

54748 (8-00)

# WATER BACK-UP FROM SEWERS OR DRAINS

This endorsement modifies insurance under the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

1.  Under **A. COVERAGE, 5. Additional Coverages, f. Business Income** and **g. Extra Expense** do not apply to the coverage provided by this endorsement.

2.  Subject to the provisions of paragraph **3.** below, under **B. EXCLUSIONS, g. Water** subparagraph **(3)** is deleted.

3.  Under C. LIMITS OF INSURANCE, the following limitation is added:

    The most we shall pay for all loss of or damage to Covered Property caused directly by water back-up from sewers or drains in any one loss is the Limit of Insurance shown in the Declarations for WATER BACK-UP FROM SEWERS OR DRAINS.  In the event the amount of loss of or damage to Covered Property does not exceed the Limit of Insurance shown in Declarations for WATER BACK-UP FROM SEWERS OR DRAINS, you may at your option, apply the remainder of such Limit of Insurance to your actual loss Business Income or necessary Extra Expense, if any, subject to the terms and conditions of the BUSINESS INCOME AND EXTRA EXPENSE endorsement.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1984, 1985, 1986

54749 (8-10)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# REFRIGERATED PRODUCTS

This endorsement modifies insurance under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

1. Under **A. COVERAGE, 5. Additional Coverages, f. Business Income** and **g. Extra Expense** do not apply to the coverage provided by this Additional Coverage.

2. Under **A. COVERAGE, 5. Additional Coverages,** the following Additional Coverage is added:
   **Refrigerated Products**
   We shall pay for loss of or damage to "perishable stock" caused directly by any of the following:
   a. Mechanical breakdown of the refrigeration system; or
   b. The interruption of electrical services to the refrigeration system caused by direct physical damage to the electrical generating or transmission equipment of your "local utility service".
   You must exercise diligence in inspecting and maintaining refrigeration equipment. If interruption of electrical service or mechanical or electrical breakdown is known, you must use all reasonable means to protect the covered property from further damage.

3. Under **C. LIMITS OF INSURANCE**, the following limitation is added:
   The most we shall pay for all loss or damage caused directly by mechanical or electrical breakdown of the refrigeration system or the interruption of electrical service to the refrigeration system caused by direct physical damage by a Covered Cause of Loss to the electrical generating or transmission equipment of your "local utility service" in any one loss is the Limit of Insurance shown in the Declarations for REFRIGERATED PRODUCTS. In the event the amount of loss of or damage to "perishable stock" does not exceed the Limit of Insurance shown in the Declarations for REFRIGERATED PRODUCTS, you may at your option, apply the remainder of such Limit of Insurance to your actual loss Business Income or necessary Extra Expense, if any, subject to the terms and conditions of the BUSINESS INCOME AND EXTRA EXPENSE endorsement.

4. Under **SECTION B. EXCLUSIONS:**

   a. exclusion **1.e. Power Failure** is deleted and replaced by the following exclusion.
      **e. Off-Premises Services**
      We shall not pay for loss or damage caused by or resulting from the failure to supply "power supply services" from any regional or national grid.
   b. Exclusion **2.d.(6)** is deleted and replaced by the following exclusion for this Additional Coverage only:
      **(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. However, this does not apply to any resulting loss or damage caused by elevator collision or mechanical breakdown of refrigeration systems.

5. **Definitions**
   The following definitions apply only to this Additional Coverage:

   **"Local Utility Service"** means your billing entity, repair entity or service entity directly providing "power supply services" to the premises described in the Declarations.

   **"Perishable stock"** means merchandise held in storage or for sale that is refrigerated for preservation and is susceptible to loss or damage if the refrigeration fails.

   **"Power Supply Services"** means the following types of property supplying electricity to the described premises that are not located on a described premises and not rented, leased or owned by any insured:
   **(1)** Utility generating plants;
   **(2)** Switching stations;
   **(3)** Substations;
   **(4)** Transformers; and
   **(5)** Transmission lines.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1984, 1985, 1986

54749 (8-10)

54750 (8-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## NEWLY ACQUIRED OR CONSTRUCTED PROPERTY

This endorsement modifies Insurance under the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

1.  Under **A. COVERAGE, 6. Coverage Extensions, a. Personal Property at Newly Acquired Premises,** is deleted.

2.  Under **A. COVERAGE, 5. Additional Coverages**, the following Additional Coverage is added:

    **Newly Acquired or Constructed Property**

    **a.** We will pay for direct physical loss or damage to:

    **(1)** Your new buildings while being built on the described premises; and

    **(2)** Buildings you acquire at locations, other than the described premises, intended for:

    **(a)** Similar use as the building described in the Declarations; or

    **(b)** Use as a warehouse.

    The most we will pay for loss or damage is the Limit of Insurance shown in the Declarations for NEWLY ACQUIRED OR CONSTRUCTED PROPERTY.

    **b.** We will pay for direct physical loss of or damage to Business Personal Property at any location you acquire other than at fairs or exhibitions.

    The most we will pay for loss or damage is the Limit of Insurance shown in the Declarations for BUSINESS PERSONAL PROPERTY AT NEWLY ACQUIRED PREMISES at each building.

    **c.** Coverage for each newly acquired or constructed property will end when any of the following first occurs:

    **(1)** This policy expires.

    **(2)** The number of days shown in the Declarations under:

    **(a)** NEWLY ACQUIRED OR CONSTRUCTED PROPERTY at new premises; or

    **(b)** BUSINESS PERSONAL PROPERTY AT NEWLY ACQUIRED PREMISES;

    expire after you acquire or begin to construct the property.

    **(3)** You report values to us.

    **(4)** You secure other insurance for such property.


    We will charge you additional premium for values reported from the date construction begins or you acquire the property.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1984, 1985, 1986

54752 (8-00)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**BUSINESS PERSONAL PROPERTY OFF PREMISES**

This endorsement modifies insurance under the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

1. Under **A. COVERAGE, 6. Coverage Extensions, b. Personal Property Off Premises** is deleted.

2. Under **A. COVERAGE, 5. Additional Coverages**, the following Additional Coverage is added:

   **Business Personal Property Off Premises**

   We shall pay for direct physical loss of or damage to your Business Personal Property:

   **a.** That is temporarily at a location you do not own, lease or operate; and

   **b.** Caused by or resulting from any Covered Cause of Loss.

   This Coverage does not apply to Covered Property:

   **a.** In or on a vehicle;

   **b.** In the care, custody or control of your salespersons; or

   **c.** At any fair or exhibition.

   Our payment for any one loss shall not exceed the Limit of Insurance shown in the Declarations for BUSINESS PERSONAL PROPERTY OFF PREMISES.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Service Office, Inc., with its permission
Copyright, Insurance Services Office, Inc., 1984, 1986

54841 (3-17)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EQUIPMENT BREAKDOWN COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS STANDARD PROPERTY COVERAGE FORM
BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

**1. A. COVERAGE** is amended.
  **a.** BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM, **4. Limitations**, paragraph **a.** is amended.  Subparagraphs **(1)** and **(2)** are deleted and replaced by the following for purposes of this endorsement only.
    **(1)** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment.  However, we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.
    **(2)** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.
  **b. Additional Coverages** is amended.
    **(1) Pollutant Clean Up and Removal** is deleted and replaced by the following for purposes of this endorsement only.
      **Pollutant Clean Up and Removal**
      We will pay for the pollutant clean up, removal, repair or replacement of damaged Covered Property resulting from an "Equipment Breakdown".  The amount we pay is subject to the Limits of Insurance section of this endorsement.  This coverage does not include contamination of perishable stock by a refrigerant.
    **(2)** The following **Additional Coverages** are added.
      **(a) Expediting Expenses**
      We will pay for the expediting expense loss resulting from an "Equipment Breakdown" with respect to your damaged Covered Property.  We will pay the "reasonable extra cost" to:

    **1)** Make temporary repairs;
    **2)** Expedite permanent repairs; or
    **3)** Expedite permanent replacement.
    "Reasonable extra cost" shall mean "the extra cost of temporary repair and of expediting the repair of such damaged equipment of the insured, including overtime and the extra cost of express or other rapid means of transportation".  The amount we pay is subject to the Limits of Insurance section of this endorsement.
  **(b) Refrigerant Contamination**
  We will pay for loss to your Covered Property that is damaged by contamination by a refrigerant used in refrigerating, cooling or humidity control equipment at the described premises as a result of an "Equipment Breakdown".  The amount we pay is subject to the Limits of Insurance section of this endorsement.
  **(c) Spoilage Coverage**
    **1)** We will pay for loss of "perishable goods" caused by spoilage resulting from lack of power, light, heat, steam or refrigeration caused by an "Equipment Breakdown" to types of property covered by this policy, that are:
      **a)** Located on or within 1,000 feet of your described premises; and
      **b)** Owned by you, the building owner (if you are a tenant), or owned by a public utility, or other supplier with whom you have a contract to supply you with any of the following services:  electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas,

Compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission.

2) However, we will not pay for any physical loss or damage caused by or resulting from any of the causes of loss listed below, unless loss or damage not otherwise excluded results, then we will pay for such resulting damage:

   a) Fire, lightning, combustion explosion, windstorm or hail, weight of snow, ice or sleet, falling objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, sinkhole collapse, volcanic action, leakage from fire extinguishing equipment, water damage, earth movement; or

   b) Flood, unless an "Equipment Breakdown" ensues.

Our payment will be based upon the actual replacement cost of the "perishable goods" at the time of loss. The amount we pay is subject to the Limits of Insurance section of this endorsement.

**(d) CFC Refrigerants**

We will pay for the "additional costs" to repair or replace Covered Property because of the use or presence of a refrigerant containing CFC (chlorofluorocarbon) substances.

"Additional costs" mean those in excess of what would have been required to repair or replace Covered Property, had no CFC refrigerant been involved. We will also pay for additional loss as described under Spoilage Coverage or loss of Business Income Coverage provided by this endorsement, caused by the presence of a refrigerant containing CFC substances.

We will pay no more than the least of the following:

1) The cost to repair the damaged property and replace any lost CFC refrigerant;

2) The cost to repair the damaged property, retrofit the system to accept a non-CFC refrigerant, and charge the system with a non-CFC refrigerant; or

3) The cost to replace the system with one using a non-CFC refrigerant.

The amount we pay is subject to the Limits of Insurance section of this endorsement.

**(e) Computer Equipment**

We will pay for direct physical loss or damage to your computers as a result of an "Equipment Breakdown". The amount we pay is subject to the Limits of Insurance section of this endorsement.

**(f) Business Interruption, Extra Expense, Data Restoration and Service Interruption**

Any insurance provided for Business Income, Extra Expense or Data Restoration is extended to apply to your loss, damage or expense caused by an "Equipment Breakdown" to equipment that is owned by a utility, landlord or other supplier with whom you have a contract to supply you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks, data transmission or "cloud computing". The equipment must meet the definition of "Equipment Breakdown" except that it is not Covered Property.

We will pay:

1) Your actual loss sustained from a total or partial interruption of business; and

2) The reasonable extra expense you sustain to run your business during the interruption, caused solely by an "Equipment Breakdown", including an "Equipment Breakdown" to any transformer, electrical apparatus, or any covered equipment that is:

   a) Located on or within 1,000 feet of your described premises;

   b) Owned by you, the building owner (if you are a tenant), or owned by a public utility company; and

   c) Used to supply electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission.

The amount we pay is subject to the Limits of Insurance section of this endorsement.

(g) **Data Restoration**

We will pay for your reasonable and necessary cost to research, replace and restore the lost information on electronic media and records as a result of an "Equipment Breakdown". The amount we pay is subject to the Limits of Insurance section of this endorsement.

(h) **Temperature Fluctuation**

We will pay for loss of "perishable goods" only caused by or resulting from any condition or event to Covered Property that can be resolved by calibrating, resetting, tightening, adjusting or cleaning.

However, we will not pay for loss of "perishable goods" as a result of resetting the power supply to the Covered Property containing the "perishable goods".

The amount we pay is subject to the Limits of Insurance section of this endorsement.

(i) **Unauthorized Instruction**

We will pay for loss or damage to your "computer equipment" caused by an "unauthorized instruction" which results in an "Equipment Breakdown".

"Computer equipment" means Covered Property that is electronic computer or other data processing equipment, including peripherals used in conjunction with such equipment and electronic media and records.

"Unauthorized instruction" means a virus, harmful code or similar instruction introduced into or enacted on a computer system or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation.

The amount we pay is subject to the Limits of Insurance section of this endorsement.

(j) **Risk Improvement**

If Covered Property suffers direct physical loss or damage caused by an "Equipment Breakdown", we will pay for the insured to improve the "power quality" of the electrical system or equipment at the loss location where the "Equipment Breakdown" occurred. "Power quality" means the conditions that allow the electrical systems or equipment to operate as intended by limiting voltage fluctuations and other power influences that would adversely affect the operational performance and/or reduce the reliability, or the life span of the electrical system.

