IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| EDWARD HANSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: |
| | * | 2:20-CV-00061-LGW-BWC |
| GEORGIA DREAMWORKS REALTY, LLC, | * | |
| | * | |
| Defendant. | * | |

### STIPULATION OF DISMISSAL

COMES NOW Edward Hanson, plaintiff in the above-styled action, and Georgia Dreamworks Realty, LLC, defendant in the above-styled action, and pursuant to Fed. R. Civ. P. 41(a), stipulate to the voluntary dismissal of the above matter, and agree as follows:

1.

Plaintiff filed this action on March 16, 2020, for copyright infringement under Section 501 of the Copyright Act.

2.

The parties have agreed to a compromised settlement of the claims asserted by the plaintiff in this action.

3.

Therefore, both parties do hereby stipulate and agree pursuant to Fed. R. Civ. P. 41 (a) to the plaintiff's voluntary dismissal of the above matter with prejudice.

Respectfully submitted, this 19th day of August, 2020.

*Signatures on following page*

|  |  |  |
|---|---|---|
|  |  | YOUNG, THAGARD, HOFFMAN, LLP |
| **Stipulated to by:** |  |  |
|  | By: | /s/ J. Holder Smith, Jr. |
| 801 Northwood Park Drive |  | J. Holder Smith, Jr. |
| P.O. Box 3007 |  | Young, Thagard, Hoffman, LLP |
| Valdosta, GA 31602 |  | *Attorney for Defendant* |
| 229-242-2520 |  |  |
| 229-242-5040 fax |  |  |
| jaysmith@youngthagard.com |  |  |
|  | By: | /s/ Jared Koebble |
| P.O. Box 3007 |  | Jared Koebble |
| Valdosta, GA 31604 |  | Young, Thagard, Hoffman, LLP |
| 229-242-2520 |  | *Attorney for Defendant* |
| 229-242-5040 fax |  |  |
| jaredkoebble@youngthagard.com |  |  |
|  | By: | /s/ Richard P. Liebowitz |
| 11 Sunrise Plaza, Suite 305 |  | Richard P. Liebowitz |
| Valley Stream, NY 11580 |  | Liebowitz Law Firm, PLLC |
| RL@LiebowitzLawFirm.com |  | *Attorney for Plaintiff* |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing **STIPULATION OF DISMISSAL** with the Clerk of Court using the CM/ECF system and served a true and correct copy of the foregoing upon all parties by depositing same in the United States mail in an envelope with adequate postage affixed thereon and addressed as follows:

>Richard P. Liebowitz
>Liebowitz Law Firm, PLLC
>11 Sunrise Plaza, Suite 305
>Valley Stream, NY 11580
>Email: RL@LiebowitzLawFirm.com

This 19th day of August, 2020.

**YOUNG, THAGARD, HOFFMAN, LLP.**

Address of Counsel:

P. O. Box 3007
Valdosta, GA  31604
229-242-2520
229-242-5040 facsimile
jaysmith@youngthagard.com

By: /s/ J. Holder Smith, Jr.
J. Holder Smith, Jr.
State Bar No. 661105
*Attorney for Plaintiff*

P.O. Box 3007
Valdosta, GA 31604
229-242-2520
229-242-5040 fax
jaredkoebble@youngthagard.com

By: /s/ Jared Koebble
Jared Koebble
State Bar No.: 856488
*Attorney for Plaintiff*