We will pay the reasonable extra cost to improve "power quality" for the following electrical systems and/or equipment improvements:

1) Installation of surge protection devices (SPD's) which are installed at the loss location's line disconnect, load disconnect, or on specific pieces of equipment and that are certified by Underwriter Laboratories (UL) or has an equivalent certification.

   However SPD's do not include any SPD's which are cord-connected surge strips, direct plug-in SPD's or receptacle SPD's;

2) An upgrade and/or replacement of electrical panels, switchgear and/or circuit breakers; or

3) Electrical wire and wiring improvements which include installation of flexible conduit, junction boxes and/or ground wiring.

An invoice for implementation of this Additional Coverage must be sent to us within 180 days after the payment of the loss is received.

The amount we pay is subject to the Limits of Insurance section of this endorsement.

(k) **Off-Premises Coverage**

We will pay for loss or damage to Covered Property resulting from a covered "Equipment Breakdown" while temporarily at a premises or location that is not a described premises.

The amount we pay is subject to the Limits of Insurance section of this endorsement.

(3) The following provision is added to **Coverage Extensions**.

**Replacement Cost Coverage**

We will pay you the amount you actually spend to repair or replace your damaged property with new property of like kind, capacity, size and quality, whichever is less except for the following.

If any damaged property is not repaired or replaced, then we will pay only the actual

cash value at the time of the "Equipment Breakdown".

2. **EXCLUSIONS** is amended.
BUSINESSOWNERS STANDARD PROPERTY COVERAGE FORM is amended. The following exclusions are deleted for purposes of this endorsement only.
   a. **Electrical Apparatus:**
   Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires. But if loss or damage by fire results, we will pay for that resulting loss or damage.
   d. **Steam Apparatus:**
   Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if loss or damage by fire or combustion explosion results, we will pay for that resulting loss or damage.
   e. **Mechanical Breakdown:**
   Mechanical Breakdown, including rupture or bursting caused by centrifugal force. But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.
   BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM is amended. The following exclusions are deleted for purposes of this endorsement only.
   a. **Electrical Apparatus:**
   Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires. But if loss or damage by fire results, we will pay for that resulting loss or damage.
   d. **(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force; or
   e. **Steam Apparatus:**
   Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if loss or damage by fire or combustion explosion results, we will pay for that resulting loss or damage. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fire vessel or within the flues or passages through which the gases of combustion pass.

3. **C. LIMITS OF INSURANCE** is deleted and replaced by the following for purposes of this endorsement only.
   **C. LIMITS OF INSURANCE**
   1. The most we will pay for "Equipment Breakdown" for one or more coverages in any one occurrence at any one location is the amount equal to the "total insured value" at

each location where "Equipment Breakdown" is shown in the Declarations. This provision does not apply to paragraph **C.4.**

2. The limit of insurance for **Pollutant Clean Up and Removal, Refrigerant Contamination, Spoilage Coverage, Data Restoration, Temperature Fluctuation, Risk Improvement** and **Off-Premises Coverage** are not additional limits of insurance, but are included in the "total insured value". We will pay the lesser of "total insured value" or:
   a. For Pollutant Clean Up and Removal, the greater of $250,000 or the limit shown in an endorsement that is attached to the property form;
   b. For Refrigerant Contamination, up to $750,000 for loss or damage;
   c. For Spoilage Coverage, up to $750,000 for loss or damage;
   d. For Data Restoration, up to $100,000 for loss, damage or expense including actual loss of Business Income you sustain and necessary Extra Expense you incur;
   e. For Temperature Fluctuation, up to $5,000 for loss including actual loss of Business Income you sustain and necessary Extra Expense you incur;
   f. For Risk Improvement, 10% of the loss amount paid, up to a maximum limit of $10,000; and
   g. For Off-Premises Coverage, up to $25,000 for loss or damage.

3. In no event will we pay more than the "total insured value" for each location where "Equipment Breakdown" is shown in the Declarations.

4. As regards Business Interruption, Extra Expense and Service Interruption, our limit of liability for any one "Equipment Breakdown" is equal to twelve (12) consecutive months of actual loss sustained for a total or partial interruption of your business. The twelve (12) consecutive months begin on the date of the "Equipment Breakdown".

4. **PROPERTY GENERAL CONDITIONS** is amended. The following conditions are added for purposes of this endorsement only.
   a. **Suspension**
   Whenever Covered Property is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss to that Covered Property for the perils covered by this endorsement. Coverage can be suspended and possibly

reinstated by delivering or mailing a written notice of suspension or coverage reinstatement to:

**(1)** Your last known address; or

**(2)** The address where the property is located.

If we suspend your insurance, you will get a pro rata refund of premium.  However, the suspension will be effective even if we have not yet made or offered a refund.

**b. Jurisdictional Inspections**

If any Covered Property under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf.  We do not warrant that conditions are safe or healthful.

**c. Environmental, Safety and Efficiency Improvements**

If Covered Property requires replacement caused by an "Equipment Breakdown", we will pay your additional cost to replace with equipment that is better for the environment, safer, or more efficient than the equipment being replaced.

However, we will not pay more than 150% of what the cost would have been to repair or replace with like kind and quality.  This condition does not apply to any property to which Actual Cash Value applies.

**d. Green Environmental and Efficiency Improvements**

**(1)** If Covered Property requires repair or replacement caused by an "Equipment Breakdown", we will pay:

**(a)** The lessor of the reasonable and necessary additional cost incurred by you to repair or replace physically damaged Covered Property with equipment of like kind and quality which qualifies as "Green".  Like kind and quality includes similar size and capacity.

**(b)** The additional reasonable and necessary fees incurred by you for an accredited professional certified by a "Green Authority" to participate in the repair or replacement of physically damaged Covered Property as "Green".

**(c)** The additional reasonable and necessary cost incurred by you for certification or recertification of the repaired or replaced Covered Property as "Green".

**(d)** The additional reasonable and necessary cost incurred by you for "Green" in the removal, disposal or recycling of damaged Covered Property.

**(e)** The business interruption (if coverage is provided by the policy to which this

endorsement is attached) loss during the additional time required for repair or replacement of Covered Property, consistent with "Green", in the coverages above.

We will not pay more than 150%, up to a maximum limit of $100,000, of what the cost would have been to repair or replace with equipment of like kind and quality inclusive of fees, costs and any business interruption loss incurred as stated above.

**(2) Green Environmental and Efficiency Improvements** does not cover any of the following:

**(a)** Covered Property does not include stock, raw materials, finished goods, "production machinery", merchandise, electronic data processing equipment not used in the functional support of the real property, process water, molds and dies, property in the open, property of others for which you are legally liable, or personal property of others.

**(b)** Any loss adjusted on any valuation basis other than a repair or replacement cost basis as per E. PROPERTY LOSS CONDITIONS, **6. Loss Payment**.

**(c)** Any loss covered under any other section of this policy.

**(d)** Any cost incurred because of any law or ordinance with which you were legally obligated to comply with prior to the time of the "Equipment Breakdown".

**e. Other Insurance Issued By Us**

If this policy provides coverage for Data Processing Equipment Coverages, Electronic Data Processing Equipment, Refrigerated Products or Mechanical Breakdown where two or more of this policy's coverages apply to the same loss or damage, the Coverage of this endorsement shall supersede any coverages provided outside of this endorsement for the loss or damage that arises out of an "Equipment Breakdown" loss. This Condition supersedes any similar Condition when provided by us in this policy.

**5. G. OPTIONAL COVERAGES** is amended.

**a. 1.c.(5)** Mechanical breakdown is deleted for purposes of this endorsement only.

**b.** The provisions of this endorsement supersede **G.** OPTIONAL COVERAGES, **5. Mechanical Breakdown**.

**6. H. PROPERTY DEFINITIONS** is amended.

**a.** BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM, "Specified Causes of Loss" is amended to include "Equipment Breakdown" for purposes of this endorsement only.

b. BUSINESSOWNERS SPECIAL PROPERTY
COVERAGE FORM and BUSINESSOWNERS
STANDARD PROPERTY COVERAGE FORM
are amended. The following definitions are
added for purposes of this endorsement only.

**"Cloud computing"** means on-demand network
access to a shared pool of computing resources
via networks, servers, storage, applications and
services provided by an organization with whom
you have a contract with using the following ser-
vice models: Software as a Service (SaaS),
Platform as a Service (PaaS) and Infrastruc-
ture as a Service (IaaS) on the following deploy-
ment models: public cloud, community cloud,
hybrid cloud and private cloud.

**"Electronic equipment"** means devices which
operate using many small electrical parts such
as, but not limited to, microchips, transistors or
circuits.

**"Electronic equipment deficiency"** means the
quality or condition inside of "electronic equip-
ment" which renders this equipment unexpect-
edly inoperable and which is operable again
once a piece of "electronic equipment" has been
replaced.

However, "electronic equipment deficiency" will
not include replacement of "electronic equip-
ment" for any condition that could have been
resolved without replacement of the "electronic
equipment" including but not limited to "com-
puter equipment" maintenance or the reinstalla-
tion or incompatibility of software.

**"Equipment Breakdown"** means:

(1) Physical loss or damage both originating
within:

(a) Boilers, fired or unfired pressure ves-
sels, vacuum vessels, and pressure
piping, all normally subject to vacuum or
internal pressure other than static pres-
sure of contents, excluding:

1) Waste disposal piping;

2) Any piping forming part of a fire
protective system;

3) Furnaces; and

4) Any water piping other than:

a) Boiler feed water piping be-
tween the feed pump and the
boiler;

b) Boiler condensate return piping;
or

c) Water piping forming part of a
refrigerating or air conditioning
system.

(b) All mechanical, electrical, "electronic
equipment" or fiber optic equipment; and

(2) Caused by, resulting from, or consisting of:

(a) Mechanical breakdown;

(b) Electrical or electronic breakdown and
"electronic equipment deficiency"; or

(c) Rupture, bursting, bulging, implosion, or
steam explosion.

(3) However, "Equipment Breakdown" does not
mean:

Physical loss or damage caused by or re-
sulting from any of the following; however, if
loss or damage not otherwise excluded re-
sults, then we will pay for such resulting
damage:

(a) Wear and tear;

(b) Rust or other corrosion, decay, deteri-
oration, hidden or latent defect, "fungi",
wet rot, dry rot, bacteria or any other
quality in property that causes it to
damage or destroy itself;

(c) Smog;

(d) Settling, cracking, shrinking or
expansion;

(e) Nesting or infestation, or discharge or
release of waste products or secretions,
by insects, birds, rodents or other
animals;

(f) Any accident, loss, damage, cost, claim,
or expense, whether preventive, reme-
dial, or otherwise, directly or indirectly
arising out of or relating to the recogni-
tion, interpretation, calculation, compar-
ison, differentiation, sequencing, or pro-
cessing of data by any computer system
including any hardware, programs or
software;

(g) Scratching or marring; and

(h) Loss, damage, cost or expense directly
caused by, contributed to by, resulting
from or arising out of the following
causes of loss:

1) Fire, lightning, combustion explo-
sion, windstorm or hail, weight of
snow, ice or sleet, falling objects,
smoke, aircraft or vehicles, riot or
civil commotion, vandalism, sinkhole
collapse, volcanic action, leakage
from fire extinguishing equipment,
water damage, earth movement; or

2) Flood, unless an "Equipment
Breakdown" ensues.

**"Total insured value"** means:

The sum of the limits for the following coverages
if shown at the location where "Equipment
Breakdown" is shown in the Declarations:

(1) Building;

(2) Business Personal Property;

(3) Stock;

(4) Personal Property of Others;
(5) Tenants Improvements and Betterments;
(6) Improvements and Alterations;
(7) Furniture;
(8) Fixtures;
(9) Machinery and Equipment;
(10) Personal Property in the Open;
(11) Legal Liability Real Property;
(12) Business Income and Extra Expense (when Business Income and Extra Expense - 12 months - Actual Loss Sustained is shown, Business Income and Extra Expense applies at 25% of the sum of the building and business personal property limits at that location);
(13) Business Income (Without Extra Expense); and
(14) Extra Expense.

**"Green"** means products, materials, methods and processes certified by a "Green Authority" that conserve natural resources, reduce energy or water consumption, avoid toxic or other polluting emissions or otherwise minimize environmental impact.

**"Green Authority"** means an authority on "Green" buildings, products, materials, methods or processes certified and accepted by Leadership in Energy and Environmental Design (LEED®), "Green" Building Initiative Green Globes®, Energy Star Rating System or any other recognized "Green" rating system.

**"Perishable goods"** means stock preserved and maintained under controlled conditions and susceptible to loss or damage if the controlled conditions change.

**"Production machinery"** means any machine which processes, forms, shapes, or transports raw materials, materials in process, waste materials or finished products.

All other policy terms and conditions apply.

**BUSINESSOWNERS**
**54867 (3-08)**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AGGREGATE LIMITS AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM

Under **D. LIABILITY AND MEDICAL EXPENSES LIMITS OF INSURANCE, 4. Aggregate Limits** is deleted and replaced by the following

4. **Aggregate Limits**

The most we will pay for:

a. Injury or damage under the "products/completed operations hazard" arising from all "occurrences" during the policy period is the Products-Completed Operations Aggregate limit shown in the Declarations; and

b. All other injury or damage, including medical expenses, arising from all "occurrences" during the policy period is the Aggregate Limit (Other than Products-Completed Operations) shown in the Declarations. This limitation does not apply to "property damage" to premises rented to you arising out of fire or explosion.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1984, 1985                Page 1 of 1

54961 (11-11)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYER'S LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM

1. Under **B. EXCLUSIONS, 1. Applicable to Business Liability Coverage**, exclusion **e.** is deleted and replaced by the following exclusion.
   **e.** "Bodily injury" to:
   (1) An employee of any insured arising out of and in the course of employment by any insured; or
   (2) The spouse, child, parent, brother or sister of that employee as a consequence of Paragraph (1) above.
   This exclusion applies:
   (1) Whether any insured may be liable as an employer or in any other capacity; and
   (2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.
   This exclusion does not apply to liability assumed by any insured under an "insured contract".

2. **C. WHO IS AN INSURED** is amended as follows. Paragraph **1.** is deleted and replaced by the following.
   1. If you are designated in the Declarations as:
      **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of business which you are the sole owner.
      **b.** A partnership or joint venture, you are an insured. Your members, your partner, and their spouses are also insureds, but only with respect to the conduct of your business.
      **c.** A limited liability company, you are insured. Your members are also insureds, but only with respect to the conduct of your business.
      **d.** An organization other than a partnership or joint venture, you are an insured. Your ex-

ecutive officers and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

However, with respect to paragraphs **1. a.** through **1. d.** above, no person is an insured for "bodily injury" or "personal injury":

**a.** To:
(1) You and your spouse if the Named Insured is an individual;
(2) Your members, your partners, and their spouses if the Named Insured is a partnership or joint venture;
(3) Your members if the Named Insured is a Limited Liability Company; or
(4) Your executive officers and directors if the Named Insured is other than a partnership, joint venture or limited liability company.
**b.** To an employee of any insured while in the course of his or her employment or performing duties related to the conduct of any insured's business.
**c.** To the spouse, child, parent, brother or sister of any employee as a consequence of Paragraph **b.** immediately above.
**d.** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **a.** and **b.** immediately above.
**e.** Arising out of his or her providing or failing to provide professional health care services.

All other policy terms and conditions apply.

## INTEREST RATE ENDORSEMENT

59176 (11-86)

It is agreed:

Any interest which must be paid on a judgment which is awarded to the insured as a result of his or her suit against the Company will accrue at a rate equal to the rate established at auction for 26 week United States Treasury Bills immediately preceding the date the judgment is entered, however said interest rate shall not exceed 12 percent per year.

59352 (1-15)

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM EXCEPTION FOR CERTAIN FIRE LOSSES
## and
## IMPORTANT INFORMATION REGARDING TERRORISM RISK INSURANCE COVERAGE

It is agreed:

1.  The following definition applies:

    **Certified act of terrorism** means any act certified by the Secretary of the Treasury, in consultation with:

    a.  the Secretary of Homeland Security; and
    b.  the Attorney General of the United States

    to be an act of terrorism as defined and in accordance with the federal Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act).

    Under the federal Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act) a terrorist act may be certified:

    a.  if the aggregate covered commercial property and casualty insurance losses resulting from the terrorist act exceed $5 million; and

    b.  (1)  if the act of terrorism is:

        a)  a violent act; or

        b)  an act that is dangerous to human life, property or infrastructure; and

        (2)  if the act is committed:

        a)  by an individual or individuals as part of an effort to coerce the civilian population of the United States; or

        b)  to influence the policy or affect the conduct of the United States government by coercion.

2.  The following exclusion is added:

    We shall not pay:

    a.  for loss caused directly or indirectly by a **certified act of terrorism**, whether or not any other cause or event contributed concurrently or in any sequence to the loss.  This exclusion shall not apply to direct physical damage caused by fire.
    b.  any sums any insured becomes legally obligated to pay because of or arising out of bodily injury, property damage, personal injury or advertising injury, if covered by this insurance, caused by a **certified act of terrorism.**

3.  With respect to any one or more **certified acts of terrorism**, we will not pay any amounts for which we are not responsible because of the application of any provision which results in a cap on our liability for payments for terrorism losses in accordance with the terms of the federal Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act).

All other policy terms and conditions apply.

# IMPORTANT INFORMATION REGARDING TERRORISM RISK INSURANCE COVERAGE

The Terrorism Risk Insurance Act of 2002 was signed into law on November 26, 2002.  The Act (including ensuing Congressional actions pursuant to the Act) defines an act of terrorism, to mean any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security and the Attorney General of the United States to be (i) an act of terrorism; (ii) to be a violent act or an act that is dangerous to human life, property or infrastructure; (iii) to have resulted in damage within the United States or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and (iv) to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States government by coercion.

At your request, this policy does not provide insurance coverage for certified acts of terrorism as defined in the Act, except as shown below.  "Excluded" is shown on the Declarations page under this coverage.  In the event of a certified act of terrorism, future policies also may include a government assessed terrorism loss risk-spreading premium in accordance with the provisions of the Act.

Subject to the terms and conditions of the policy and of this endorsement:

1.  if coverage is provided for building(s) and contents located in Arizona, Georgia, Illinois, Iowa, North Carolina or North Dakota, you will have fire coverage for such property following a certified act of terrorism.

2.  if coverage is provided for building(s), contents or property covered by an inland marine policy located in Missouri or Wisconsin, you will have fire coverage for such property following a certified act of terrorism.

At this time, we are not imposing an additional premium charge for fire coverage to such property following a certified act of terrorism.

59352 (1-15)                                                                                          Page 2 of 2

59392 (1-15)

# NOTIFICATION OF POSSIBLE CHANGES IN COVERAGE FOR TERRORISM

Dear Policyholder:

The Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act) will expire on December 31, 2020 unless the Federal government extends the Act.  What this means to you is the following:

1. This policy does not provide coverage for certified acts of terrorism, since you have previously declined this coverage.

2. A conditional endorsement entitled, Conditional Exclusion Of Terrorism Involving Nuclear, Biological Or Chemical Terrorism (Relating To Disposition Of Federal Terrorism Risk Insurance Act) is enclosed.  This conditional endorsement will only apply if the Act is not extended or if the Act is revised to increase statutory deductibles, decrease the federal government's share in potential losses above the statutory deductibles, change the levels, terms or conditions of coverage and we are no longer required to make terrorism coverage available and elect not to do so.  It will not apply if the Act is simply extended.

3. The conditional endorsement will provide coverage for an incident of terrorism pursuant to the terms and conditions of the policy only if the incident does not involve nuclear, biological or chemical material.

4. A premium charge will be made for this coverage after January 1, 2021.  It will be prorated for the period beginning January 1, 2021 and ending on the expiration date of this policy term.  However, it will only be made if the Terrorism Risk Insurance Act (including ensuing Congressional actions pursuant to the Act) is not extended.  Revised Declarations will be mailed to you after January 1, 2021.

5. If the Act is extended without any revision, the enclosed policy will continue to exclude coverage for certified acts of terrorism.  The conditional endorsement will not be activated and the changes in coverage or premium referenced above will not apply.

6. If the Act is extended with revisions or is replaced, and we are required or elect to continue to offer coverage for certified acts of terrorism, we may amend this policy in accordance with the provisions of the revised Act or its replacement.

This notice is for informational purposes only.

If you have any questions concerning your policy or this notice, please contact your Auto-Owners agency.

64706 (5-13)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CHANGES - DIMINUTION IN VALUE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS STANDARD PROPERTY COVERAGE FORM
BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

It is agreed:

Under **E. PROPERTY LOSS CONDITIONS, 6. Loss Payment, b.** is deleted and replaced by the following:

   **b.** We will either:

   **(1)** Repair, rebuild or replace the property with other property of like kind and quality, or pay the cost of such repair, rebuilding or replacement, as limited by any applicable policy provision; or

   **(2)** Take all or any part of the property at an agreed or appraised value.

   With respect to Paragraph **b.(1)**, this policy covers only the cost of repair, rebuilding or replacement. Such cost does not include recovery of, and therefore this policy does not pay any compensation for, an actual or perceived reduction in the market value of any property. However, if the property that has sustained loss or damage is subject to an endorsement which explicitly addresses market value, then that endorsement will apply to such property in accordance with its terms.

   All other policy terms and conditions apply.

64706 (5-13)        Includes copyrighted material of Insurance Services Office, Inc., with its permission.        Page 1 of 1

64728 (2-14)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE

**A.** The following is added to Paragraph **1.** of **B EXCLUSIONS:**

    **(1)** Damages, other than damages because of "personal injury" and "advertising injury", arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

    **(2)** Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.  The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**B.** The following is added to Paragraph **p.** of **B EXCLUSIONS:**

**Personal Injury And Advertising Injury**

"Personal injury" and "advertising injury":

Arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

All other policy terms and conditions apply.

BP 00 02 01 87

# BUSINESSOWNERS SPECIAL
# PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION H - PROPERTY DEFINITIONS.

## A. COVERAGE

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this policy, means the following types of property for which a Limit of Insurance is shown in the Declarations:

**a. Buildings**, meaning the buildings and structures at the premises described in the Declarations, including:

(1) Completed additions;

(2) Permanently installed fixtures, machinery and equipment;

(3) Your personal property in apartments or rooms furnished by you as landlord;

(4) Outdoor fixtures;

(5) Personal property owned by you that is used to maintain or service the buildings or structures or the premises, including:

(a) Fire extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(6) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the buildings or structures;

(b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures.

**b. Business Personal Property** located in or on the buildings at the described premises or in the open (or in a vehicle) within 100 feet of the described premises, including:

(1) Property you own that is used in your business;

(2) Property of others that is in your care, custody or control; but this property is not covered for more than the amount for which you are legally liable, plus the cost of labor,

Copyright, Insurance Services Office, Inc., 1984, 1986

materials or services furnished or arranged by you on personal property of others; and

**(3)** Tenant's improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove.

**2.   Property Not Covered**

Covered Property does not include:

**a.**   Aircraft, automobiles, motortrucks and other vehicles subject to motor vehicle registration;

**b.**   Bullion, money or securities;

**c.**   Contraband, or property in the course of illegal transportation or trade;

**d.**   Land (including land on which the property is located), water, growing crops or lawns;

**e.**   Outdoor fences, radio or television antennas, including their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants, all except as provided in the:

**(1)** Outdoor Property Coverage Extension; or

**(2)** Outdoor Signs Optional Coverage;

**f.**   Watercraft (including motors, equipment and accessories) while afloat.

**3.   Covered Causes of Loss**

RISKS OF DIRECT PHYSICAL LOSS unless the loss is:

**a.**   Excluded in Section B., Exclusions; or

**b.**   Limited in Paragraph A.4., Limitations;

that follow.

**4.   Limitations**

**a.**   We will not pay for loss of or damage to:

**(1)** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**(2)** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**(3)** Property that is missing, but there is no physical evidence to show what happened to it, such as shortage disclosed on taking inventory. This limitation does not apply to the Optional Coverage for Money and Securities.

**(4)** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**b.**   We will not pay more for loss of or damage to glass that is part of a building or structure than $100 for each plate, pane, multiple plate insulating unit, radiant or solar heating panel, jalousie, louver, or shutter. We will not pay more than $500 for all loss of or damage to building glass that occurs at any one time.

Copyright, Insurance Services Office, Inc., 1984, 1986

This Limitation does not apply to loss or damage by the "specified causes of loss", except vandalism.

c. We will not pay for loss of or damage to fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken, unless caused by the "specified causes of loss" or building glass breakage.  This restriction does not apply to:

    (1) Glass that is part of a building or structure;

    (2) Containers of property held for sale; or

    (3) Photographic or scientific instrument lenses.

d. For loss or damage by theft, the following types of property are covered only up to the limits shown:

    (1) $2,500 for furs, fur garments and garments trimmed with fur.

    (2) $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

    (3) $2,500 for patterns, dies, molds and forms.

**5. Additional Coverages**

    **a. Debris Removal**

        (1) We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period.  The expenses will be paid only if they are reported to us in writing within 180 days of the earliest of:

        (a) The date of direct physical loss or damage; or

        (b) The end of the policy period.

        (2) The most we will pay under this Additional Coverage is 25% of:

        (a) The amount we pay for the direct loss or damage; plus

        (b) The deductible in this policy applicable to that loss or damage.

        But this limitation does not apply to any additional debris removal limit provided in paragraph (4) below.

        (3) This Additional Coverage does not apply to costs to:

        (a) Extract "pollutants" from land or water; or

        (b) Remove, restore or replace polluted land or water.

        (4) If:

        (a) The sum of loss or damage and debris removal expense exceeds the Limit of Insurance; or

        (b) The debris removal expense exceeds the amount payable under the 25% Debris Removal coverage limitation in paragraph (2) above;

        we will pay up to an additional $5,000 for each location in any one occurrence under the Debris Removal Additional Coverage.

    **b. Preservation of Property**

        If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for

any direct physical loss of or damage to that property:

(1) While it is being moved or while temporarily stored at another location; and

(2) Only if the loss or damage occurs within 10 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

(1) Assumed by contract or agreement prior to loss; or

(2) Required by local ordinance.

**d. Collapse**

We will pay for loss or damage caused by or resulting from risks of direct physical loss involving collapse of a building or any part of a building caused only by one or more of the following:

(1) The "special causes of loss" or breakage of building glass, all only as insured against in this policy;

(2) Hidden decay;

(3) Hidden insect or vermin damage;

(4) Weight of people or personal property;

(5) Weight of rain that collects on a roof;

(6) Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

We will not pay for loss of or damage to the following types of property, if otherwise covered in this policy, under Items (2), (3), (4), (5) and (6) unless the loss or damage is a direct result of the collapse of a building:

> awnings; gutters and downspouts; yard fixtures; outdoor swimming pools; piers, wharves and docks; beach or diving platforms or appurtenances; retaining walls; walks, roadways and other paved surfaces.

Collapse does not include settling, cracking, shrinkage, bulging or expansion.

**e. Water Damage**

If loss or damage caused by or resulting from a covered water damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or steam escapes.

We will not pay the cost of repairing or replacing the system or appliance itself; but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

(1) Results in sprinkler leakage; or

(2) Is directly caused by freezing.

**f. Business Income**

We will pay for the actual loss of Business Income you sustained due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises, including personal property in the open (or in a vehicle) within 100 feet, caused by or resulting from any Covered Cause of Loss.

We will only pay for loss of Business Income that occurs within 12 consecutive months after the date of direct physical loss or damage. This Additional Coverage is not subject to the Limits of Insurance.

Business Income means the:

(1) Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

(2) Continuing normal operating expenses incurred, including payroll.

g.  **Extra Expense**

We will pay necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at the described premises, including personal property in the open (or in a vehicle) within 100 feet, caused by or resulting from a Covered Cause of Loss.

Extra Expense means expense incurred:

(1) To avoid or minimize the suspension of business and to continue "operations":

(a) At the described premises; or

(b) At replacement premises or at temporary locations, including:

(i) Relocation expenses; and

(ii) Costs to equip and operate the replacement or temp-orary locations.

(2) To minimize the suspension of business if you cannot continue "operations".

(3) (a) To repair or replace any property; or

(b) To research, replace or restore the lost information on damaged valuable papers and records;

to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage or Additional Coverage f., Business Income.

We will only pay for Extra Expense that occurs within 12 consecutive months after the date of direct physical loss or damage. This Additional Coverage is not subject to the Limits of Insurance.

h.  **Pollutant Clean Up and Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the release, discharge or dispersal of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

(1) The date of direct physical loss or damage; or

(2) The end of the policy period.

The most we will pay for each location under this Additional Coverage is $10,000 for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

6.  **Coverage Extensions**

In addition to the Limits of Insurance, you may extend the insurance provided by this policy as follows:

a.  **Personal Property at Newly Acquired Premises**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to that property at any premises you acquire.

The most we will pay for loss or damage under this Extension is $10,000 at each premises.

**(2)** Insurance under this Extension for each newly acquired premises will end when any of the following first occurs:

**(a)** This policy expires.

**(b)** 30 days expire after you acquire or begin construction at the new premises; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the premises.

**b. Personal Property Off Premises**

You may extend the insurance that applies to Business Personal Property to apply to covered Business Personal Property, other than money and securities, while it is in course of transit or temporarily at a premises you do not own, lease or operate. The most we will pay for loss or damage under this Extension is $1,000.

**c. Outdoor Property**

You may extend the insurance provided by this policy to apply to your outdoor fences, radio and television antennas, signs (other than signs attached to buildings), trees, shrubs and plants, including debris removal expense, caused by or resulting from any of the following causes of loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant.

**d. Valuable Papers and Records - Cost of Research**

You may extend the insurance that applies to Business Personal Property to apply to your costs to research, replace or restore the lost information on lost or damaged valuable papers and records, including those which exist on electronic or magnetic media, for which duplicates do not exist. The most we will pay under this Extension is $1,000 at each described premises.

**B. EXCLUSIONS**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**a. Building Ordinance**

The enforcement of any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

**b. Earth Movement**

**(1)** Any earth movement (other than sinkhole collapse), such as an earthquake, landslide or earth sinking, rising or shifting. But if

loss or damage by fire or explosion
results, we will pay for that
resulting loss or damage.

**(2)** Volcanic eruption, explosion or
effusion. But if loss or damage by
fire, building glass breakage or
volcanic action results, we will pay
for that resulting loss or damage.

Volcanic action means direct loss
or damage resulting from the
eruption of a volcano when the loss
or damage is caused by:

**(a)** Airborne volcanic blast or
airborne shock waves;

**(b)** Ash, dust, or particulate mat-
ter; or

**(c)** Lava flow.

All volcanic eruptions that occur
within any 72-hour period will
constitute a single occurrence.

Volcanic action does not include
the cost to remove ash, dust or
particulate matter that does not
cause direct physical loss of or
damage to Covered Property.

**c.** **Governmental Action**

Seizure or destruction of property by
order of governmental authority.

But we will pay for acts of destruction
ordered by governmental authority and
taken at the time of a fire to prevent its
spread, if the fire would be covered
under this policy.

**d.** **Nuclear Hazard**

Nuclear reaction or radiation, or radio-
active contamination, however caused.

But if loss or damage by fire results, we
will pay for that resulting loss or dam-
age.

**e.** **Power Failure**

The failure of power or other utility
service supplied to the described prem-
ises, however caused, if the failure
occurs away from the described prem-
ises.

But if loss or damage by a Covered
Cause of Loss results, we will pay for
that resulting loss or damage.

**f.** **War and Military Action**

**(1)** War, including undeclared or civil
war;

**(2)** Warlike action by a military force,
including action in hindering or
defending against an actual or
expected attack, by any govern-
ment, sovereign or other authority
using military personnel or other
agents; or

**(3)** Insurrection, rebellion, revolution,
u-surped power, or action taken by
governmental authority in hindering
or defending against any of these

**g.** **Water**

**(1)** Flood, surface water, waves, tides,
tidal waves, overflow of any body of
water, or their spray, all whether
driven by wind or not;

**(2)** Mudslide or mudflow;

**(3)** Water that backs up from a sewer
or drain; or

**(4)** Water under the ground surface
pressing on, or flowing or seeping
through:

**(a)** Foundations, walls, floors or
paved surfaces;

**(b)** Basements, whether paved or
not; or

Copyright, Insurance Services Office, Inc., 1984, 1986

(c) Doors, windows or other openings.

But if loss or damage by fire, explosion or sprinkler leakage results, we will pay for that resulting loss or damage.

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. **Electrical Apparatus:** Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires.

   But if loss or damage by fire results, we will pay for that resulting loss or damage.

b. **Consequential Losses:** Delay, loss of use or loss of market.

c. **Smoke, Vapor, Gas:** Smoke, vapor or gas from agricultural smudging or industrial operations.

d. **Maintenance Types of Loss:**

   (1) Wear and tear;

   (2) Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

   (3) Smog;

   (4) Settling, cracking, shrinking or expansion;

   (5) Insects, birds, rodents or other animals;

   (6) Mechanical breakdown, including rupture or bursting caused by centrifugal force; or

   (7) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature; or

(c) Marring or scratching.

But if loss or damage by the "specified causes of loss" or building glass breakage results, we will pay for that resulting loss or damage.

e. **Steam Apparatus:** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if loss or damage by fire or combustion explosion results, we will pay for that resulting loss or damage. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fire vessel or within the flues or passages through which the gases of combustion pass.

f. **Frozen Plumbing:** Water that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

   (1) You do your best to maintain heat in the building or structure; or

   (2) You drain the equipment and shut off the water supply if the heat is not maintained.

g. **Dishonesty:** Dishonest or criminal act by you, any of your partners, employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

   (1) Acting alone or in collusion with others; or

   (2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees; but theft by employees is not covered.

h. **False Pretense:** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

i. **Exposed Property:** Rain, snow, ice or sleet to personal property in the open.

j. **Collapse:** Collapse, except as provided in the Additional Coverage for Collapse. But if loss or damage by a Covered Cause of Loss results at the described premises, we will pay for that resulting loss or damage.

k. **Pollution:** We will not pay for loss or damage caused by or resulting from the release, discharge or dispersal of "pollutants" unless the release, discharge or dispersal is itself caused by any of the "specified causes of loss". But if loss or damage by the "specified causes of loss" results, we will pay for the resulting damage caused by the "specified cause of loss".

3. We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

a. **Weather Conditions:** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the loss or damage.

b. **Acts or Decisions:** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. **Negligent Work:** Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises.

4. **Business Income and Extra Expense Exclusions.** We will not pay for:

a. Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

(1) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(2) Suspension, lapse or cancellation of any license, lease or contract. but if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration".

b. Any other consequential loss.

C. **LIMITS OF INSURANCE**

1. The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

2. The most we will pay for loss of or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

Copyright, Insurance Services Office, Inc., 1984, 1986

3. The limits applicable to the Coverage Extensions and the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance.

4. **Building Limit - Automatic Increase**

   a. The Limit of Insurance for Buildings will automatically increase by the annual percentage shown in the Declarations.

   b. The amount of increase will be:

      (1) The Building limit that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Building limit, times

      (2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

      (3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Building limit, divided by 365.

   Example:

   If:  The applicable Building limit is $100,000.
        The annual percentage increase is 8%.
        The number of days since the beginning of the policy year (or last policy change) is 146.

   The amount of increase is
   $100,000 x .08 x 146 ÷ 365 = $3,200.

5. **Business Personal Property Limit - Seasonal Increase**

   a. The Limit of Insurance for Business Personal Property will automatically increase by 25% to provide for seasonal variations.

   b. This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

      (1) The 12 months immediately preceding the date the loss or damage occurs; or

      (2) The period of time you have been in business as of the date the loss or damage occurs.

**D. DEDUCTIBLES**

1. We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

2. Regardless of the amount of the Deductible, the most we will deduct from any loss or damage under all of the following Optional Coverages in any one occurrence is $250:

   a. Money and Securities;

   b. Employee Dishonesty;

   c. Exterior Grade Floor Glass; and

   d. Outdoor Signs.

   But this $250 deductible will not increase the deductible shown in the Declarations. This deductible will be used to satisfy the requirements of the deductible in the Declarations.

3. No deductible applies to the following Additional Coverages:

   a. Fire Department Service Charge;

   b. Business Income; and

   c. Extra Expense.

E.   **PROPERTY LOSS CONDITIONS**

1.   **Abandonment**

There can be no abandonment of any property to us.

2.   **Appraisal**

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a.   Pay its chosen appraiser; and

b.   Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

3.   **Duties In The Event Of Loss Or Damage**

You must see that the following are done in the event of loss or damage to Covered Property:

a.   Notify the police if a law may have been broken.

b.   Give us prompt notice of the loss or damage. Include a description of the property involved.

c.   As soon as possible, give us a description of how, when and where the loss or damage occurred.

d.   Take all reasonable steps to protect the Covered Property from further damage by a Covered Cause of Loss. If feasible, set the damaged property aside and in the best possible order for examination. Also keep a record of your expenses for emergency and temporary repairs, for consideration in the settlement of the claim. This will not increase the limit of insurance.

e.   At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

f.   Permit us to inspect the property and records proving the loss or damage.

g.   If requested, permit us to question you under oath at such times as may be reasonably required about any matter relating to this insurance of your claim, including your books and records. In such event, your answers must be signed.

h.   Send us a signed, sworn statement of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

i.   Cooperate with us in the investigation or settlement of the claim.

j.   Resume all or part of your "operations" as quickly as possible.

4.   **Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

a.   There has been full compliance with all of the terms of this insurance; and

b.   The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

5.   **Limitation - Electronic Media and Records**

We will not pay for any loss of Business Income caused by direct physical loss of or damage to Electronic Media and Records after the longer of:

**a.** 60 consecutive days from the date of direct physical loss or damage; or

**b.** The period, beginning with the date of direct physical loss or damage, necessary to repair, rebuild or replace with reasonable speed and similar quality, other property at the described premises due to loss or damage caused by the same occurrence.

Electronic Media and Records are:

**(1)** Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

**(2)** Data stored on such media; or

**(3)** Programming records used for electronic data processing or electronically controlled equipment.

Example No. **1**:

A Covered Cause of Loss damages a computer on June 1. It takes until September 1 to replace the computer, and until October 1 to restore the data that was lost when the damage occurred. We will only pay for the Business Income Loss sustained during the period June 1 - September 1. Loss during the period September 2 - October 1 is not covered.

Example No. **2**:

A Covered Cause of Loss results in the loss of data processing programming records on August 1. The records are replaced on October 15. We will only pay for the Business Income loss sustained during the period August 1 - September 29 (60 consecutive days). Loss during the period September 30 - October 15 is not covered.

**6.  Loss Payment**

In the event of loss or damage covered by this policy:

**a.** We will not pay you more than your financial interest in the Covered Property.

**b.** We will either:

**(1)** Pay the value of lost or damaged property, as described in paragraph d. below;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, plus any reduction in value of repaired items;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality.

**c.** We will give notice of our intentions within 30 days after we receive the sworn statement of loss.

**d.** We will determine the value of Covered Property as follows:

**(1)** At replacement cost (without deduction for depreciation), except as provided in (2) through (7) below.

**(a)** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

**(b)** We will not pay on a replacement cost basis for any loss or damage:

   **(i)** Until the lost or damaged property is actually repaired or replaced; and

   **(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

**(c)** We will not pay more for loss or damage on a replacement cost basis than the least of:

   **(i)** The cost to replace, on the same premises, the lost or damaged property with other property:

      **i.** Of comparable material and quality; and

      **ii.** Used for the same purpose; or

   **(ii)** The amount you actually spend that is necessary to repair or replace the lost or damaged property.

**(2)** If the "Actual Cash Value Buildings" option applies, as shown in the Declarations, paragraph (1) above does not apply to Buildings. Instead, we will determine the value of Buildings at actual cash value.

**(3)** The following property at actual cash value:

**(a)** Used or second-hand merchandise held in storage or for sale;

**(b)** Property of others;

**(c)** Household contents, except personal property in apartments or rooms furnished by you as landlord;

**(d)** Manuscripts;

**(e)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac.

**(4)** Glass at the cost of replacement with safety glazing material if required by law.

**(5)** Tenants' Improvements and Betterments at:

**(a)** Replacement cost if you make repairs promptly.

**(b)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

   **(i)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

   **(ii)** Divide the amount determined in (i) above by the number of days from the installation of improvements to the expiration of the lease.

   If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(c)** Nothing if others pay for repairs or replacement.

 Copyright, Insurance Services Office, Inc., 1984, 1986

**(6)** Valuable Papers and Records, including those which exist on electronic or magnetic media (other than prepackaged software programs), at the cost of:

    **(a)** Blank materials for reproducing the records; and

    **(b)** Labor to transcribe or copy the records.

**(7)** Applicable only to the Optional Coverages:

    **(a)** Money at its face value; and

    **(b)** Securities at their value at the close of business on the day the loss is discovered.

**e.** Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn statement of loss, if:

    **(1)** You have complied with all of the terms of this policy; and

    **(2)** **(a)** We have reached agreement with you on the amount of loss; or

        **(b)** An appraisal award has been made.

**7.** **Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**8.** **Resumption of Operations**

We will reduce the amount of your:

**a.** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**b.** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**9.** **Vacancy**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage, we will:

**a.** Not pay for any loss or damage caused by:

    **(1)** Vandalism;

    **(2)** Sprinkler leakage, unless you have protected the system against freezing;

    **(3)** Building glass breakage;

    **(4)** Water damage;

    **(5)** Theft; or

    **(6)** Attempted Theft.

 Copyright, Insurance Services Office, Inc., 1984, 1986

**b.** Reduce the amount we would otherwise pay for the loss or damage by 15%.

Buildings under construction are not considered vacant.

## F. PROPERTY GENERAL CONDITIONS

### 1. Control of Property

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

If you violate a condition of this policy, we will not pay for loss or damage at the involved location. But your coverage will continue for other locations at which the violation does not apply.

### 2. Mortgage Holders

**a.** The term "mortgage holder" includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

(1) Pays any premium due under this policy at our request if you have failed to do so;

(2) Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this policy will then apply directly to the mortgage holder.

**e.** If we pay the mortgage holder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

(1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgage holder at least:

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

### 3. No Benefit to Bailee

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**4. Policy Period, Coverage Territory**

Under this form:

a. We cover loss or damage commencing:

(1) During the policy period shown in the Declarations; and

(2) Within the coverage territory or, with respect to property in transit, while it is between points in the coverage territory.

b. The coverage territory is:

(1) The United States of America (including its territories and possessions);

(2) Puerto Rico; and

(3) Canada.

**G. OPTIONAL COVERAGES**

If shown as applicable in the Declarations, the following Optional Coverages also apply. These coverages are subject to the terms and conditions applicable to property coverage in this policy, except as provided below.

**1. Outdoor Signs**

a. We will pay for direct physical loss of or damage to all outdoor signs at the described premises:

(1) Owned by you; or

(2) Owned by others but in your care, custody or control.

b. Paragraph A.3., Covered Causes of Loss, and Section B., Exclusions, do not apply to this Optional Coverage, except for:

(1) Paragraph B.1.c., Governmental Action;

(2) Paragraph B.1.d., Nuclear Hazard; and

(3) Paragraph B.1.f., War and Military Action.

c. We will not pay for loss or damage caused by or resulting from:

(1) Wear and tear;

(2) Hidden or latent defect;

(3) Rust;

(4) Corrosion; or

(5) Mechanical breakdown.

d. The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Outdoor Signs shown in the Declarations.

e. The provisions of this Optional Coverage supersede all other references to outdoor signs in this policy.

**2. Exterior Grade Floor Glass**

a. We will pay for direct physical loss of or damage to all exterior grade floor and basement glass, including all lettering and ornamentation, located at the described premises and:

(1) Owned by you; or

(2) Owned by others but in your care, custody or control.

b. We will also pay for necessary:

(1) Expenses incurred to put up temporary plates or board up openings;

(2) Repair or replacement of encasing frames; and

BP 00 02 01 87     Copyright, Insurance Services Office, Inc., 1984, 1986     Page 16 of 21

**(3)** Expenses incurred to remove or replace obstructions.

**c.** Paragraph A.3., Covered Causes of Loss, and Section B., Exclusions, do not apply to this Optional Coverage, except for:

**(1)** Paragraph B.1.c., Governmental Action;

**(2)** Paragraph B.1.d., Nuclear Hazard; and

**(3)** Paragraph B.1.f., War and Military Action.

**d.** We will not pay for loss or damage caused by or resulting from:

**(1)** Wear and tear;

**(2)** Hidden or latent defect;

**(3)** Corrosion; or

**(4)** Rust.

**e.** This Optional Coverage supersedes all limitations in this policy that apply to exterior grade floor glass.

**3. Money and Securities**

**a.** We will pay for loss of money and securities used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having use and custody of the property, at the described premises, or in transit between any of these places, resulting directly from:

**(1)** Theft, meaning any act of stealing;

**(2)** Disappearance; or

**(3)** Destruction.

**b.** In addition to the Limitations and Exclusions applicable to property coverage, we will not pay for loss:

**(1)** Resulting from accounting or arithmetical errors or omissions;

**(2)** Due to the giving or surrendering of property in any exchange or purchase; or

**(3)** Of property contained in any money-operated device unless the amount of money deposited in it is recorded by a continuous recording instrument in the device.

**c.** The most we will pay for loss in any one occurrence is:

**(1)** The limit shown in the Declarations for Inside the Premises for money and securities while:

**(a)** In or on the described premises; or

**(b)** Within a bank or savings institution; and

**(2)** The limit shown in the Declarations for Outside the Premises for money and securities while anywhere else.

**d.** All loss:

**(1)** Caused by one or more persons; or

**(2)** Involving a single act or series of related acts;

is considered one occurrence.

**e.** You must keep records of all money and securities so we can verify the amount of any loss or damage.

**4. Employee Dishonesty**

**a.** We will pay for direct loss of or damage to Business Personal Property, including money and securities, resulting

from dishonest acts committed by any of your employees acting alone or in collusion with other persons (except you and your partner) with the manifest intent to:

(1) Cause you to sustain loss or damage; and also

(2) Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

    (a) Any employee; or

    (b) Any other person or organization.

b. We will not pay for loss or damage:

(1) Resulting from any dishonest or criminal act that you or any of your partners commit whether acting alone or in collusion with other persons.

(2) The only proof of which as to its existence or amount is:

    (a) An inventory computation; or

    (b) A profit and loss computation.

c. The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Employee Dishonesty shown in the Declarations.

d. All loss or damage:

(1) Caused by one or more persons; or

(2) Involving a single act or series of related acts;

is considered one occurrence.

e. We will pay only for loss or damage you sustain through acts committed or events occurring during the Policy Period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

f. This Optional Coverage does not apply to any employee immediately upon discovery by:

(1) You; or

(2) Any of your partners, officers or directors not in collusion with the employee;

of any dishonest act committed by that employee before or after being hired by you.

g. We will pay only for covered loss or damage discovered no later than one year from the end of the Policy Period.

h. If you (or any predecessor in interest) sustained loss or damage during the period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Optional Coverage, provided:

(1) This Optional Coverage became effective at the time of cancellation or termination of the prior insurance; and

(2) The loss or damage would have been covered by this Optional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

i. The insurance under paragraph h. above is part of, not in addition to, the Limit of Insurance applying to this Optional Coverage and is limited to the lesser of the amount recoverable under:

**(1)** This Optional Coverage as of its effective date; or

**(2)** The prior insurance had it remained in effect.

**5. Mechanical Breakdown**

**a.** We will pay for direct damage to Covered Property caused by an Accident to an Object. The Object must be:

**(1)** Owned by you or in your care, custody or control; and

**(2)** At the described premises.

**b.** Accident means a sudden and accidental breakdown of the Object or a part of the Object. At the time the breakdown occurs, it must manifest itself by physical damage to the Object that necessitates repair or replacement.

**c.** None of the following is an Accident:

**(1)** Depletion, deterioration, corrosion or erosion;

**(2)** Wear and tear;

**(3)** Leakage at any valve, fitting, shaft seal, gland packing, joint or connection;

**(4)** Breakdown of any vacuum tube, gas tube or brush;

**(5)** Breakdown of any electronic computer or electronic data processing equipment;

**(6)** Breakdown of any structure or foundation supporting the Object or any of its parts;

**(7)** The functioning of any safety or protective device; or

**(8)** The explosion of gases or fuel within the furnace of any Object or within the flues or passages through which the gases of combustion pass.

**d.** Object means any of the following equipment:

**(1)** Boiler and Pressure Vessels:

**(a)** Steam heating boilers and condensate return tanks used with them;

**(b)** Hot water heating boilers and expansion tanks used with them;

**(c)** Hot water supply boilers;

**(d)** Other fired or unfired vessels used for maintenance or service of the discarded premises but not used for processing or manufacturing;

**(e)** Steam boiler piping, valves, fittings, traps and separators, but only if they:

**(i)** Are on your premises or between parts of your premises;

**(ii)** Contain steam or condensate of steam; and

**(iii)** Are not part of any other vessel or apparatus;

**(f)** Feed water piping between any steam boiler and a feed pump or injector.

**(2)** Air Conditioning Units - Any air conditioning unit that has a capacity of 60,000 Btu or more, including:

**(a)** Inductors, converters and coils that make use of a refrigerant and form part of a cooling, humidity control or space heating system;

Copyright, Insurance Services Office, Inc., 1984, 1986

**(b)** Interconnecting piping, valves and fittings containing only a refrigerant, water, brine or other solution;

**(c)** Vessels heated directly or indirectly that:

**(i)** Form part of an absorption type system; and

**(ii)** Function as a generator, refrigerator or concentrator;

**(d)** Compressors, pumps, fans and blowers used solely with the system together with their driving electric motors; and

**(e)** Control equipment used solely with the system.

**e.** Object does not mean:

**(1)** As Boiler and Pressure Vessels:

**(a)** Equipment that is not under internal vacuum or internal pressure other than weight of contents;

**(b)** Boiler settings;

**(c)** Insulating or refractory material; or

**(d)** Electrical, reciprocating or rotating apparatus within or forming a part of the boiler or vessel.

**(2)** As Air Conditioning Units, any:

**(a)** Vessel, cooling tower, reservoir or other source of cooling water for a condenser or compressor, or any water piping leading to or from that source; or

**(b)** Wiring or piping leading to or from the unit.

**f.** We will not pay for an Accident to any Object while being tested.

**g. Suspension**

Whenever an Object is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an Accident to that Object. This can be done by delivering or mailing a written notice of suspension to:

**(1)** Your last known address; or

**(2)** The address where the object is located.

If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

**H. PROPERTY DEFINITIONS**

**1.** "Operations" means your business activities occurring at the described premises.

**2.** "Period of Restoration" means the period of time that:

**a.** Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

**b.** Ends on the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality.

"Period of restoration" does not include any increased period required due to the enforcement of any law that:

**(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

(2) Regulates the prevention, control, repair, clean-up or restoration of environmental damage.

The expiration date of this policy will not cut short the "period of restoration".

3. **"Pollutants"** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

4. **"Specified Causes of Loss"** means the following:

Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or similar rock formations. It does not include the cost of filling sinkholes.

b. Falling objects does not include loss of or damage to:

(1) Personal property in the open; or

(2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

c. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking or cracking of any part of a system or appliance containing water or steam.

BP 00 06 01 87

# BUSINESSOWNERS LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under SECTION C - WHO IS AN INSURED.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION F - LIABILITY AND MEDICAL EXPENSES DEFINITIONS.

## A. COVERAGES

1. **Business Liability** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies. No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under COVERAGE EXTENSION SUPPLEMENTARY PAYMENTS.

   a. This insurance applies only:

      (1) To "bodily injury" or "property damage":

         (a) That occurs during the policy period; and

         (b) That is caused by an "occurrence". The "occurrence" must take place in the "coverage territory".

      (2) To "personal injury" caused by an offense:

         (a) Committed in the "coverage territory" during the policy period; and

         (b) Arising out of the conduct of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you.

      (3) To "advertising injury" caused by an offense committed:

         (a) In the "coverage territory" during the policy period; and

         (b) In the course of advertising your goods, products or services.

   b. We will have the right and duty to defend any "suit" seeking those damages. But

      (1) The amount we will pay for damages is limited as described in Section D - Limits of Insurance;

      (2) We may investigate and settle any claim or "suit" at our discretion; and

      (3) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgment or settlements or medical expenses.

   c. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

d. "Property damage" that is loss of use of tangible property that is not physically injured will be deemed to occur at the time of the "occurrence" that caused it.

e. **Coverage Extension - Supplementary Payments**

In addition to the Limit of Insurance, we will pay, with respect to any claim or "suit" we defend:

(1) All expenses we incur.

(2) Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which Business Liability Coverage for "bodily injury" applies. We do not have to furnish these bonds.

(3) The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds.

(4) All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $100 a day because of time off from work.

(5) All costs taxed against the insured in the "suit".

(6) Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

(7) All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

2. **Medical Expenses**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(a) The accident takes place in the "coverage territory" and during the policy period;

(b) The expenses are incurred and reported to us, within one year of the date of the accident; and

(c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the Limit of Insurance. We will pay reasonable expenses for:

(1) First aid at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

**B. EXCLUSIONS**

1. **Applicable to Business Liability Coverage -**

This insurance does not apply to:

**a.** "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b.** "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

   **(1)** Assumed in a contract or agreement that is an "insured contract", or

   **(2)** That the insured would have in the absence of the contract or agreement.

**c.** "Bodily injury" or "property damage" for which any insured may be held liable by reason of:

   **(1)** Causing or contributing to the intoxication of any person;

   **(2)** the furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

   **(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d.** Any obligation of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law.

**e.** "Bodily injury" to:

   **(1)** An employee of the insured arising out of and in the course of employment by the insured; or

   **(2)** The spouse, child, parent, brother or sister of that employee as a consequence of (1) above.

This exclusion applies:

   **(a)** Whether the insured may be liable as an employer or in any other capacity; and

   **(b)** to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f.** **(1)** "bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, release or escape of pollutants:

   **(a)** At or from premises you own, rent or occupy;

   **(b)** At or from any site or location used by or for you or others for the handling, storage, disposal, processing or treatment of waste;

   **(c)** That are at any time transported, handled, stored, treated, disposed of, or processed as waste by or for you or any person or organization for whom you may be legally responsible; or

   **(d)** At or from any site or location on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations:

     **(i)** If the pollutants are brought on or to the site or location in connection with such operations; or

     **(ii)** If the operations are to test for, monitor, clean up, remove,

 Copyright, Insurance Services Office, Inc., 1984, 1985

contain, treat, detoxify or neutralize the pollutants.

**(2)** Any loss, cost or expense arising out of any governmental direction or request that you test for, monitor, clean up, remove, contain, treat, detoxify or neutralize the pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

Subparagraphs (a) and (d)(i) of paragraph (1) of this exclusion do not apply to "bodily injury" or "property damage" caused by heat, smoke or fumes from a hostile fire. As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

**g.** "Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is

    **(a)** Less than 26 feet long; and

    **(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership,

maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of the operation of any of the following equipment:

    **(a)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    **(b)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geo-physical exploration, lighting and well servicing equipment.

**h.** "Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice or preparation for, a prearranged racing, speed or demolition contest or in any stunting activity.

**i.** "Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j.** "Bodily injury" or "property damage" due to rendering or failure to render any professional service. This includes but is not limited to:

**(1)** Legal, accounting or advertising services;

**(2)** Preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

(3) Supervisory, inspection or engineering services;

(4) Medical, surgical, dental, x-ray or nursing services or treatment;

(5) Any health service or treatment;

(6) Any cosmetic or tonsorial service or treatment;

(7) Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

(8) Ear piercing services; and

(9) Services in the practice of pharmacy; but this exclusion does not apply to an insured whose operations include those of a retail druggist or drugstore.

k. "Property damage" to:

(1) Property you own, rent or occupy;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in your care, custody or control;

(5) That particular part of real property on which you or any contractor or subcontractor working directly or indirectly on your behalf is performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard."

l. "Property damage" to "your product" arising out of it or any part of it.

m. "Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard."

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

n. "Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work", or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

o. Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product;"

(2) "Your work;" or

(3) "Impaired property;"

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**p.** "Personal injury" or " advertising injury:"

(1) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

(2) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

(3) Arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the insured; or

(4) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**q.** "Advertising injury" arising out of:

(1) Breach of contract, other than misappropriation of advertising ideas under an implied contract;

(2) The failure of goods, products or services to conform with advertised quality or performance;

(3) The wrong description of the price of goods, products or services; or

(4) An offense committed by an insured whose business is advertising, broadcasting, publishing or telecasting.

Exclusions c., d., e., f., g., h., i., k., l., m., n. and o. do not apply to damage by fire or explosion to premises rented to you. A separate Limit of Insurance applies to this coverage as described in Section D., Limits of Insurance.

**2. Applicable to Medical Expenses Coverage -**
We will not pay expenses for "bodily injury":

**a.** To any insured.

**b.** To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c.** To a person injured on that part of premises you own or rent that the person normally occupies.

**d.** To a person, whether or not an employee of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers compensation or disability benefits law or a similar law.

**e.** To a person injured while taking part in athletics.

**f.** Included within the "products-completed operations hazard".

**g.** Excluded under Business Liability Coverage.

**h.** Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

**3. Applicable to both Business Liability Coverage and Medical Expenses Coverage - Nuclear Energy Liability Exclusion.**

This insurance does not apply:

Copyright, Insurance Services Office, Inc., 1984, 1985

a. Under Business Liability Coverage to "bodily injury" or "property damage":

**(1)** With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which:

**(a)** Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or

**(b)** The insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

b. Under medical Expenses Coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

c. Under Business Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of the "nuclear material", if:

**(1)** The "nuclear material":

**(a)** Is at any "nuclear facility" owned by, or operated by or on behalf of, an insured; or

**(b)** Has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility"; but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

As used in this exclusion:

"*byproduct material*" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"*hazardous properties*" include radioactive, toxic or explosive properties;

"*nuclear facility*" means;:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for:

**(1)** Separating the isotopes of uranium or plutonium;

**(2)** Processing or utilizing "spent fuel"; or

**(3)** Handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is

located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"*nuclear material*" means "source material", "special nuclear material" or "byproduct material";

"*nuclear reactor*" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"*property damage*" includes all forms of radio-active contamination of property.

"*source material*" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"*special nuclear material*" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof; "*spent fuel*" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor"; "*waste*" means any waste material:

**(a)** Containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content; and

**(b)** Resulting from the operation by any person or organization of any "nuclear facility" included under paragraphs (a) and (b) of the definition of "nuclear facility"

**C. WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

   **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   **b.** A partnership or joint venture, you are an insured.  Your members, your partners and their spouses are also insureds, but only with respect to the conduct of your business.

   **c.** An organization other than a partnership or joint venture, you are an insured.  Your executive officers and directors are insureds, but only with respect to their duties as your officers or directors.  Your stockholders are also insureds, but only with respect to their liability as stockholders.

**2.** Each of the following is also an insured:

   **a.** Your employees, other than your executive officers, but only for acts within the scope of their employment by you.  However, none of these employees is an insured for:

      **(1)** "Bodily injury" or "property damage" to you or to a co-employee while in the course of his or her employment;

      **(2)** "Bodily injury" or "personal injury" arising out of his or her providing or failing to provide professional health care services; or

      **(3)** "Property damage" to property owned or occupied by or rented or loaned to that employee, any of your other employees, or any of your partners or members (if you are a partnership or joint venture).

Copyright, Insurance Services Office, Inc., 1984, 1985

**b.** Any person (other than your employee), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

    **(1)** With respect to liability arising out of the maintenance or use of that property; and

    **(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy.

**3.** With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

**a.** "Bodily injury" to a co-employee of the person driving the equipment; or

**b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

No person or organization is an insured with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

**D. LIABILITY AND MEDICAL EXPENSES LIMITS OF INSURANCE**

**1.** The limits of insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The most we will pay for the sum of all damages because of all:

**a.** "Bodily injury", "property damage" and medical expenses arising out of any one "occurrence"; and

**b.** "Personal injury" and "advertising injury" sustained by any one person or organization;

is the Liability and Medical Expenses limit shown in the Declarations. But the most we will pay for all medical expenses because of "bodily injury" sustained by any one person is the Medical Expenses limit shown in the Declarations.

**3.** The most we will pay under Business Liability Coverage for damages because of "property damage" to premises rented to you arising out of any one fire or explosion is the Fire Legal Liability limit shown in the Declarations.

**4. Aggregate Limits**

The most we will pay for:

**a.** Injury or damage under the "products-completed operations hazard" arising from all "occurrences" during the policy period is the Liability and Medical Expenses limit; and

**b.** All other injury or damage, including medical expenses, arising from all "occurrences" during the policy period is twice the Liability and Medical Expenses limit. This limitation does not apply to

Copyright, Insurance Services Office, Inc., 1984, 1985

property damage" to premises rented to you arising out of fire or explosion.

The limits of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**E. LIABILITY AND MEDICAL EXPENSES GENERAL CONDITIONS**

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this policy

2. **Duties In The Event Of Occurrence, Claim Or Suit**

   a. You must see to it that we are notified promptly of an "occurrence" that may result in a claim. Notice should include:

      (1) How, when and where the "occurrence" took place; and

      (2) The names and addresses of any injured persons and witnesses.

   b. If a claim is made or "suit" is brought against any insured, you must see to it that we receive prompt written notice of the claim or "suit".

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation, settlement or defense of the claim or "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the insured because of injury or damage to which this insurance may also apply.

   d. No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Financial Responsibility Laws**

   a. When this policy is certified as proof of financial responsibility for the future under the provisions of any motor vehicle financial responsibility law, the insurance provided by the policy for "bodily injury" liability and "property damage" liability will comply with the provisions of the law to the extent of the coverage and limits of insurance required by that law.

   b. With respect to "mobile equipment" to which this insurance applies, we will provide any liability, uninsured motorists, underinsured motorists, no-fault or other coverage required by any motor vehicle law. We will provide the required limits for those coverages.

4. **Legal Action Against Us**

   No person or organization has a right under this policy:

   a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   b. To sue us on this policy unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for

damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

5. **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this policy to the first Named Insured, this insurance applies:

a. As if each named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

F. **LIABILITY AND MEDICAL EXPENSES DEFINITIONS**

1. **"Advertising Injury"** means injury arising out of one or more of the following offenses:

a. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

b. Oral or written publication of material that violates a person's right of privacy;

c. Misappropriation of advertising ideas or style of doing business; or

d. Infringement of copyright, title or slogan.

2. **"Auto"** means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

3. **"Bodily injury"** means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. **"Coverage Territory"** means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in a. above; or

c. All parts of the world if:

(1) The injury or damage arises out of:

(a) Goods or products made or sold by you in the territory described in a. above; or

(b) The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; and

(2) The insured's responsibility to pay damages is determined in a "suit" on the merits in the territory described in a. above or in a settlement we agree to.

5. **"Impaired Property"** means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b. You have failed to fulfill the terms of a contract or agreement;

If such property can be restored to use by:

(1) The repair, replacement, adjustment or removal of "your product" or "your work"; or

(2) Your fulfilling the terms of the contract or agreement.

6. "Insured Contract" means:

(a) A lease of premises;

(b) A sidetrack agreement;

(c) An easement or license agreement in connection with vehicle or pedestrian private railroad crossings at grade;

(d) Any other easement agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

(e) An indemnification of a municipality as required by ordinance, except in connection with work for a municipality;

(f) An elevator maintenance agreement; or

(g) That part of any other contract or agreement pertaining to your business under which you assume the tort liability of another to pay damages because of "bodily injury" or "property damage" to a third person or organization, if the contract or agreement is made prior to the "bodily injury" or "property damage". Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

An "insured contract" does not include that part of any contract or agreement:

(a) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(1) Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

(2) Giving directions or instructions, or failing to give them, if that is the primary cause of injury or damage;

(b) Under which the insured, if an architect, engineer or surveyor, assumes liability for injury or damage arising out of the insured's rendering or failing to render professional services, including those listed in (a) above and supervisory, inspection or engineering services; or

(c) That indemnifies any person or organization for damage by fire or explosion to premises rented or loaned to you.

7. "Loading or Unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

8. "Mobile Equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, on which are permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing;

(c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

9. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

10. "Personal Injury" means injury, other than "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. Wrongful entry into, or eviction of a person from, a room, dwelling or premises that the person occupies;

d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

e. Oral or written publication of material that violates a person's right of privacy.

11. a. "Products - Completed Operations Hazard" includes all "bodily injury" and property damage" arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned.

The "bodily injury" or "property damage" must occur away from premises you own or rent, unless your business includes the selling, handling or distribution of "your product" for consumption on premises you own or rent.

b. "Your work" will be deemed completed at the earliest of the following times:

(1) When all of the work called for in your contract has been completed.

(2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

**(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**c.** This hazard does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle created by the "loading or unloading" of it; or

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials.

**12.** **"Property damage"** means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property; or

**b.** Loss of use of tangible property that is not physically injured.

**13.** **"Suit"** means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes an arbitration proceeding alleging such damages to which you must submit or submit with our consent.

**14.** "Your Product" means:

**a.** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(1)** You;

**(2)** Others trading under your name; or

**(3)** A person or organization whose business or assets you have acquired; and

**b.** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in a. and b. above.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

**15.** **"Your Work"** means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in a. or b. above.

# BUSINESSOWNERS COMMON POLICY CONDITIONS

All coverages of this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 5 days before the effective date of cancellation if any one of the following conditions exists at any building that is Covered Property in this policy.

      (1) The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

         (a) Seasonal unoccupancy; or

         (b) Buildings in the course of construction, renovation or addition.

         Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

      (2) After damage by a covered cause of loss, permanent repairs to the building:

         (a) Have not started, and

         (b) Have not been contracted for,

         within 30 days of initial payment of loss.

      (3) The building has:

         (a) An outstanding order to vacate;

         (b) An outstanding demolition order; or

         (c) Been declared unsafe by governmental authority.

      (4) Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

      (5) Failure to:

         (a) Furnish necessary heat, water sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or

         (b) Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

   b. 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

   c. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

   Copyright, Insurance Services Office, Inc., 1984, 1985

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. CONCEALMENT, MISREPRESENTATION OR FRAUD

This policy is void in any case of fraud by you at any time as it relates to this policy. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This policy;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this policy.

## D. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## E. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that condition:

1. Are safe or healthful; or

2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization, which makes insurance inspections, surveys, reports or recommendations.

## F. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## G. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

## H. OTHER INSURANCE

1. If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

2. Business Liability Coverage is excess over any other insurance that insures for direct physical loss or damage.

3. When this insurance is excess, we will have no duty under Business Liability Coverage to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

## I. PREMIUMS

1. The first named Insured shown in the Declarations:

   a. Is responsible for the payment of all premiums; and

   b. Will be the payee for any return premiums we pay.

2. The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

Copyright, Insurance Services Office, Inc., 1984, 1985

3. With our consent, you may continue this policy in force by paying a continuation premium for each successive one-year period. The premium must be:

   a. Paid to us prior to the anniversary date; and

   b. Determined in accordance with paragraph 2. above.

   Our forms then in effect will apply. If you do not pay the continuation premium, this policy will expire on the first anniversary date that we have not received the premium.

4. Undeclared exposures or change in your business operation, acquisition or use of locations may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules then in effect.

## J. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

1. Applicable to Businessowners Property coverage:

   If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

   a. Prior to a loss to your Covered Property.

   b. After a loss to your Covered Property only if, at time of loss, that party is one of the following:

      (1) Someone insured by this insurance;

      (2) A business firm:

         (a) Owned or controlled by you; or

         (b) That owns or controls you; or

      (3) Your tenant.

   You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers.

   This will not restrict your insurance.

2. Applicable to Businessowners Liability coverage:

   If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them. This condition does not apply to Medical Expenses Coverage.

## K. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1984, 1985

BUSINESSOWNERS
BP 01 76 12 00

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.
# GEORGIA CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY

**A.** Paragraph **A.1.** of the **Cancellation** Common Policy Condition is replaced by the following:

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation stating a future date on which the policy is to be cancelled, subject to the following:

   **a.** If only the interest of the first Named Insured is affected, the effective date of cancellation will be either the date we receive notice from the first Named Insured or the date specified in the notice, whichever is later. However, upon receiving a written notice of cancellation from the first Named Insured, we may waive the requirement that the notice state the future date of cancellation, by confirming the date and time of cancellation in writing to the first Named Insured.

   **b.** If by statute, regulation or contract this policy may not be cancelled unless notice is given to a governmental agency, mortgagee or other third party, we will mail or deliver at least 10 days notice to the first Named Insured and the third party as soon as practicable after receiving the first Named Insured's request for cancellation.

   Our notice will state the effective date of cancellation, which will be the later of the following:

   **(1)** 10 days from the date of mailing or delivering our notice, or

   **(2)** The effective date of cancellation stated in the first Named Insured's notice to us.

**B.** Paragraph **A.5.** of the **Cancellation** Common Policy Condition is replaced by the following:

5. **Premium Refund**

   **a.** If this policy is cancelled, we will send the first Named Insured any premium refund due.

   **b.** If we cancel, the refund will be pro rata, except as provided in **c.** below.

   **c.** If the cancellation results from failure of the first Named Insured to pay, when due, any premium to us or any amount, when due, under a premium finance agreement, then the refund may be less than pro rata. Calculation of the return premium at less than pro rata represents a penalty charged on unearned premium.

   **d.** If the first Named Insured cancels, the refund may be less than pro rata.

   **e.** The cancellation will be effective even if we have not made or offered a refund.

**C.** The following is added to the **Cancellation** Common Policy Condition and supersedes any other provisions to the contrary:

   If we decide to:

1. Cancel or nonrenew this policy; or

2. Increase current policy premium by more than 15% (other than any increase due to change in risk, exposure or experience modification

Copyright, Insurance Services Office, Inc., 2000                **Page 1 of 2**

or resulting from an audit of auditable coverages); or

3. Change any policy provision which would limit or restrict coverage;

Then:

We will mail or deliver notice of our action (including the dollar amount of any increase in renewal premium of more than 15%) to the first Named Insured and lienholder, if any, at the last mailing address known to us. Except as applicable as described in Paragraph **D.** below, we will mail or deliver notice at least:

1. 10 days before the effective date of cancellation if this policy has been in effect less than 60 days or if we cancel for nonpayment of premium; or

2. 45 days before the effective date of cancellation if this policy has been in effect 60 or more days and we cancel for a reason other than nonpayment of premium; or

3. 45 days before the expiration date of this policy if we decide to nonrenew, increase the premium or limit or restrict coverage.

**D.** The following provisions apply to insurance covering residential real property only if the Named Insured is a natural person. With respect to such insurance, the following is added to the **Cancellation** Common Policy Condition and supersedes any provisions to the contrary:

1. When this policy has been in effect for 60 days or less and is not a renewal with us, we may cancel for any reason by notifying the first Named Insured at least 10 days before the date cancellation takes effect.

2. When this policy has been in effect for more than 60 days, or at any time if it is a renewal with us, we may cancel only for one or more of the following reasons:

    (a) Nonpayment of premium, whether payable to us or to our agent;

    (b) Upon discovery of fraud, concealment of a material fact, or material misrepresentation made by or with the knowledge of any

person insured under this policy in obtaining this policy, continuing this policy or presenting a claim under this policy;

(c) Upon the occurrence of a change in the risk which substantially increases any hazard insured against; or

(d) Upon the violation of any of the material terms or conditions of this policy by any person insured under this policy.

We may cancel by providing notice to the first Named Insured at least:

- 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

- 45 days before the effective date of cancellation if we cancel for any of the reasons listed in **(b)**, **(c)** or **(d)** above.

**E.** The following is added to Paragraph **B.2. Exclusions** in the Businessowners Property Coverage Forms:

1. We will not pay for loss or damage arising out of any act committed:

    **a.** By or at the direction of any insured; and

    **b.** With the intent to cause a loss.

2. However, this exclusion will not apply to deny coverage to an innocent co-insured, provided the loss:

    **a.** Is otherwise covered under this Policy; and

    **b.** Arose out of an act of family violence by an insured, against whom a family violence complaint is brought for such act.

3. If we pay a claim pursuant to Paragraph **E.2.**, our payment to the insured is limited to that insured's legal interest in the property less any payments we first made to a mortgageholder or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

*Owners*

54643 (01-90)
Issued 07-09-2019

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI  48917-3999

BUSINESSOWNERS POLICY DECLARATIONS

Effective 06-11-2019

AGENCY  AMY GARDNER INSURANCE
18-0448-00    MKT TERR 087    (912) 367-3932

POLICY NUMBER    52-361-236-00

INSURED  STEPHANIE CAPALBO
DBA GA DREAMWORKS REALTY

Company Use    80-57-GA-1906

ADDRESS  1247 GOLDEN ISLE W
BAXLEY  GA  31513-9033

| Company Bill | POLICY TERM | |
|---|---|---|
| | 12:01 a.m. | 12:01 a.m. |
| | to | |
| | 06-11-2019 | 06-11-2020 |

# FOR COMPANY/AGENCY USE ONLY

ATTACHED FORMS MUST BE VIEWED IN MOBIUS APPS SUITE.

The following attachments were issued with this transaction.

| LIB | BP0002 (01-87) | BP0006 (01-87) | 54961 (11-11) | BP0009 (01-87) | 54679 (06-92) | 54709 (04-10) |
|---|---|---|---|---|---|---|
| LIB | 54098 (05-07) | 54319 (07-06) | 54867 (03-08) | 54656 (08-91) | 54734 (08-95) | 54088 (09-09) |
| LIB | 64728 (02-14) | 54360 (10-08) | 54661 (08-91) | 54238 (12-01) | BP0176 (12-00) | 54604 (07-88) |
| LIB | 54364 (05-07) | 64706 (05-13) | 59176 (11-86) | 54244 (05-07) | 54094 (03-07) | 59352 (01-15) |
| LIB | 59392 (01-15) | 54309 (07-08) | 54841 (03-17) | 54638 (11-89) | 54606 (01-90) | 54499 (04-13) |
| LIB | 54500 (04-13) | 54069 (08-00) | 54340 (04-13) | 54743 (08-00) | 54750 (08-00) | 54073 (08-00) |
| LIB | 54226 (08-00) | 54752 (08-00) | 54064 (08-00) | 54072 (04-14) | 54067 (08-00) | 54708 (01-07) |
| LIB | 54062 (08-00) | 54060 (02-06) | 54070 (02-05) | 54745 (08-00) | 54066 (08-00) | 54065 (08-00) |
| LIB | 54658 (04-07) | 54749 (08-10) | 54068 (08-00) | 54063 (03-13) | 54227 (08-00) | 54341 (03-13) |
| LIB | 54748 (08-00) | 54228 (04-13) | | | | |

Premium/Commissions Recap.
$    1,391.35  @    18.0%

Billing Type                    Company Bill - Full Pay

Billing Account Number          017609633

Insured Copy Mailed To:         Insured

Trailback Date                  07-09-2019
   Trax Number                  00964        AGENT KEYED ENTRY

AGENCY **18-0448-00**    POLICY **52-361-236-00**                                    13644 (10-06)

**AMY GARDNER INSURANCE**
**43 N OAK ST**
**BAXLEY  GA  31513**



Life  Home  Car  Business

**07-09-2019**

Your agency's phone number is **(912) 367-3932**

P.O. BOX 30660, LANSING, MICHIGAN 48909-8160 • 517-323-1200
AUTO-OWNERS INSURANCE COMPANY
AUTO-OWNERS LIFE INSURANCE COMPANY
HOME-OWNERS INSURANCE COMPANY
OWNERS INSURANCE COMPANY
PROPERTY-OWNERS INSURANCE COMPANY
SOUTHERN-OWNERS INSURANCE COMPANY

**STEPHANIE CAPALBO**
**DBA GA DREAMWORKS REALTY**
**1247 GOLDEN ISLE W**
**BAXLEY  GA  31513-9033**

You may view your policy online at www.auto-owners.com.
To enroll, use the policy number **52-361-236-00**    and
Personal ID code **2X5 C91 K5K** . Once enrolled, you may
choose to stop receiving the paper policy in the mail.

Thank you for allowing Auto-Owners to handle your insurance needs.

Auto-Owners Insurance Group is financially sound with sufficient reserves to be ranked among the leaders in the industry for financial security.  Our A + + (Superior) rating by the A.M. Best Company signifies that we have the financial strength to provide the insurance protection you need.

Feel free to contact your independent Auto-Owners agent with questions you may have about any of your insurance needs.

Auto-Owners Insurance - The "No Problem" People ®

**Pay your premium in full, by the due date, and you will receive a discount as shown below:**

| | |
|---|---|
| Total Policy Premium | $1,391.35 |
| Paid in Full Discount | -110.28 |
| Total Policy Premium If Paid In Full | $1,281.07 |

**\* \* \* \* \* \* \* THIS IS NOT A BILL. \* \* \* \* \* \* \***
**IF ADDITIONAL PREMIUM IS OWED, A BILL WILL BE MAILED SEPARATELY.  PLEASE PAY ANY UNPAID BILLS.**

*~  Serving Our Policyholders and Agents Since 1916  ~*

# *Owners*

54643 (01-90)
Issued 07-09-2019

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI  48917-3999

BUSINESSOWNERS POLICY DECLARATIONS

Effective 06-11-2019

AGENCY  AMY GARDNER INSURANCE
18-0448-00      MKT TERR 087      (912) 367-3932

POLICY NUMBER      52-361-236-00

Company Use      80-57-GA-1906

INSURED  STEPHANIE CAPALBO
DBA GA DREAMWORKS REALTY

ADDRESS  1247 GOLDEN ISLE W
BAXLEY  GA  31513-9033

Company Bill

| POLICY TERM | |
|---|---|
| 12:01 a.m. | 12:01 a.m. |
| | to |
| 06-11-2019 | 06-11-2020 |

---

ENTITY: Limited Liability Company

| PROPERTY COVERAGES - ALL DESCRIBED LOCATIONS | DED | LIMITS | PREMIUM |
|---|---|---|---|
| Special Coverage Form | | | |
| Employee Dishonesty | $250 | $50,000 | Included |
| TERRORISM - CERTIFIED ACTS | | | EXCLUDED |
| TERRORISM COVERAGE | | | |
| A premium charge may be made effective 01-01-2021. | | | |

| BUSINESS LIABILITY PROTECTION | LIMITS | PREMIUM |
|---|---|---|
| COVERAGES | | |
| Aggregate Limit | $2,000,000 | $11.55 |
| (Other than Products-Completed Operations) | | |
| Liability and Medical Expense | 1,000,000 | Included |
| Personal Injury | Included | Included |
| TERRORISM - CERTIFIED ACTS | | EXCLUDED |
| TERRORISM COVERAGE | | |
| A premium charge may be made effective 01-01-2021. | | |
| Businessowners Liability Plus Endorsement 54360 | | $60.00 |
| Fire, Lightning, Explosion, Smoke And | | |
| Water Damage Legal Liability | $300,000 | Included |
| Medical Expenses - Per Person | 10,000 | Included |
| Products-Completed Operations Aggregate | 2,000,000 | Included |
| Blanket Addl Insured-Lessor of Leased Equipment | Included | Included |
| Blanket Addl Insured-Mgrs or Lessors of Premises | Included | Included |
| Blanket Waiver of Subrogation | Included | Included |
| Broadened Knowledge of Occurrence | Included | Included |
| Broadened Supplementary Payments Coverage | Included | Included |
| Extended Watercraft Coverage | Included | Included |
| Newly Formed or Acquired Organizations | Included | Included |
| Personal Injury Extension Coverage | Included | Included |

FORMS THAT APPLY TO ALL LOCATIONS:  54521  (08-09)    BP0002 (01-87)    BP0006 (01-87)
54961  (11-11)    BP0009 (01-87)    54679  (06-92)    54709  (04-10)    54098  (05-07)
54319  (07-06)    54867  (03-08)    54656  (08-91)    54734  (08-95)    54088  (09-09)
64728  (02-14)    54621  (07-88)    54360  (10-08)

*Owners*

Page 2

54643 (01-90)
Issued 07-09-2019

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI  48917-3999

BUSINESSOWNERS POLICY DECLARATIONS

Effective 06-11-2019

AGENCY  **AMY GARDNER INSURANCE**
18-0448-00        MKT TERR 087      (912) 367-3932

POLICY NUMBER        52-361-236-00

INSURED  **STEPHANIE CAPALBO**
DBA GA DREAMWORKS REALTY

Company Use        80-57-GA-1906

ADDRESS  **1247 GOLDEN ISLE W**
BAXLEY  GA  31513-9033

| Company<br>BIII | POLICY TERM | |
|---|---|---|
| | 12:01 a.m. | 12:01 a.m. |
| | | to |
| | 06-11-2019 | 06-11-2020 |

---

## LOCATION 001

LOCATION: 1247 GOLDEN ISLE W BAXLEY GA 31513-9033

| COVERAGES | DED | LIMITS | PREMIUM |
|---|---|---|---|
| TERRORISM - CERTIFIED ACTS | | | EXCLUDED |
| SEE FORM(S) 59352 (01-15) | | | |
| TERRORISM COVERAGE | | | |
| A premium charge may be made effective 01-01-2021. | | | |
| See forms 54309 (07-08), 59392 (01-15) | | | |

ADDITIONAL FORMS FOR THIS LOCATION:
| | | | | |
|---|---|---|---|---|
| 54604 (07-88) | 54364 (05-07) | 54661 (08-91) | 54238 (12-01) | BP0176 (12-00) |
| 54094 (03-07) | 59352 (01-15) | 64706 (05-13) | 59176 (11-86) | 54244 (05-07) |
| | | 54309 (07-08) | | |

# *Owners*

54643 (01-90)
Issued 07-09-2019

| | |
|---|---|
| INSURANCE COMPANY | BUSINESSOWNERS POLICY DECLARATIONS |
| 6101 ANACAPRI BLVD., LANSING, MI  48917-3999 | |

Effective 06-11-2019

AGENCY **AMY GARDNER INSURANCE**
18-0448-00      MKT TERR 087      (912) 367-3932

POLICY NUMBER      52-361-236-00

INSURED **STEPHANIE CAPALBO**
DBA GA DREAMWORKS REALTY

Company Use      80-57-GA-1906

ADDRESS **1247 GOLDEN ISLE W**
BAXLEY  GA  31513-9033

Company Bill

POLICY TERM
12:01 a.m.      12:01 a.m.
to
06-11-2019      06-11-2020

---

LOC 001 BLDG 0001    REAL ESTATE

| COVERAGES | DED | LIMITS | PREMIUM |
|---|---|---|---|
| Building - REPLACEMENT COST | | $162,967 | $938.85 |
| Special Coverage Form Deductible | $1,000 | Included | |
| Windstorm or Hail Flat Ded | 1,000 | Included | |
| Adjusted Value Factor    0.0490 | | | |
| Business Personal Property - REPL. COST | | 10,000 | 107.38 |
| Special Coverage Form Deductible | 1,000 | Included | |
| Windstorm or Hail Flat Ded | 1,000 | Included | |
| Adjusted Value Factor    0.0250 | | | |
| Business Income And Extra Expense | | 12 Months | Included |
| Limitation of Coverage for Fungi, Mold, | | See Form | Included |
| Dry Rot, Wet Rot and Bacteria | | | |
| COVERAGE PACKAGE: Property Plus  -Premier | | | 230.17 |
| Accounts Receivable | 1,000 | 200,000 | Included |
| Arson Reward | | 7,500 | Included |
| Bailees Coverage | | 15,000 | Included |
| | | 10,000 Per Item | |
| Building Glass Coverage | 250 | See Form | Included |
| Business Personal Property - Expanded | 1,000 | Up To 1,000 Ft | Included |
| Coverage | | | |
| Business Personal Property At Fairs | 1,000 | 5,000 | Included |
| Or Exhibitions | | | |
| Business Personal Property At Newly | 1,000 | 500,000/90Days | Included |
| Acquired Premises | | | |
| Business Personal Property In Transit | 1,000 | 100,000 | Included |
| Business Personal Property Off Premises | 1,000 | 100,000 | Included |
| Debris Removal | | 100,000 | Included |
| Electronic Equipment | | | |
| Equipment - Unscheduled | 1,000 | 100,000 | Included |
| Electrical Disturbance | See Form | 100,000 | Included |
| Mechanical Breakdown | 1,000 | 100,000 | Included |
| Media | | 100,000 | Included |
| Transportation | | 100,000 | Included |
| Business Income And Extra Expense | | 100,000 | Included |
| Fine Arts, Collectibles, And Memorabilia | | 50,000/ | Included |
| | | 10,000 Per Item | |
| Fire Department Service Charge | | 25,000 | Included |
| Fire Extinguisher And Fire Suppression | | 10,000 | Included |
| System Recharge | | | |
| Forgery And Alterations | 1,000 | 50,000 | Included |
| Money & Securities Inside Premises | 250 | 50,000 | Included |
| Money & Securities Outside Premises | 250 | 50,000 | Included |
| Newly Acquired Or Constructed Property | 1,000 | 1,000,000/ | Included |
| | | 90 Days | |
| Off-Premises Utility Service Failure | 1,000 | 150,000 | Included |
| Ordinance Or Law | | | |
| Coverage A, B And C Combined | | 150,000 | Included |
| Outdoor Property | 1,000 | 20,000 | Included |
| Trees, Shrubs Or Plants | 1,000 | 1,000 Per Item | Included |

**Owners**
Page 4

54643 (01-90)
Issued 07-09-2019

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI  48917-3999

BUSINESSOWNERS POLICY DECLARATIONS

Effective 06-11-2019

AGENCY **AMY GARDNER INSURANCE**
18-0448-00      MKT TERR 087      (912) 367-3932

POLICY NUMBER      52-361-236-00

INSURED **STEPHANIE CAPALBO**
DBA GA DREAMWORKS REALTY

Company Use      80-57-GA-1906

ADDRESS **1247 GOLDEN ISLE W**
BAXLEY  GA  31513-9033

Company
Bill

| POLICY TERM | |
|---|---|
| 12:01 a.m. | 12:01 a.m. |
| to | |
| 06-11-2019 | 06-11-2020 |

| | | | |
|---|---|---|---|
| Outdoor Signs | 250 | 15,000 | Included |
| Personal Effects And Property Of Others | 1,000 | 50,000 | Included |
| Pollutant Clean Up And Removal | | 100,000 | Included |
| Refrigerated Products | 1,000 | 25,000 | Included |
| Rekeying Of Locks | | 1,000 | Included |
| | | | |
| Salesperson's Samples | | 25,000 | |
| Valuable Papers And Records | 1,000 | 150,000 | Included |
| Water Back-Up From Sewers Or Drains | 1,000 | 50,000 | Included |
| Equipment Breakdown | 1,000 | See Form | 43.40 |

ADDITIONAL FORMS FOR THIS BUILDING:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 54841 | (03-17) | 54638 | (11-89) | 54606 | (01-90) |
| 54499 | (04-13) | 54500 | (04-13) | 54069 | (08-00) | 54340 | (04-13) | 54743 | (08-00) |
| 54750 | (08-00) | 54073 | (08-00) | 54226 | (08-00) | 54752 | (08-00) | 54064 | (08-00) |
| 54072 | (04-14) | 54067 | (08-00) | 54708 | (01-07) | 54062 | (08-00) | 54060 | (02-06) |
| 54070 | (02-05) | 54745 | (08-00) | 54066 | (08-00) | 54065 | (08-00) | 54658 | (04-07) |
| 54749 | (08-10) | 54068 | (08-00) | 54063 | (03-13) | 54227 | (08-00) | 54341 | (03-13) |
| 54748 | (08-00) | 54228 | (04-13) | | | | |

SECURED INTERESTED PARTIES:      None

*Owners*

Page 5

54643 (01-90)
Issued 07-09-2019

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI  48917-3999

BUSINESSOWNERS POLICY DECLARATIONS

Effective 06-11-2019

AGENCY  **AMY GARDNER INSURANCE**
18-0448-00      MKT TERR 087      (912) 367-3932

POLICY NUMBER        52-361-236-00

Company Use        80-57-GA-1906

INSURED  **STEPHANIE CAPALBO**
DBA GA DREAMWORKS REALTY

ADDRESS  **1247 GOLDEN ISLE W**
BAXLEY  GA  31513-9033

| Company Bill | POLICY TERM | |
|---|---|---|
| | 12:01 a.m. | 12:01 a.m. |
| | to | |
| | 06-11-2019 | 06-11-2020 |

---

RATING INFORMATION
   Occupancy:  Real Estate Office Owner Occupied
   Class Code:  65122              Const:  Frame, Non-Sprinklered
   Program:  Office                Protection Class:  05
   Liability Rate Number:  00      Territory:  104  Appling County
   Burglary Rate Group:  00
   Construction Year:  1990

|  | TERM |
|---|---|
| TOTAL POLICY PREMIUM | $1,391.35 |
| PAID IN FULL DISCOUNT | -110.28 |
| TOTAL POLICY PREMIUM IF PAID IN FULL | $1,281.07 |

Paid In Full does not apply to fixed fees, statutory charges, or minimum premium.
Paid In Full Discount is available.

A 2% Cumulative Multi-Policy Discount applies. Supporting policies are marked with
an (X): Comm Umb( ) Comm Auto( ) WC( ) Life( ) Personal(X) Farm( ).